UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,                        )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  ) Civil Action No. 05-1476 PLF
                                        )
NORMAN Y. MINETA,                       )
U.S. Department of Transportation,)
                                        )
            Defendant.                  )
_____ )

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

    Defendant in the above-captioned case hereby moves, pursuant

to Rules 6(b) of the Federal Rules of Civil Procedure, for an

extension of time of 30 days in which to respond to the complaint

in this action until November 10, 2005.  Counsel for plaintiff,

Barbara Kraft, Esq. has indicated this date that she does not

oppose this requested enlargement of time.

    Counsel for defendant is in the process of completing the

needed response to the complaint in this action, but has not yet

had sufficient time to gather the information necessary to

formulate a response.  This is due in large part to the fact that

counsel has been conducting discovery in numerous other cases and

drafting many substantive filings in additional cases.

    For these reasons, counsel seeks additional time to respond

to the Complaint.  A proposed order consistent with the foregoing
is attached hereto.

                        Respectfully submitted,


                        _____
                        KENNETH L. WAINSTEIN, DC Bar #451058
                        United States Attorney


                        _____
                        R. CRAIG LAWRENCE, DC Bar #171538
                        Assistant United States Attorney


                        _____
                        W. MARK NEBEKER, DC Bar #396739
                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been through the Court's electronic transmission facilities on this 6th day of October, 2005.

_____
W. MARK NEBEKER
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230