UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY O'HARA, et al.,

    Plaintiffs,

v.                                                  C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

NOTICE OF CHANGE OF ADDRESS

    The Clerk of the Court is requested to note that the address, phone and fax numbers, and e-mail address of Plaintiffs' counsel has changed.  Counsel's new contact information is:

    **Kraft Eisenmann Alden, PLLC**
    **1001 Pennsylvania Ave., NW**
    **Suite 600**
    **Washington, DC  20004**
    **Tel: (202) 783-1391**
    **Fax: (202) 783-1392**
    **bkraft@kea-law.com**

Respectfully submitted,

_____
Barbara Kraft   D. C. Bar No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW   Suite 600
Washington, DC  20004
(202) 783-1391

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing notice of change of address was served by first class mail this 6th day of October, 2005, upon counsel for the Defendant at the following address:

W. Mark Nebeker, Esq.
Assistant U. S. Attorney
555 – 4th Street, NW
Civil Division
Washington, DC  20530

_____