# EXHIBIT 2



## Core Compensation Plan Pay Bands
### (Excluding Locality Pay)

| Pay Band | 2005 Pay Bands | | |
|---|---|---|---|
| | Minimum | Midpoint | Maximum |
| A | $15,800 | $19,400 | $23,100 |
| B | $18,100 | $22,300 | $26,400 |
| C | $20,500 | $25,600 | $30,800 |
| D | $23,600 | $29,500 | $35,400 |
| E | $27,100 | $33,900 | $40,700 |
| F | $31,100 | $38,900 | $46,700 |
| G | $36,400 | $46,400 | $56,400 |
| H | $44,400 | $56,600 | $68,800 |
| I | $54,100 | $69,000 | $83,900 |
| J | $66,000 | $84,200 | $102,300 |
| K | $78,900 | $100,600 | $122,300 |
| L* | $94,300 | $120,200 | $146,200* |
| M* | $111,200 | $131,400 | $150,000* |

- Pay rates for FAA employees, including locality pay, are capped by law as of January 9, 2005 at $162,100



### Core Compensation Plan Pay Bands
### (Excluding Locality Pay)

| Pay Band | Minimum | Midpoint | Maximum |
|---|---|---|---|
| A | $15,800 | $19,400 | $23,100 |
| B | $18,100 | $22,300 | $26,400 |
| C | $20,500 | $25,600 | $30,800 |
| D | $23,600 | $29,500 | $35,400 |
| E | $27,100 | $33,900 | $40,700 |
| F | $31,100 | $38,900 | $46,700 |
| G | $36,400 | $46,400 | $56,400 |
| H | $44,400 | $56,600 | $68,800 |
| I | $54,100 | $69,000 | $83,900 |
| J | $66,000 | $84,200 | $102,300 |
| K | $78,900 | $100,600 | $122,300 |
| L* | $94,300 | $120,200 | $146,200 |
| M* | $111,200 | $131,400 | $150,000 |

Pay rates for FAA employees, including locality pay, are capped by law as of January 11, 2004 at $158,100.

**CC** **CORE COMPENSATION**
**FEDERAL AVIATION ADMINISTRATION**

## Core Compensation Plan Pay Bands
## (Excluding Locality Pay)

| Pay Band | 2001 Pay Bands | | | 2002/2003 Pay Bands | | |
|---|---|---|---|---|---|---|
| | Minimum | Midpoint | Maximum | Minimum | Midpoint | Maximum |
| A | $15,200 | $18,700 | $22,200 | $15,800 | $19,400 | $23,100 |
| B | $17,500 | $21,500 | $25,500 | $18,100 | $22,300 | $26,400 |
| C | $19,800 | $24,700 | $29,600 | $20,500 | $25,600 | $30,800 |
| D | $22,700 | $28,400 | $34,100 | $23,600 | $29,500 | $35,400 |
| E | $26,200 | $32,700 | $39,200 | $27,100 | $33,900 | $40,700 |
| F | $30,000 | $37,500 | $45,000 | $31,100 | $38,900 | $46,700 |
| G | $35,100 | $44,700 | $54,300 | $36,400 | $46,400 | $56,400 |
| H | $42,800 | $54,500 | $66,200 | $44,400 | $56,600 | $68,800 |
| I | $52,200 | $66,500 | $80,800 | $54,100 | $69,000 | $83,900 |
| J | $63,700 | $81,100 | $98,500 | $66,000 | $84,200 | $102,300 |
| K | $76,100 | $96,900 | $117,700 | $78,900 | $100,600 | $122,300 |
| L* | $90,900 | $115,800 | $140,700 | $94,300 | $120,200 | $146,200* |
| M* | $107,100 | $126,100 | $145,100 | $111,200 | $131,400 | $150,000* |

* Pay rates for FAA employees, including locality pay, are capped by law as of January 12, 2003 at $154,700.

# CORE COMPENSATION
## FEDERAL AVIATION ADMINISTRATION

## Core Compensation Plan Pay Bands
### (Excluding Locality Pay)

| Pay Band | 2000 Pay Bands | | | 2001 Pay Bands | | |
|---|---|---|---|---|---|---|
| | Minimum | Midpoint | Maximum | Minimum | Midpoint | Maximum |
| A | $14,800 | $18,100 | $21,500 | $15,200 | $18,700 | $22,200 |
| B | $17,000 | $20,800 | $24,700 | $17,500 | $21,500 | $25,500 |
| C | $19,100 | $23,900 | $28,700 | $19,800 | $24,700 | $29,600 |
| D | $22,000 | $27,500 | $33,000 | $22,700 | $28,400 | $34,100 |
| E | $25,300 | $31,600 | $38,000 | $26,200 | $32,700 | $39,200 |
| F | $29,000 | $36,300 | $43,500 | $30,000 | $37,500 | $45,000 |
| G | $33,900 | $43,200 | $52,500 | $35,100 | $44,700 | $54,300 |
| H | $41,300 | $52,700 | $64,000 | $42,800 | $54,500 | $66,200 |
| I | $50,400 | $64,300 | $78,100 | $52,200 | $66,500 | $80,800 |
| J | $61,500 | $78,400 | $95,300 | $63,700 | $81,100 | $98,500 |
| K | $73,500 | $93,700 | $113,900 | $76,100 | $96,900 | $117,700 |
| L* | $87,800 | $112,000 | $136,100 | $90,900 | $115,800 | $140,700 |
| M* | $103,500 | $122,400 | $141,300 | $107,100 | $126,600 | $141,300 |

*Pay rates for FAA employees, including locality pay, are capped by law as of January 2, 2000 at $141,300.