# EXHIBIT 3



U.S. Department
of Transportation

# Memorandum

**Federal Aviation
Administration**

Subject: __INFORMATION:__  EEO COUNSELOR'S REPORT          Date:  10/19/04

From:  EEO Counselor

To:  Office of Civil Rights

Reply
to
Attn.
Of:

## I. REQUIRED ELEMENTS

### A. AGGRIEVED PERSON
Name:    Mr. Malachy Coghlan

**InformalCaseNumber :**
AWA-FY2004-0180

**Job Title/Series Grade:**
**Place of Employment (Office or Facility Name):**    AWP Regional Office

Work Telephone No:    (310) 725-3404                    Home Telephone No:    (714) 692-6681

Mailing Address:    28600 Evening Breeze Drive

Yorba Linda          CA          92887

Aggrieved 's Representation (If Applicable):

Name:

Address:

Telephone No:

__Region__

*In which FAA region did the alleged discrimination take place?*

HeadQuarters (AWA)

__Line Of Business__
*In which FAA Line of Business or Staff Office did the alleged discrimination take place?*

AHR/Asst Administrator for Human Resource Management: ATS(AHR)

## B. CHRONOLOGY OF EEO COUNSELING

CR-9                                                            Page:    1

08-10-2004    Date of Initial Contact
08-10-2004    Date of Initial Interview
06-28-2004    Date of Alleged Discriminatory Event
08-12-2004    45 th Day After Discriminatory Event

**Reason for delayed contact beyond 45 days ( if applicable):**

09-09-2004    Date of Notice of Final Interview & Right to File
              Date Counseling Report Requested
              Date Counseling Report Submitted by Counselor

## C. BASIS (ES) FOR ALLEGED DISCRIMINATION

|       BASIS       |       SPECIFICS       |
|-------------------|-----------------------|
| Age               | 07-21-1950            |

### *Complainant's Description of Alleged Discrimination :*

Learned about the disparate treatment for those over 40 on June 28, 2004.  Mr. Coghlan hit the maximum of ie pay band in January 2004.  He received OSI/SCI`s as a partial lump sum payment with the remainder being added to is base pay.

## D. CLAIM

PRECISE DESCRIPTION OF THE CLAIM(S) COUNSELED

|       CLAIM       |       SPECIFICS       |
|-------------------|-----------------------|
| Pay Including Overtime | Maximum of pay band under core compensation. |

### *Note to EEO Counselors:*

If Harassment - Non - Sexual or Harassment - Sexual is alleged , you must call (202) 493-4103 to report the allegation(s) to the FAA Accountability Board. Call within two workdays of the initial contact with aggrieved individual. If the aggrieved individual wishes to remain anonymous, you must report the facts in a way to conceal the identity of the aggrieved person.

Date contacted Accountability Board:
Accountability Board person contacted:

## E. REMEDIES REQUESTED    (Describe the requested remedies. If possible, relate remedies to specific claims).

Doesn't want to be constrained by the pay cap.

## F. EEO COUNSELOR'S CHECKLIST
Did the Counselor advise the Aggrieved in writing of the Rights and Responsibilities Contained in the EEO Counselor's Checklist?.

Yes            No

SUMMARY OF INFORMAL RESOLUTION ATTEMPTS

A. IF THE COUNSELOR ATTEMPTED RESOLUTION
(NOTE: Unless the Aggrieved person selected mediation , the EEO counselor must complete this section.)


/9/2004 - Conveyed Management's response to the Aggrieved Person:


Management indicated that the minimum and maximum pay band salary ranges are based on market data complied from salary comparisons. The decision not to adjust pay band salary ranges is based on this data, rather than on the age of any employee who may be impacted by reaching the pay band maximums.

The Aggrieved Person requested their Notice of Final Interview and to provide information regarding the Class Complaint Process.

B. SUMMARY OF INFORMATION GIVEN TO THE
   AGGRIEVED PERSON AND TO THE AGENCY OFFICIAL
(Include information about the Mediation process).

ATTACHMENTS    (Add other attachments as necessary).

1. EEO Counselor's Checklist
2. Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process
3. Notice of Final Interview and Right to File a Complaint of Discrimination.


Name of EEO Counselor                                    Telephone Number


Signature of EEO Counselor                               Office Address



U.S. Department
of Transportation

**Federal Aviation**
**Administration**

# Memorandum

Subject: __INFORMATION:__ Response to Complaints on
Core Plan Pay Bands

Date: AUG 1 2 2004

From: Assistant Administrator for Human Resource
Management, AHR-1

Reply to
Attn. of:

To: Barbara Gardner, EEO Investigator
THRU: Harnetta Williams, Manager, Complaint
Services, ACR-5

The following information is provided in response to the discrimination complaints
received by the Office of Civil Rights regarding the Core Compensation Plan pay bands.

When developing the FAA's Core Compensation Plan, a specific value, i.e., salary
range, was established for each position within the agency, just as a specific salary
range is tied to each position in the Federal General Schedule (GS) pay system. The
concept in both pay systems is to pay employees for the specific value of the position
they occupy. As a result, there are thirteen pay bands each of which has a minimum
and a maximum salary level, and salaries of Core Plan employees must fall within those
levels, except in unusual circumstances such as when an employee has pay retention
due to involuntary downgrade or reduction in force.

The pay band salary ranges in the Core Plan are based on market data compiled
through salary surveys conducted annually by several private sector firms. FAA
participates in the surveys by providing data on salaries of FAA positions, and in
exchange receives market surveys that document how FAA's salary ranges compare to
private and public sector salaries. These reports are provided to the FAA Compensation
Committee and the Administrator for their use in making decisions on periodic changes
to the pay band salary ranges.

The decision not to adjust the pay band salary ranges was not based upon the age of
the employees who may be impacted by reaching the pay band maximums and
receiving lump sum payments instead of base pay increases. Indeed, the fact that
nearly 80 percent of the individuals who received base pay increases are over the age of
40 would belie any contention that the FAA's business decision impacts or was made
based on age.

Ventris C. Gibson

ATTACHMENT #1

## EEO COUNSELOR CHECKLIST

*Malachy Coghlan*                          *9/9/04*

(Aggrieved)                          (Date)

At the initial counseling session, counselors must advise individuals in writing of their rights and responsibilities. At a minimum those rights include the following: (check items discussed)

1. _____ ✓ The right to *anonymity* in the counseling phase of the complaint process unless waived.

2. _____ ✓ The right to *representation* throughout the complaint process including the counseling stage.

3. _____ ✓ The right to choose between the agency's *Alternative Dispute Resolution (ADR)* process or traditional EEO counseling and information about each procedure. The Federal Aviation Administration uses *Mediation* as its ADR process.

4. _____ ✓ The possible election requirement between a *negotiated grievance procedure* and the EEO complaint procedure.

     Where an agency is covered by 5 USC § 7121(d)[1] and where the negotiated procedure and the statute[2] cover the alleged discrimination, the aggrieved individual would be required to elect either

     1) The statutory procedure for discrimination (the internal agency EEO process) or

     2) The negotiated grievance procedure, but not both.

     This election is not made until the Aggrieved decides to file a formal complaint.

5. _____ ✓ The right to elect to proceed through the EEO complaint process with a *mixed case complaint* or to file an appeal to the *Merit Systems Protection Board (MSPB)*. Claims of discrimination that has to do with demotion, removal, suspension for more than 14 days, furlough for more than 30 days, or separation through reduction-in-force can be appealed to the MSPB. Participation in the EEO informal counseling is not considered an election. Filing a formal EEO complaint constitutes an election.

6. _____ ✓ The right to receive EEO counseling and, when accepted by the Departmental Office of Civil Rights (DOCR), an investigation into *complaints based on sexual orientation*. However since this right derives from Department of Transportation policy as opposed to law, there is no right to a hearing before EEOC. Complaints based on sexual orientation will receive a final agency decision (FAD).

---

[1] U.S. Postal Service, the Postal Rate Commission, and the Tennessee Valley Authority are among the few agencies not covered.

[2] The following statutes, collectively, protect on the bases of race, color, sex, religion, national origin, handicap, and age: Title VII of the Civil Rights Act of 1964, as amended, 42 USC § 2000e-16; Sections 501 and 505 of the Rehabilitation Act of 1973, as amended, 29 USC §§ 791 and 794a; and Section 15 of the Age Discrimination in Employment Act of 1967, as amended, 29 USC § 633a, The Equal Pay Act of 1963, 29 USC 206(d).

CR-4
Revised: 07/00

Motions for reconsideration of the dismissal of a complaint or of the findings in a FAD may be filed with the Director, DOCR. Compensatory damages are not available for complaints of discrimination based on sexual orientation.

7. _____ The requirement that the aggrieved person *file a complaint within 15 calendar days* of receipt of the counselor's notice of final interview and right to file a formal complaint in the event (s)he wishes to file a formal complaint at the conclusion of counseling.

8. _____ The right to file a *notice of intent to sue when age is alleged as a basis for discrimination* and of the right to file a lawsuit under the ADEA instead of an administrative complaint of age discrimination, pursuant to section 1614.201(a).

9. _____ The right to *go directly to U.S. district court on claims of sex-based wage discrimination* under the Equal Pay Act even though such claims are also cognizable under Title VII,[3] and in connection with the Equal Pay Act claim advise of the availability of liquidated damages for a willful violation.

10. _____ The right to a *hearing before an EEOC AJ after 180 days* or after completion of the investigation, whichever comes first. (except for complaints based on sexual orientation).

11. _____ The right to *go to U.S. district court 180 days* after filing a formal complaint or 180 days after filing an appeal. (except for complaints based on sexual orientation).

12. _____ The *duty to mitigate damages*, e.g., that interim earnings or amounts which could be earned by the individual with reasonable diligence generally must be deducted from an award of back pay.

13. _____ The duty to *keep the agency and EEOC informed of current mailing address* and to serve copies of the appeal papers on the agency.

14. _____ The *right to receive* in writing within 30 calendar days of the first counseling contact (unless the time period is extended by complainant's prior written consent) *a notice terminating counseling* and informing the aggrieved of
1) the right to file a formal complaint within 15 calendar days of receipt of the notice,
2) the appropriate official with whom to file a formal complaint, and
3) the complainant's duty to immediately inform the agency if the complainant retains counsel or a representative.

Any extension of time for counseling may not exceed an additional 60 days. Where notice is not provided and no extension is secured, the complainant has the right to file a formal complaint after the 30th day. Exception: Where complainant agrees to participate in an established alternative dispute resolution program, the written notice terminating the counseling period will

___
[3] Sex-based claims of wage discrimination may also be raised under Title VII; individuals so aggrieved may thus claim violations of both statutes simultaneously. Equal Pay Act complaints may be processed under Part 1614. In the alternative, a complainant may go directly to U.S. District Court.

CR-4
Revised: 07/00

be issued upon completion of the dispute resolution process or within 90 days of the first contact whichever is earlier.

15. _____ Only claims raised at the counseling stage or claims like or related to those that were raised at the counseling stage, may be the *subject of a formal complaint .and how to amend a complaint after it has been filed.  The right to know how to amend a complaint after it has been filed.*

16. _____ The *time frames* in the complaint process.

17. _____ The *class complaint procedures* and the responsibilities of a class agent where  class allegations are raised.

18. _____ Allegations of sexual harassment; misconduct of a sexual nature or  related reprisal; incidents of verbal, written, graphic or physical harassment ; or other misconduct that creates or may create an intimidating, hostile or offensive work environment  will be reported to the FAA Accountability Board.  The Board will review the allegations to determine an appropriate management response.  Reports to the Board will conceal the identity of aggrieved individuals who wish to remain anonymous.

CR-4
Revised: 07/00

ATTACHMENT #2



# Memorandum

U.S. Department
of Transportation

**Federal Aviation
Administration**

---

Subject: **INFORMATION:** Aggrieved
Person's Rights and
Responsibilities in the EEO
Complaint Process

From: EEO Counselor

Date: 9/9/04

Reply to
Attn. Of:

To: Aggrieved Person – *Malachy Coghlin*

This notice advises you of your rights and responsibilities as an aggrieved person under 29 Code of
Federal Regulation (CFR) 1614, Federal Sector Equal Employment Opportunity; Equal Employment
Opportunity Commission (EEOC) Management Directive (MD) 110, Federal Sector Complaint Processing
Manual; and the Department of Transportation, Departmental Office of Civil Rights (DOCR) Investigation
Procedures Manual. **PLEASE READ THIS NOTICE CAREFULLY SO THAT YOU MAY FULLY
UNDERSTAND YOUR RIGHTS AND RESPONSIBILITIES**. Should you have any questions or
difficulty in clearly understanding this information, please contact the Office of Civil Rights for further
assistance.

a) You have the right to remain **anonymous** during EEO counseling unless you waive that right. The
right to remain anonymous ends when you file a formal EEO complaint.

b) You have the right to **representation** throughout the EEO complaint process including the counseling
stage. EEO Counselors may not act as representatives. EEO counselors are not advocates for either the
aggrieved person or the agency but act strictly as a neutral in the EEO process.

c) You have the right to request **traditional EEO** counseling or an **Alternative Dispute Resolution
(ADR)** process. The FAA uses **Mediation** as our ADR process. More detailed information about the
FAA EEO Mediation Program is provided in Attachment 8.

d) If you are a member of a bargaining unit, you may elect between the EEO complaint procedure and a
**negotiated grievance procedure (NGP)** if the NGP permits claims of discrimination to be raised.
Filing a formal EEO complaint constitutes an election. Participation in the pre-complaint counseling is
not considered an election.

e) For permanent status employees who have completed their probationary period and, in general, the
claim of discrimination has to do with demotion, removal, suspension for more than 14 days, furlough
for more than 30 days, or separation through reduction-in-force, you have the right to elect to
proceed through the EEO complaint process with a **mixed case complaint** or to file an appeal to
the Merit Systems Protection Board **(MSPB)**. Participation in EEO informal counseling is not
considered an election. Filing a formal EEO complaint constitutes an election. Additional information
on filing an appeal with MSPB is available at: http://WWW.MSPB.GOV/foia/foia.info.html.

CR-3
Revised 07/00

f)   If your claims are not resolved through EEO counseling or EEO mediation and you wish to pursue the matter, you must **file a formal EEO complaint within 15 calendar days** of receipt of the Counselor's notice of final interview and right to file a formal complaint.

g)   You have the right to file a **notice of intent to sue** when **age** is alleged as a basis for discrimination and the right to file a lawsuit under the **Age Discrimination in Employment Act (ADEA)** instead of filing a complaint of age discrimination in the EEO process.

h)   You have the right to go directly to a court of competent jurisdiction on claims of sex-based wage discrimination under the **Equal Pay Act (EPA)** even though such claims are also cognizable under Title VII of the Civil Rights Act.  Individuals so aggrieved may thus claim violations of both statutes simultaneously.  Equal Pay Act complaints may be processed administratively through the EEO complaint process or go directly to a court of competent jurisdiction.

i)   You have the right to **request a hearing before an EEOC Administrative Judge** except in a mixed case after 180 calendar days from the filing of a formal complaint or after completion of the investigation, whichever comes first.

j)   You have the right to request a **final agency decision** after an investigation by the agency.

k)   You have the right to go to **U.S. District Court** 180 calendar days after filing a formal complaint or 180 days after filing an appeal.

l)   You have a duty to **mitigate damages**, e.g., interim earnings or amounts that could be earned by the individual with reasonable diligence generally must be deducted from an award of back pay.

m)   You have a duty to keep the agency and EEOC informed of your **current mailing address** and to serve copies of appeal papers on the Secretary of Transportation at the following address:

Original:                                                    Copy:

Secretary of Transportation                  Federal Aviation Administration
U. S. Department of Transportation           Office of the Chief Counsel
Departmental Office of Civil Rights, S-30     General Legal Services, AGC-100
400 7th Street SW                            800 Independence Ave. SW
Washington, DC  20590                        Washington, DC  20591

It is your duty to pick up certified mail or any other correspondence sent to you by FAA, DOCR, or EEOC. If you fail to notify us of a new mailing address or fail to pick up certified mail, your case may be dismissed for failure to cooperate.

n)   When EEO counseling is selected, you have the right to receive, in writing, within 30 calendar days of the first counseling contact (unless you agree in writing to an extension), **a notice terminating counseling** and informing you of:

(1) The right to file **a formal individual or class complaint** within **15 calendar days** of receipt of the notice,
(2) The appropriate official with whom to file a formal complaint, and
(3) Your duty to immediately inform the agency if you retain counsel or a representative.

Any extension of the counseling period may not exceed an additional **60 calendar days**.

o) If you agree to participate in EEO mediation and resolution of all claims is not achieved, the written notice terminating the counseling period will be issued upon completion of the mediation process or within ninety (90) calendar days of the first contact with the EEO counselor, whichever is earlier.

p) Only those claims raised at the counseling stage or claims that are like or related to those that were raised may be the subject of a formal complaint.

q) If your complaint is accepted, DOCR will conduct an EEO investigation into your complaint.  At the conclusion of the investigation, a Report of Investigation (ROI) will be forwarded to you with appropriate instructions.  PLEASE READ THE ROI THOROUGHLY.

r) The ROI contains personal data and is to be treated in a confidential manner.  **You may not show your copy of the ROI, in whole or in part, to a third party except your designated representative.**  Violations of privacy safeguards may result in disciplinary action, a fine of up to $5,000, or both (Public Law 93-576).

s) If you have not received a ROI within 180 calendar days of filing your formal EEO complaint, you have the right to request a hearing on your case before an EEOC Administrative Judge.  **NOTE:**  This right does not apply to complaints of discrimination based on sexual orientation.  Claims based on sexual orientation do not have coverage under Title VII of the Civil Rights Act or 1964, as amended.  Such claims are limited to the authority of Department of Transportation policy.

t) You will have 30 calendar days to review the ROI.  Following your review, you may request a hearing before an EEOC Administrative Judge or an immediate final agency decision (FAD) based on the written record.

u)  A FAD will be issued within 60 calendar days of:

1.  receiving notice that you requested an immediate decision;
2.  the end of the 30-day period for requesting a hearing, if the agency has not received a timely request or;
3.  receiving the findings and conclusions of law of an EEOC Administrative Judge.

v) You may amend an EEO complaint at any time prior to the completion of the EEO investigation.  Amendments may provide additional evidence in support of an existing claim or raise a new claim that is like or related to a pending complaint.  There is no requirement to seek EEO counseling for amendments.  To amend an existing complaint, you must submit a letter to the Departmental Office of Civil Rights (DOCR) that is processing your pending complaint.

w) The Departmental Office of Civil Rights will issue a letter to you accepting or dismissing your complaint.  If your formal EEO complaint is dismissed your appeal rights will be provided to you in DOCR's letter of dismissal.  The letter will also explain your rights should there be a partial dismissal of your complaint.  Appeals are made to:

> Equal Employment Opportunity Commission
> Office of Federal Operations
> Federal Sector Programs
> P.O. Box 19848
> Washington, D.C. 20036

x) Compensatory **damages** are included in the possible remedies available through the EEO complaint process.  Compensatory damages are not available under Age Discrimination in Employment Act, in

disparate impact cases, or for complaints of discrimination based on sexual orientation. **Punitive damages** are not available in Federal sector EEO complaints.

Attachment 1, *EQUAL EMPLOYMENT OPPORTUNITY STATUTES, REGULATIONS AND POLICIES,* lists the laws and regulations which govern the EEO process.

Attachment 2, *EQUAL EMPLOYMENT OPPORTUNITY BASES,* explains the bases for raising an allegation of discrimination in the EEO process at FAA.

Attachment 3, The time frames applicable to the Equal Employment Opportunity (EEO) process are described in *EEOC REVISED FINAL RULE ON 1614 REGULATIONS - FLOWCHART - (SIMPLIFIED VERSION).*

Attachment 4, Options and election rights for pursuing your complaint are described in *EEO Special Procedures and Election Rights.* PLEASE READ ABOUT YOUR ELECTION RIGHTS CAREFULLY. If you have any questions concerning election rights, contact your Civil Rights Office.

Attachment 5, Complaints of discrimination based on sexual orientation is processed in accordance with the DOCR Investigation Procedures Manual as opposed to 29 CFR 1614. The procedures are described in *PROCEDURES FOR COMPLAINTS OF DISCRIMINATION BASED ON SEXUAL ORIENTATION.*

Attachment 6, *EQUAL EMPLOYMENT OPPORTUNITY CLASS COMPLAINT PROCEDURES,* describes class complaints and the rights & responsibilities of a class agent.

Attachment 7, *FAA ACCOUNTABILITY BOARD,* describes the scope of the Accountability Board responsibility on allegations of sexual harassment and incidents of verbal, written, graphic or physical harassment that creates an intimidating, hostile or offensive work environment.

Attachment 8, *FAA's EEO MEDIATION PROGRAM,* describes the Office of Civil Rights' mediation program to resolve allegations of workplace discrimination and or harassment raised through the EEO complaint process.

.If you need additional information, please contact the Civil Rights office. You may also visit our EEO site on the World Wide Web at http://www.faa.gov/acr/EEO.htm. The site has answers to frequently asked questions on the EEO process, lists of EEO counselors, electronic copies of regulations and policies, and links to other sites of interest such as EEOC's home page.

EEOC's Management Directive (MD-110) is on-line at: http://www.eeoc.gov/federal/md110.html. Title 29 CFR Part 1614 is on-line at: http://www.eeoc.gov/federal/1614-final.html.

**It is recommended that you retain this letter for future reference.**

EEO Counselor (Signature)

I, _____ (Aggrieved Person's name),

acknowledge receipt of this letter and its attachments.

_____ (Signature) _____

_____ (Date).

Attachments

1. EQUAL EMPLOYMENT OPPORTUNITY STATUTES AND REGULATIONS
2. EQUAL EMPLOYMENT OPPORTUNITY BASES
3. EEOC REVISED FINAL RULE ON PART 1614 REGULATION - Time Frames
4. EEO SPECIAL PROCEDURES AND ELECTION RIGHTS
5. PROCEDURES FOR COMPLAINTS OF DISCRIMINATION BASED ON SEXUAL ORIENTATION
6. EQUAL EMPLOYMENT OPPORTUNITY CLASS COMPLAINT PROCEDURES
7. FAA ACCOUNTABILITY BOARD, FAA Order 1110.125A, Appendix 1
8. FAA EEO MEDIATION PROGRAM

Memorandum

**To:**    Malachy Coghlan

**From:**  Phyllis A. Seaward, ACR-5

**Date:**  September 9, 2004

**Re:**    Rights and Responsibilities / Notice of Final Interview

---

I am enclosing the Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process and the Notice of Final Interview Form and the Formal Complaint Form.

Please sign the Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process Form sign by the check-mark and fax the form back to me, (202) 267-5565.

Upon completing the Notice of Final Interview Form and the Formal Complaint Form, please forward to the Departmental Office of Civil Rights (DOCR) for further processing. Complete the forms and sign by the "check-marks". You have fifteen (15) calendar days upon receipt of the forms to forward to (DOCR), Nassif Building, room 2104. You can fax your formal complaint to DOCR at (202) 493-2064. Please follow-up your "fax" formal complaint with an "original signed-hard copy" to DOCR.

Also, forward a copy of the Notice of Final Interview Form and the Formal Complaint Form to me, P. Seaward, ACR-5D.

Please contact me if you have any further questions.

Regards,

Phyllis A. Seaward
EEO Specialist, ACR-5D
FAA - Office of Civil Rights, room 1030
800 Independence Avenue, SW
Washington, DC  20591

1

*September 9, 2004*

W - (202) 267-9931
F – (202) 267-5565
phyllis. seaward@faa.gov

**2**

ATTACHMENT #3



**U S Department
of Transportation
Federal Aviation
Administration**

# Memorandum

| | | |
|---|---|---|
| Subject | Notice of Final Interview and Right to File a Discrimination Complaint | Date: 9/9/04 |
| From | EEO Counselor | Reply to Attn. Of: |

TO    Aggrieved  *Malachy Coghlan*

This is to inform you that because the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, reprisal and/or sexual orientation. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 calendar days after receipt of this notice, with the following official authorized to receive discrimination complaints:

Original to:

Regional Director
Department of Transportation
Departmental Office of Civil Rights
Washington DC Regional Office (S-342)
400 Seventh Street SW
Washington, DC 20590

Copy to:

Federal Aviation Administration
Assistant Administrator for Civil Rights
Complaints Team (ACR-5)
800 Independence Avenue SW
Washington, DC 20591

The complaint must be specific and contain only those issues discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure; an appeal to the FAA Tri-Party Panel; or a complaint with the Merit System Protection Board on the same claim(s). For your use, a copy of the Complaint of Discrimination in the Federal Government form is provided.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the Regional Director of the Departmental Office of Civil Rights, in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

If your allegation concerned sexual harassment; misconduct of a sexual nature; reprisal for having reported sexual harassment; allegations or incidents of verbal, written, graphic or physical harassment; or other misconduct that creates or may create an intimidating, hostile or offensive work environment, it was reported to the FAA Accountability Board. If you had requested anonymity, the report was made such not to reveal your identity. The report to the Accountability Board does not alter the periods of the EEO complaint process in any way.

| | | |
|---|---|---|
| EEO Counselor | Aggrieved's Acknowledgement of Receipt | 9/27/04 Date |

Attachment    NOTE YOUR CERTIFIED letter was received by me on 9/24/04

CR-8
Revised 07/00

If you need additional information, please contact the Civil Rights office. You may also visit our EEO site on the World Wide Web at http://www.faa.gov/acr/EEO.htm. The site has answers to frequently asked questions on the EEO process, lists of EEO counselors, electronic copies of regulations and policies, and links to other sites of interest such as EEOC's home page.

EEOC's Management Directive (MD-110) is on-line at: http://www.eeoc.gov/federal/md110.html.
Title 29 CFR Part 1614 is on-line at: http://www.eeoc.gov/federal/1614-final.html.

**It is recommended that you retain this letter for future reference.**

EEO Counselor (Signature)

I, MALACHY .T. Coghlan _____ (Aggrieved Person's name),

acknowledge receipt of this letter and its attachments.

9/27/04 _____ (Date).   _____ (Signature) _____

Attachments

1. EQUAL EMPLOYMENT OPPORTUNITY STATUTES AND REGULATIONS
2. EQUAL EMPLOYMENT OPPORTUNITY BASES
3. EEOC REVISED FINAL RULE ON PART 1614 REGULATION - Time Frames
4. EEO SPECIAL PROCEDURES AND ELECTION RIGHTS
5. PROCEDURES FOR COMPLAINTS OF DISCRIMINATION BASED ON SEXUAL ORIENTATION
6. EQUAL EMPLOYMENT OPPORTUNITY CLASS COMPLAINT PROCEDURES
7. FAA ACCOUNTABILITY BOARD, FAA Order 1110.125A, Appendix 1
8. FAA EEO MEDIATION PROGRAM