# EXHIBIT 4

| DEPARTMENT OF TRANSPORTATION | COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT (Privacy Act Statement attached) | (FOR AGENCY USE) 2004-18297-FAA-02 |
|---|---|---|

BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, Reprisal or Sexual Orientation
(Please Type or Print)

1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME
MALACHY T. COGHLAN

2. WHAT IS YOUR TELEPHONE NO.? (Including Area Code)
714 469-5130

YOUR STREET ADDRESS (or RD Number or Post Office Box Number)
28600 EVENING BREEZE DRIVE

HOME PHONE
714 692 6681

YOUR CITY: YORBA LINDA  STATE: CA  ZIP CODE: 92887

WORK PHONE: 310 7253404

3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? (Prepare a separate complaint form for each office which you believe discriminated against you)
FEDERAL AVIATION ADMINISTRATION

4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?
X YES (Answer A, B, and C)
___ NO (Continue with 5)

a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU
FEDERAL AVIATION ADMINISTRATION

a. NAME OF AGENCY WHERE YOU WORK
FEDERAL AVIATION ADMINISTRATION

b. STREET ADDRESS OF OFFICE
800 INDEPENDENCE AVE SW

15000 AVIATION BLVD

c. CITY: WASHINGTON  STATE: DC  ZIP CODE: 20591

c. CITY: HAWTHORNE  STATE: CA  ZIP CODE: 90009-2007

WHAT IS THE TITLE AND GRADE OF YOUR JOB?
COORDINATOR - EXECUTIVE STAFF
RWP-412  PAYBAND-J (14 equivalent)

5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE  N/A
MONTH  DAY  YEAR
CONTINUING VIOLATION

6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST
___ RACE, IF SO, STATE YOUR RACE
___ COLOR, IF SO STATE YOUR COLOR
___ RELIGION, IF SO, STATE YOUR RELIGION
___ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN
___ SEX, IF SO, STATE YOUR SEX
X AGE, IF SO, STATE YOUR AGE  54
___ HANDICAP, IF SO, STATE YOUR HANDICAP
___ REPRISAL
___ SEXUAL ORIENTATION

FAXED TO DOCR # 202 493 2064 — 9/28/04  ORIGINAL IN MAIL

**EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR SEXUAL ORIENTATION.** *(For each allegation, please state to the best of your knowledge, information and belief, what incident occurred And when the incident occurred.) (Continue on reverse of form or add additional sheets.)*

In 1996, the FAA was given authority by Congress to redesign its compensation system. A pilot project on the new Core Compensation system was conducted from July 1998 to January 2000, with the remainder of the non-bargaining unit workforce being brought under the system in April 2000. As part of this system, the FAA did away with the traditional Cost of Living Adjustments (COLA) approved each year by Congress. In its place, the agency makes permanent adjustments to salary based on an Organizational Success Increase (OSI) and Superior Contribution Increase (SCI) that can be awarded to employees.

In addition, each employee under the new system was taken out of their traditional "grade" and placed into a pay band. FAA policy states that these pay bands were to be adjusted annually, based on the results of wage surveys to be completed by the Office for Human Resource Management (AHR). The results of the wage surveys have never been released to the employees covered under the Core Compensation system. During the first two years of the new system, the pay bands were adjusted by an amount very similar to that approved by Congress for the COLA. For the past two years the pay bands have not been adjusted, without any explanation offered by the agency.

As a result of the pay bands not being adjusted the past two years, many FAA employees have not received the OSI or SCI as permanent adjustments to their salary. As part of the new system, employees who are at the maximum of their pay band receive their OSI/SCI as a lump sum payment, not a permanent adjustment to their salary. I am one of 829 employees who fall into this category.

More importantly, the FAA has made exempt from this policy a large number (4,158) of employees who continue to receive permanent adjustments to their salaries in excess of their pay bands, unlike the 829 who the FAA has determined should receive only lump sum payments. All of 829 employees mentioned above are treated differently from those employees who have been granted exemptions from the policy and who continue to receive their OSI/SCI as a permanent adjustment to their salary. This establishes an environment that does not subscribe to the tenet of equal pay for equal work. Without question, the selective application of this policy is unfair.

The selective application of this policy negatively impacts the past, current, and future pay of the 829 FAA employees while employed, and results in a lower salary level for computation of retirement benefits. It also impacts TSP contribution, future pay increases, etc.

Even if it was argued that this policy/practice was fair in principle and application, the fact that 95% of the 829 employees are age 40 or over shows that it has a disparate impact on a protected class of employees.

As part of their Core Compensation System, the Federal Aviation Administration (FAA) has in place a policy and practice that have a disparate impact on a protected class of employees. Based on information provided by the FAA in June 2004, this policy has had a negative impact on 829 employees (including myself), of which 95% are age 40 or older. The negative impact of this policy includes lost wages, reduced retirement annuities, reduced contributions to TSP, etc.

Not only does this policy and practice have a disparate impact on a protected class of employees, it is also not being applied to all employees currently covered by the Core Compensation system. Out of the approximately 20,000 employees covered under the Core Compensation system, 4,158 have been exempted from the same policy and practice. Even if the policy was fair in its content, how can it not be considered discriminatory when it is not being applied to all employees?

9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?

   a. Require the FAA to ensure that the upper limit of the base pay bands are increased each year to account for the OSI (less locality pay amount) and SCI-1 percentage. This will eliminate the disparate impact caused by the current policy and practice.

   b. Require the FAA to provide retroactive salary level adjustments to account for any amounts given as lump sum versus permanent salary adjustment.

   c. Require the FAA to pay any salary adjustments not received in years after lump sum was provided, to include reasonable interest.

   d. If "a-c" are not provided, require the FAA provide a lump sum payment to cover lost wages during past, present and future employment with the FAA, as well as projected wage losses incurred upon and during retirement.

   e. Require the FAA to reimburse all legal and attorney fees.

   f. Require the FAA to reimburse any other costs associated with this complaint.

| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR  X YES ___ NO | a. NAME OF COUNSELOR  [signature] |
|---|---|

WHAT CORRECTIVE ACTION ARE YOU SEEKING?

See above

| 10. DATE OF THIS COMPLAINT (Month, Day, Year)  9/27/04 | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE  [signature]  MALACHY T. COGHLAN |
|---|---|