# EXHIBIT 6

PERSONNEL & LABOR
LAW ; AFF
AGC

2005 JAN 25  A 11: 15

January 13, 2005

Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 19848
Washington, DC 20036

Norman Y. Mineta, Secretary of Transportation, through its agent, the Federal Aviation Administration (FAA) and its administrator, Marion Blakey are discriminating against me, because I am old. Enclosed is my appeal form to the Office of Federal Operations.

In the FAA's response to my complaint, they never addressed my continuing violation issue nor did they properly identify the issues raised in my complaint or address the merits of the case. FAA has put form over substance in that they raised a spurious argument about timeliness when the violation of law is actually continuous.

When pay banding was pushed down to employees from the top of the management heap, it was sold to us as the best thing since sliced bread and canned beer. It is not. It is harmful to the senior members of the FAA. Pay banding has harmed at least 800 employees in the FAA thus far.

As for my specific case, I have been harmed as follows. I am presently "pay capped". That means any increase in pay I receive through an organizational success increase (OSI) is given to me as lump sum cash after taxes. If I were not pay capped, the OSI as well as any superior contribution increase (SCI) would become part of my base pay and would increase my annual salary and retirement for the remainder of my career. I am being financially harmed because I have been in the system longer and am older than those folks that are below the pay cap. Simply stated, the newer, younger employees get better pay benefits than me. Essentially, for the rest of my career with the FAA I will be denied the equivalent of all cost of living allowances (COLA) because of this unjust pay system.

What is worse, a policy was carved out where some FAA employees were exempted from this pay band cap making application of this policy even more unfair as it is applied to me. Essentially employees who are exempted from the pay cap will have greater base salary increases and better retirement than I do based on this disparate treatment. I have also been informed this violation of law will happen to me again this year as my OSI and SCI will be given to me in lump sum rather than applied to my 2005 base pay. This establishes the basis for a continuing violation.

Whether you call it disparate treatment, de facto, or de jure discrimination, it is still wrong. Just because I am a senior federal employee, I should not be treated differently than younger members of our work force by being the victim of a disparate pay system.

As such I am appealing this issue to you in hopes that you will address this case on the merits. The remedy I seek is that I not be subjected to the inequity of the pay cap penalty under the pay banding system currently in place at the FAA.

*[signature]*

Malachy T. Coghlan
28600 Evening Breeze Dr.
Yorba Linda, CA 92887
(310) 725-3404 work
(714) 692-6681 cell

cc: The Honorable Norman Y. Mineta
    Secretary of Transportation
    400 7th Street, SW
    Washington, DC 20590

    Regional Director
    Washington Regional Office, S-342
    Department of Transportation
    400 7th Street, SW, Room 2104
    Washington, DC 20590

    Jerry Mellody
    Assistant Chief Counsel
    Personnel and Labor Law Staff, AGC-30
    Federal Aviation Administration
    800 Independence Ave., SW
    Washington, DC 20591

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

1. Appellant's name (Last, First, Middle): [Please Print or Type]
   **COGHLAN, MALACHY T.**

2. Home/mailing address:
   **28600 EVENING BREEZE DR.**
   **YORBA LINDA CA 92887**

3. Name and address of attorney or other representative, if any:
   **SELF**

4. Appellant's daytime telephone number (incl. area code):
   **310 725 3404**

5. Representative's telephone number (if applicable):

6. Has the appellant filed a *formal* complaint with his/her agency?
   ☐ No   ☒ Yes - indicate the Agency's complaint number: **2004-18297-FAA-02**

7. Name of the agency being charged with discrimination: **DEPT OF TRANSPORTATION, NORMAN Y. MINETA + FEDERAL AVIATION ADMINISTRATION**

8. Location of the duty station or local facility in which the complaint arose: **LOS ANGELES CA**

9. Has a FINAL DECISION been issued by the agency, an Arbitrator, FLRA, or MSPB on this complaint?
   ☒ YES (Indicate the date the appellant RECEIVED it **Dec 27, 2004**, and ATTACH A COPY.)
   ☐ NO
   ☐ This appeal alleges a breach of a settlement agreement.

10. Has a complaint been filed on this same matter with this Commission, another agency, or through any other administrative or collective bargaining procedure?
    ☒ NO   ☐ YES (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate).

11. Has a civil action (lawsuit) been filed in connection with this complaint?
    ☒ NO   ☐ YES (ATTACH A COPY OF THE CIVIL ACTION FILED)

12. Signature of appellant or appellant's representative
    *[signature]*

13. Date: **1/12/05**

NOTICE: Before mailing this appeal, be sure to attach a copy of the final decision from which you are appealing, if one has been issued. Any comments or brief in support of the appeal MUST be filed with the Commission AND with the agency within 30 days of the date this appeal is filed. Making a knowingly false statement on this form is punishable by law. See 18 USC § 1001. PRIVACY ACT STATEMENT ON REVERSE SIDE.

FOR EEOC USE ONLY:                         OFO DOCKET NUMBER: