# EXHIBIT 7

# Human Resource Policy Manual (HRPM)

Human Resource Management (AHR)

## GRANDFATHERED EMPLOYEES IN THE CORE COMPENSATION PLAN COMP-2.21C

**This Chapter applies to:** All employees covered by the FAA Core Compensation Plan

**Chapter established on:** March 12, 2002

**This version effective:** March 12, 2002

**Chapter revision history:** NA



### 1. POLICY

Core Compensation Plan policy (see COMP-2.13C, Pay Retention in the Core Compensation Plan) provides that employees whose base pay exceeds the band maximum (i.e., those on pay retention) will receive any annual pay adjustments -- Organizational Success Increases (OSIs) and/or Superior Contribution Increases (SCIs) – as lump sum payments instead of base pay increases. However, employees who upon conversion of their position to the Core Compensation Plan are not currently on pay retention, but whose pay rate immediately after conversion exceeds the band maximum immediately following conversion, are covered by a "grandfather provision". Those employees who are grandfathered will receive OSIs and SCIs as additions to base pay instead of lump sum payments.

A grandfathered employee will be placed on pay retention at the time of conversion to the Core Compensation Plan, will be designated by a special Pay Rate Determinant (as defined by CPMIS), and will receive future annual increases as additions to his/her base salary.

The grandfather provision only applies to an employee whose position is converted to the Core Compensation Plan. Employees who move from one FV position to another FV position, or from a position in another pay plan to an FV position, are not eligible for the grandfather provision.

- **Termination of Grandfathered Eligibility**

A grandfathered employee continues to be eligible for the grandfather provision until the employee's pay rate falls within the pay range for their assigned pay band, or until the employee voluntarily moves to another position. If an employee's pay rate would fall within the pay range for their assigned pay band solely as the result of an adjustment to

the pay band ranges, and receipt of the OSI and/or SCI as a base pay increase would once again take the employee's pay rate above the band maximum, the employee will continue to be grandfathered and will receive the full OSI and/or SCI.

- **Employees on Pay Retention Immediately Preceding Conversion**

Employees on pay retention immediately preceding the conversion to Core Compensation Plan, except those described below who were also on grade retention, are not eligible for the grandfather provision. If, after conversion, the salary of an employee on pay retention immediately prior to conversion exceeds the new band maximum after conversion, the employee will be covered by the normal pay retention policies and will receive the portion of any OSIs and SCIs as lump sum payments.

- **Employees on Grade Retention Immediately Preceding Conversion**

If an employee is in a grade retention status immediately preceding conversion, and his/her pay exceeds the new band maximum after conversion, s/he will be entitled to be grandfathered for a period of two years from the initial date of entitlement to grade retention. If any OSIs or SCIs are granted during this two-year period, the employee will receive them as additions to base pay, not as lump sum payments. At the end of the two-year period, if the employee's salary still exceeds the pay band maximum, the employee will no longer be eligible for the grandfather provision and will be covered by the normal pay retention policies. The servicing Human Resources office will need to adjust the Pay Rate Determinant code to the appropriate pay retention code (J, K, or other). Following this adjustment, the employee will receive future OSIs and SCIs in accordance with the OSI and SCI policies.

| | |
|---|---|
| **Related Policies** | COMP-2.1C, Agency Initiated Conversion to the Core Compensation Plan<br><br>COMP-2.4, Annual Pay Changes in the Core Compensation Plan<br><br>COMP-2.13, Pay Retention in the Core Compensation Plan |
| **Related Human Resources Operating Instructions** | None |
| **Related Reference Material** | Core Compensation Pay Bands |
| **Related Forms and Decision Tools** | None |

Return to HRPM COMPENSATION Chapters