# EXHIBIT 8



**U.S. Department of Transportation**

**Federal Aviation Administration**

800 Independence Ave., S.W.
Washington, D.C. 20591

February 25, 2005

<u>VIA FACSIMILE</u>

Mr. Jim Meiburger
Office of Federal Operations
Equal Employment Opportunity Commission
1400 L Street, NW, Suite 200
Washington, DC 20005

    RE:    <u>Peter ███ v. Department of Transportation</u>
    Agency No.    2004-███-FAA-02
    EEOC No.    no acknowledgment order received

    <u>James ███ v. Department of Transportation</u>
    200█-███-FAA-02
    no acknowledgment order received

    <u>Linda ███ v. Department of Transportation</u>
    200█-███-FAA-02
    no acknowledgment order received

    <u>Henry ███ Department of Transportation</u>
    200█-███-FAA-02

    <u>Kathy ███ v. Department of Transportation</u>
    2004-███-FAA-02
    no acknowledgment order received

    <u>Betty ███ v. Department of Transportation</u>
    2004-███-FAA-02
    no acknowledgment order received


Norm████████ v. Department of Transportation
2004-█████-FAA-02

Malachy T. Coghlan v. Department of Transportation
2004-18297-FAA-02
01A52152

Dear Mr. Meiburger:

The above-captioned cases have been assigned to me. My contact information is as follows:

Julia A. Rhodes
Personnel & Labor Law Branch (AGC-30)
Office of the Chief Counsel
Federal Aviation Administration
600 Independence Avenue, SW, 1st Floor
Washington, DC 20591
Phone: 202.385.8254
Fax:    202.493.5085

Accordingly, please address all future correspondence regarding this case to me since I am now the designated representative for the Agency. Also, to ensure timely receipt of correspondence since mail delivery continues to be sporadic, please send future correspondence by facsimile, Federal Express, United Parcel Service (UPS) or courier.

Additionally, as you may be aware, the above captioned decisions issued by OFO involve the Federal Aviation Administration's (FAA's) core compensation systems created as a result of personnel reform. The complaints stem from different areas of country; however, the Personnel & Labor Law Staff at FAA Headquarters will be handling them. For administrative ease, the Agency respectfully requests that the

2

deadline for filing requests for reconsideration in these cases all be the same, so that the Agency's oppositions to all of these appeals be due on March 24, 2005.

Sincerely,

*[signature]*

Julia A. Rhodes
Agency Representative

CERTIFICATE OF SERVICE

I certify that the Agency's Designation of Representation and Motion for Extension of Time was sent by facsimile, on February 25, 2005, to:

> Jim Meiburger
> Office of Federal Operations
> Equal Employment Opportunity Commission
> Washington, DC 20005
> Telephone No.: 202-663.4576
> Facsimile No.: 202-663.7004 or 7022

I also certify that the Agency's Designation of Representation and Motion for Extension of Time was sent by first class mail on January 25, 2005, to:



> Malachy T. Coghlan
> 28600 Evening Breeze Dr.
> Yorba Linda, CA 92887

Dated: 2/25/05