# EXHIBIT 10

Human Resource Policy Manual (HRPM)
Human Resource Management (AHR)

---

## PAY BANDS IN THE CORE COMPENSATION PLAN
## COMP-2.2C

**This Chapter applies to:** All employees covered by the FAA Core Compensation Plan

**Chapter established on:** March 12, 2002

**This version effective:** March 12, 2002

**Chapter revision history:** NA



## 1. POLICY

<u>Pay Bands</u>. A pay band defines the range of potential pay for a position. The pay band has a minimum rate of pay and a maximum rate of pay. Locality pay is not included in the rate of pay used for pay bands.

Each Pay Band has:

- <u>Minimum:</u> The lowest base pay rate for a position within that band.
- <u>Midpoint:</u> The median of the pay band. The midpoint of each pay band is computed using market survey data to ensure competitiveness.
- <u>Maximum:</u> The highest base pay rate for a position within that band.

## 2. ESTABLISHING AND UPDATING PAY BANDS

- **Market Surveys.** FAA uses a process called competitive analysis to compare pay levels of FAA positions to comparable positions in relevant private and public sector firms, as determined by market surveys. The results of the competitive analysis are used in determining the Core Compensation pay bands and in determining the category and level alignment to pay bands for each occupation.

  On an annual basis, the Office of Human Resource Management conducts an update of the market survey data to determine whether and how much the pay bands are adjusted. This ensures that the pay rates are comparable to FAA's primary and secondary labor markets and that FAA is competitive in attracting and retaining well-qualified employees.

**Labor Markets:** A labor market represents a group of firms and/or industries for which the FAA competes for employees with similar knowledge, skills, abilities, and other characteristics. The primary labor markets used for assessing the competitiveness of pay for FAA positions are the Aviation and Aerospace industries. Additional labor markets may supplement the primary labor markets when deemed appropriate.

- <u>Primary Labor Market</u>: The primary labor market for the FAA has been defined as the Aviation and Aerospace Industries. These industries represent key clients/customers of the FAA, and also employ many similar types of skills as the FAA.

- <u>Secondary Labor Market</u>: Secondary labor markets are employed for many job series to incorporate data from a broader set of industries and companies. Secondary labor markets may include, but are not limited to, Cross-Industry (i.e., all private and public sector industries combined), High Technology, Healthcare, Government Contracts, and other Federal agencies. Secondary labor markets are employed where:

    o Unique skills are required and are represented in a specific labor market. For example, physicians within the Healthcare industry are one appropriate comparison for FAA's Medical Officer positions.
    o Necessary job skills can be obtained from a wide range of industries. For example, the skill set required for Human Resources positions are not industry specific.

    When appropriate, Lines of Business and Staff Offices work collaboratively with the Office of Human Resource Management to identify and select secondary labor markets for specific job series.

- **Survey Sources.** The FAA regularly participates in and purchases compensation surveys. Surveys are selected based on the number and type of firms participating in the survey, the breadth of positions covered in the survey (as compared to FAA's positions), and the accuracy and quality of the information reported. To ensure the availability of competitive pay information for all of our key occupations, the FAA may need to sponsor custom compensation studies.

    The Office of Human Resource Management maintains responsibility for evaluating potential surveys, selecting surveys, fulfilling survey participation requirements, and analyzing survey results. Market survey data normally is subject to strict confidentiality requirements as a condition of FAA's participation in the surveys and access to survey data.

- **Target Competitive Position.** To ensure FAA is able to attract and retain high quality employees, the pay band midpoints are targeted to be competitive with the selected labor markets.

## 3. ASSIGNMENT OF POSITIONS TO PAY BANDS

The results of the market survey analyses are used to determine the appropriate mid-point pay rate for each job series and job category. All series that are grouped together in the same job category will be treated the same. Each career level within a job category is assigned to the pay band with the midpoint that most closely mirrors the midpoint of the external competitive pay level. Each career level within a job series is assigned to a different pay band. Pay band assignments are reviewed on a regular basis during the competitive analyses that are completed by the Office of Human Resource Management. Should the external value of a position change over time, the pay band assignment may also change.

| | |
|---|---|
| Related Policies | COMP-2.3C, Job Documentation in the Core Compensation Plan |
| | COMP-2.4C, Annual Pay Changes in the Core Compensation Plan |
| Related Human Resource Operating Instructions | Establishing Positions in the Core Compensation Plan |
| Related Reference Material | Core Compensation Pay Bands |
| | Pay Bands, Levels, and FG Conversion |
| Related Forms and Decision Tools | None |