# EXHIBIT 12

# CORE COMPENSATION
## FEDERAL AVIATION ADMINISTRATION

December 12, 2000

Dear Fellow Employees:

Since 1996, when personnel reform gave the FAA the authority to set its own pay, the Administrator has been required to make a determination this time of year about employee base pay for the coming year. Accordingly, I am pleased to announce that the Compensation Committee has recommended -- and I have approved -- **a full organizational success increase (OSI)** for all eligible employees covered by the core compensation system and by PASS AF. I am also pleased to announce that bargaining unit employees still in the FG pay plan will receive the base salary adjustments recently approved by the President.

Here are some of the specifics resulting from this determination as well as some related issues:

Eligible core compensation employees & PASS-AF employees will receive an average 5.3 percent increase* in base salary -- including a 1 percent average nationwide increase in locality pay. This compares to the average 3.7 percent increase for other Federal government employees who are receiving the general increase and a locality pay increase.

The President approved a locality pay increase that will average 1 percent nationwide. The specific locality pay amounts will be on the Internet at www.FAA.gov/corecomp/.

The Superior Contribution Increase (SCI) will be implemented in FY2001, and our managers will practice the SCI process before implementing it. In the next couple of weeks, we will announce more detailed plans for the FY 2001 SCI process. These plans will be based in part on lessons learned by the Office of Research and Acquisitions and the Office of Information Services/Chief Information Officer.

New OSI goals are on the way. The OSI goals for FY 2001 will be published within the next week on the Internet at www.FAA.gov/corecomp/. I have urged each of the Associate and Assistant Administrators to make sure all employees understand the goals and what we have to do to achieve them, individually and collectively.

New pay bands have been set. As most of you know, the core compensation plan requires the annual adjustment of pay bands based on market surveys. This year as a result of our market survey we will adjust each of the pay bands upward by an average of about 3.4 percent. The new pay bands will be on the Internet at www.faa.gov/corecomp/.

In FY 2001, we are keeping the same goal categories -- safety, security, system efficiency, customer satisfaction, financial management, and model work environment - and building on what we learned this past year.

Finally, once again, I want you to know how much I appreciate your continued dedication and commitment. In the midst of all the changes and challenges that confront us, I never want you to lose sight of the magnificent service you provide for so many people on a daily basis. I truly appreciate the wonderful work you do in so many areas and, as I have said on many occasions, publicly and privately, I am honored to be part of this organization.

Jane F. Garvey


* NOTE:
Average Total Base Pay Increase of 5.3% for core employees and PASS-AF employees:
For most Federal employees, the President recently approved a general increase of 2.7%, plus an average of 1% for locality pay. Since I have approved a full OSI for FAA's eligible core compensation employees, the OSI normally would be 3.7 % (the 2.7% general increase plus 1%). However, this year employees will receive another .6% originally reserved for the Superior Contribution Increase (SCI), since there will be no SCI payout this year. This 4.3% total increase will become effective with the pay period beginning December 31. And an additional locality pay increase averaging 1% nationwide will be added on January 14.

Dear Fellow Employees:

After careful deliberation, I have decided to grant the full Organizational Success Increase (OSI) for this year to all eligible employees. It is appropriate to grant the OSI and the base-salary adjustment increases to our employees at the time the President has granted an increase to all other Federal employees.

FAA employees still in the FG pay plan will receive the base salary adjustments recently announced by the President. Details on the estimated amounts, including locality pay, are spelled out in a document on the FAA's Office of Human Resource Management website  http://www.faa.gov/ahr/super/pay/osi.cfm

The agency accomplished a great deal over the past year, particularly in system safety and efficiency and fiscal responsibility. A list and discussion of these accomplishments can be found on the FAA Intranet site at: http://interweb.faa.gov/voice/ ("OSI Results, FY2001").

...the coming year will present its own new, unique set of challenges as we transfer responsibility for civil aviation security to the new Transportation Security Administration (TSA) and move forward with design and implementation of a performance-based Air Traffic Organization (ATO).

I look forward to working with you all on meeting these challenges. As I have told you many times before - it is an honor for me to be associated with a group of professionals like yourselves.

Jane F. Garvey

AHR Home          Site Map          Life Links          Customer Feedback

**Information for:**
Compensation
Employee Services
Forms
Jobs
Labor Relations
Performance Mgmt.
System (PMS)
Supervisor/Manager

**General Information:**
Accountability Board
Aviation Education
➤ Employee
Safety & Emergency
Preparedness ➤
HR Business Plan
HR Horizons
Newsletters
HR Regional Offices
HR Strategic Plan
HR Top 10 Priority
Initiatives
Policy& Guidance

# FY'02 Compensation Pay Increase Information

**Assistant Administrator for Human Resource Management, AHR-1**

HR Horizons Newsletters     HR Policy and Guidance     HR Search

**Details of pay increases for FAA employees:**

**Core Plan.** Eligible core compensation employees will receive a total average increase in base salary of 6.2 percent. The 6.2 percent average total increase compares to the 4.6 percent average total increase for other Federal government employees who are receiving the general increase and locality pay increase.

The average total increase includes the following components:

- An OSI of 4.6 percent (1.0% above the 3.6 percent general increase), effective December 30, 2001 and first appearing in employees' paychecks on January 22, 2002
- An additional 0.6 percent increase originally reserved for the Superior Contribution Increase (SCI), also effective on December 30, 2001
- An average locality pay increase of 1.0 percent, effective January 13, 2002, and first appearing in employees' paychecks on February 5, 2002 (see Locality Pay section below)

**Pay increases for bargaining unit employees with negotiated pay agreements.** Pay increases for bargaining unit employees where negotiated pay agreements are in place will be determined in accordance with the provisions of their negotiated agreement. Specific information is provided below for the national labor unions with negotiated pay agreements:

*PASS/Airway Facilities and NATCA/Engineers.* Employees in the PASS-AF and NATCA/AF bargaining units will receive a total average increase in base salary of 6.2 percent. The average total increase includes the following components:

- An OSI of 4.6 percent (1.0 percent above the 3.6 percent general increase), effective December 30, 2001, and first appearing in employees' paychecks on January 22, 2002
- An SCI of 0.6 percent, paid to all eligible employees, also effective December 30, 2001
- An average locality pay adjustment[1] of 1.0 percent, effective January 13, 2002, and first appearing in employees' paychecks on February 5, 2002 (see Locality Pay section below)

*NATCA/Air Traffic.* Employees in the Air Traffic pay plan will receive an average total increase in base salary of 6.4 percent.

The average total increase includes the following components:

- An OSI of 4.6 percent (the same as the Core Plan OSI); the first 3.8 percent portion of the OSI is effective January 13, 2002, and will first appear in employees' paychecks on February 5, 2002; the second 0.8 percent portion of the OSI is effective in June 2002
- An SCI of 0.8 percent, effective in June 2002
- An average locality pay adjustment of 1.0 percent, effective January 13, 2002, and first appearing in employees' paychecks on February 5, 2002 (see Locality Pay section below)

**FG employees.** Those employees represented by labor unions without a negotiated pay agreement will receive the same average total pay increase of 4.6 percent as is being provided to Federal GS employees. This includes an increase of 3.6 percent (equal to the general increase) plus an average locality pay adjustment of 1.0 percent (see Locality Pay section below). Both increases will be effective January 13, 2002, and will first appear in employees' paychecks on February 5, 2002.

**Executive Pay Plan.** Employees in the executive pay plan will receive an average total pay increase of 4.6 percent. This includes a merit increase to eligible executives of 3.6 percent plus an average locality pay adjustment of 1.0 percent (see Locality Pay section below). Both increases will be effective January 13, 2002, and will first appear in paychecks on February 5, 2002.

**New Core Pay Bands.** New pay bands have been approved for the core compensation plan and for the executive compensation plan. The core plan pay bands are adjusted annually based on a comprehensive market survey of comparable positions in the private and public sectors. This year the market survey data indicates an average increase in the midpoints of the pay bands of approximately 3.8 percent. The new pay bands take effect December 16, 2001. The new pay bands are available on the Internet at www.faa.gov/corecomp. Changing of the pay bands has no direct effect on individual employees' pay, except that any employee whose current pay rate falls below the new band minimum will receive an increase to that new minimum rate.

**Locality Pay.** Employees in positions located in geographic areas eligible for locality pay will receive an average locality pay adjustment of 1.0 percent, effective January 13, 2002 and first appearing in paychecks on February 5, 2002. The new locality pay rates for each of the locality pay areas are available on the Internet at www.faa.gov/corecomp/pay_bands.htm. Locality pay does not apply to employees in Alaska, Hawaii, U.S. territories, and foreign locations; employees in these locations receive either a cost of living differential or a post differential.

Supervisor/Managers FAA Compensation System Menu
Supervisor/Managers Main Menu
Back to AHR Homepage

**BROADCAST MESSAGE ON 2003 PAY ADJUSTMENTS**

Dear Fellow Employees:

Since 1996, when FAA was given the authority to set its own pay policies, the Administrator decides at this time of year about pay increases for the coming year.

This past fiscal year has been a very challenging period for all of us. We have many accomplishments that we can be very proud of, particularly in our continued response to the terrorist attacks of September 11, 2001, and the transition of some of our functions to the Transportation Security Administration. As we face the many challenges that confront us every day, I continue to be reminded of the tremendous service that you all provide for so many people, with such high quality, and with such pride and dedication.

It is particularly significant that the FAA met nine out of ten of our FY 2002 performance goals and met all six of our Organizational Success Increase (OSI) goals. Accordingly, based on this and my assessment of FAA accomplishments during the year, I am pleased to announce that I have approved a full OSI of 4.1 percent for all eligible employees covered by the Core Plan and for those employees covered by negotiated versions of the Core Plan. The 4.1 percent base pay increase is in comparison to the 3.1 percent general increase for other Federal government employees. The additional 1 percent in the OSI represents a portion of the funds FAA previously spent on within-grade increases and quality step increases.

In addition to the OSI, some employees will receive a Superior Contribution Increase (SCI). The SCI amount will vary depending on which specific SCI process applies.

Those employees in the FG, FM, and FT pay plans will receive the same 3.1 percent increase as Federal General Schedule (GS) employees. I have also approved an annual pay adjustment of 3.1 percent for employees in the executive compensation plan.

Most of these adjustments will become effective on January 12, 2003. The Office of Human Resource Management (AHR) has prepared detailed information about the pay increases as they apply to the various segments of the FAA workforce. This information is available on the AHR website at www.faa.gov/ahr/2003payinfo.cfm. Questions about the pay adjustments may be referred to your servicing human resources office, or to the AHR Policy Management Division, AHP-300, on 202-267-3780.

Once again, I very much appreciate your continued dedication and commitment, and the great work you do in so many areas. I am honored to be part of this organization and look forward to working with you in the new year.


Marion C. Blakey
Administrator

**Details of pay adjustments for FAA employees:**

**Core Plan employees.** Except as described below, eligible Core Plan employees (i.e., those meeting the minimum service, performance, and conduct requirements) will receive an Organizational Success Increase (OSI) of 4.1 percent, 1.0 percent above the 3.1 percent Federal general increase. In addition, approximately 65 percent of Core Plan employees who have been designated to receive a Superior Contribution Increase (SCI) will receive an additional increase of 0.6 percent for SCI-2, or 1.8 percent for SCI-1. The OSI and SCI adjustments will be effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003.

**ARA Core Plan employees with different SCI process.** Core Plan employees represented by AFSCME in the Research and Acquisition organization (ARA) are covered by a different SCI process for this year. Eligible employees will receive an OSI of 4.1 percent. In addition, approximately 96 percent of employees who have been designated to receive an SCI will receive an additional increase ranging from 0.395 percent to 0.679 percent. Both adjustments will be effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003.

**Core Plan employees with no SCI process.** Eligible Core Plan employees who are not covered by an SCI process for this year will receive an OSI of 4.1 percent, plus an additional 0.6 percent increase originally reserved for the SCI. The adjustments will be effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003. These pay adjustments will apply to the following Core Plan employees:

- All NATCA units except for NATCA/Airway Facilities Engineers and NATCA/Air Traffic Regional Office
- All AFGE units
- LIUNA
- NFFE
- All employees in the security organizations (ACS, ACI, ACO, ACP, and ASI).

**PASS/Airway Facilities bargaining unit employees.** Eligible employees in the PASS/Airway Facilities bargaining unit (those meeting minimum service and performance requirements) will receive an OSI of 4.1 percent. In addition, approximately 74 percent of PASS/Airway Facilities bargaining unit employees who have been designated to receive an SCI will receive an additional increase of 0.8164 percent. Both adjustments will be effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003.

**NATCA/Airway Facilities Engineers bargaining unit Employees.** Eligible employees in the NATCA/Airway Facilities Engineers bargaining unit will receive an OSI of 4.1 percent, and an SCI of 0.6 percent. Both adjustments will be effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003.

**NATCA/Air Traffic Pay Plan.** Employees in the Air Traffic pay plan will receive an OSI of 4.1 percent, and an SCI of 0.8 percent. The first 3.3 percent portion of the OSI is effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003. The second 0.8 percent portion of the OSI and the SCI are both effective in June 2003.

**Executive Pay Plan.** Eligible employees in the executive pay plan will receive a merit increase of 3.1, which will be effective on January 12, 2003, and will first appear in paychecks on February 4, 2003. Payment of executive SCIs and Short Term Incentives have been deferred at the direction of the Secretary of Transportation, pending a resolution on the Department of Transportation appropriation legislation for fiscal year 2003.

**Employees in FG, FM, and FT pay plans.** Employees in the FG, FM, and FT pay plans will receive the same 3.1 percent pay increase as is being provided to Federal General Schedule (GS) employees. The increases will be effective January 12, 2003, and will first appear in employees' paychecks issued on February 4, 2003.

**Locality Pay.** In accordance with the decision of the President, there will be no changes at this time in the locality pay percentages for those employees located in geographic areas eligible for locality pay, and the existing locality pay rates will continue to apply. Locality pay does not apply to employees in Alaska, Hawaii, U.S. territories, and foreign locations; employees in these locations receive either a cost of living differential or a post differential.

**Core Pay Bands.** At this time, there will be no changes made to the pay bands for the Core Plan. Analysis of the annual market survey is continuing, and it is expected that adjustments in the bands may occur later in 2003.

**Pay Caps.** The statutory maximum pay rate applicable to all FAA employees will increase to $154,700, including locality pay. The maximum pay rate for employees in the FT and FJ pay plans will increase to $134,000 without locality pay and $142,500 with locality pay. All of the pay cap changes will be effective January 12, 2003. The biweekly maximum earnings limitation for employees in the FG and FM pay plans, including premium pay, will increase to the new pay rate for a GS-15 step 10, which ranges from $4,807.20 to $5,050.40, depending on the locality pay area.

**Additional Information.** Questions about the pay adjustments may be referred to your servicing human resource management division, or to the AHR Policy Management Division, AHP-300, at (202) 267-3780.

# Broadcast Message on 2004 Pay Adjustments
**Assistant Administrator for Human Resource Management, AHR-1**

HR Horizons Newsletters            HR Policy and Guidance            HR S

**Information for:**
Compensation
Employee Services
Forms
Jobs
Labor Relations
Performance Mgmt.
System (PMS)
Personnel Reform
Supervisor/Manager

**General Information:**
Accountability Board
Aviation Education
Employee
Safety & Emergency
Preparedness
HR Business Plan
HR Horizons
Newsletters
HR Regional Offices
HR Strategic Plan
HR Top 10 Priority
Initiatives
Policy& Guidance

Dear Colleagues:

We know you have been awaiting a decision on the Organizational Success Increase (OSI) based on our performance in meeting the agency's strategic goals for the past year. I have, been analyzing our performance for 2003 in order to make a decision.

During 2003, the FAA performed well in many areas and had numerous noteworthy accomplishments, both in performance and productivity. Most significantly, we met the safet both commercial fatal accident rate and general aviation fatal accident rate. We surpassed system efficiency goals - on-time arrival, exposure to noise, airport daily arrival capacity, air arrival efficiency rate, and we increased the number of people benefiting from noise project exceeded our target for customer satisfaction among commercial pilots, and the FAA once achieved a clean financial audit.

However, in other areas, we did not do as well as expected. The FAA met only nine of its 1: performance goals under the Government Performance and Results Act (GPRA), only a 75 success rate. This was a step backward from 2002, when 90 percent of our GPRA goals we One of the areas where we fell short in 2003 was category A/B air traffic operational errors. missed that goal by almost six percent, reporting 680 errors during the year. We also failed our goal of achieving 80 percent of the milestones for major acquisition projects on time. Wl complete 36 out of 47 milestones on time or ahead of schedule, we did not meet our milest other cases. We also failed to keep 12 percent of projects within their budgets.

Finally, we did not meet the goal of implementing the President's Management Agenda (PM five initiatives in the PMA, the FAA achieved a "red" status on financial management and el government initiatives and a "yellow" status on the other three. These initiatives are importa because they promote efficient, secure, fiscally responsible and modern government practic of these areas, we must all continue to focus on improving our performance and successfull accomplishing the goals and milestones that our customers expect us to meet. I am confide increased emphasis on the goals and objectives in the FAA Flight Plan will help us move in direction.

While we only met 75 percent of our GPRA goals, in fairness to our employees I took into consideration that we came close on major acquisition projects and met 3 of the 5 PMA go Accordingly, I have approved an OSI of 85 percent of the total possible OSI amount, or a 2. percent increase for eligible employees covered by the Core Plan. In comparison, other Fe government employees in the GS pay system will receive a 1.5 percent general increase. T amount of the OSI represents a portion of the funds the FAA previously spent on within-gra increases and quality step increases. In addition to the OSI, some employees will receive a Contribution Increase (SCI), the amount of which will vary depending on the specific SCI pro applies. Also, locality pay rates will increase by an average of 0.5 percent.

The amount of the OSI that is not being paid out (the difference between 85% and 100%) w as a cash award pool for Core employees. The way it will be distributed has yet to be decide

For employees covered by negotiated pay agreements, the pay adjustments will be determi accordance with the provisions of those agreements. Those employees who remain in the F FM systems, pending completion of negotiations over pay, will receive the same 1.5 percen

as Federal General Schedule (GS) employees. I have also approved an annual pay adjustn percent for employees in the executive compensation plan.

Most of these adjustments will become effective on January 11, 2004. The Office of Human Management (AHR) has prepared detailed information about the pay increases as they app various segments of the FAA workforce. This information is available on the AHR website a www.faa.gov/ahr/2004payinfo.cfm. Questions about the pay adjustments may be referred to servicing human resources office or to the AHR Policy Management Division, AHP-300, on 3780.

As you may know, for Federal GS employees, the Congress had approved a larger 4.1 perc increase, which includes locality pay. A larger increase is, in fact, contained in the pending 1 2004 Omnibus appropriations legislation, but that legislation has not yet been passed by bo of Congress. Deliberations over the appropriations bill will not resume until Congress return month. If legislation containing the larger GS increase subsequently gets passed by Congre signed by the President, then the FAA pay adjustments described above will be increased retroactively to reflect an OSI of 3.15 percent plus an average locality pay increase of 1.4 pe a total of 4.55 percent overall. More information will be provided to FAA employees in the ev the larger increase actually occurs.



On a related note, many of you participated in the evaluation of the Core Plan SCI process summer of 2003. We received a tremendous amount of feedback during that evaluation pro I appreciate the time and energy our employees put into this effort. I want to assure you tha candid, thought provoking comments and suggestions have been carefully reviewed and full considered. The Deputy Administrator and the members of the FAA Compensation Commit spent considerable time analyzing the information and discussing potential alternatives and improve the SCI program. We expect to finish this analysis soon, and we will share with you additional information.

Once again, I very much appreciate your continued dedication and commitment and the gre you do in so many areas. I am very honored to be part of this organization and look forward continuing to work with all of you during the New Year.

Marion C. Blakey
Administrator

---

Questions about this page?              Accessibility              Privacy

Federal Aviation Administration
Assistant Administrator for Human Resource Management (AHR)
800 Independence Avenue, S.W.
Washington, DC 20591
General Information and Employee Locator: 202-366-4000
Hearing Impaired TTY (Hours 9:00am-5:30pm): 202-755-7687

*Last Updated on 08/11/2004 10:34:47 AM*

AHR Home      Site Map      Life Links      Customer Feedback

**Information for:**
Compensation
Employee Services
Forms
Jobs
Labor Relations
Performance Mgmt.
System (PMS)
Supervisor/Manager

**General Information:**
Accountability Board
Aviation Education
➤ Employee
Safety & Emergency
Preparedness ➤
HR Business Plan
HR Horizons
Newsletters
HR Regional Offices
HR Strategic Plan
HR Top 10 Priority
Initiatives
Policy & Guidance

# Details of 2004 Pay Adjustments for FAA Employees
**Assistant Administrator for Human Resource Management, AHR-1**

    · HR Horizons Newsletters          HR Policy and Guidance          HR S

**Core Plan employees.** Eligible Core Plan employees (i.e., those meeting the minimum ser
performance, and conduct requirements) will receive an Organizational Success Increase ((
2.13 percent. Employees who currently receive locality pay will also see an average increas
locality pay percentage of 0.5 percent. In addition, approximately 65 percent of Core Plan er
who have been designated to receive a Superior Contribution Increase (SCI) will receive an
additional increase of 0.6 percent for SCI-2, or 1.8 percent for SCI-1. The OSI and SCI adju
and new locality pay percentages will all be effective January 11, 2004, and will first appear
employees' paychecks issued on February 3, 2004.

> How the OSI amount is computed: The OSI funding pool consists of the amount of th
> increase for General Schedule (GS) employees in other Federal agencies plus an ad
> percent, which reflects a portion of the funds previously spent on within-grade increa:
> this year, GS employees will receive an average increase of 2.0 percent - 1.5 percen
> GS general increase plus an average 0.5 percent increase in locality pay. This result
> OSI pool of 2.5 percent (1.5 percent general increase plus 1 percent). The OSI for th
> be 85 percent of the total pool, which results in 2.13 percent. With the 0.5 percent av
> locality pay increase added, the total average increase for Core employees (not inclu
> SCI's) will be 2.63 percent.

**PASS/Airway Facilities bargaining unit employees.** Eligible employees in the PASS/Air
Facilities bargaining unit (those meeting minimum service and performance requirements) v
an OSI of 2.13 percent. With the 0.5 percent average locality pay increase added, the total a
increase for PASS/AF employees (not including SCI's) will be 2.63 percent. In addition, abo
percent of PASS/Airway Facilities bargaining unit employees have been designated to recei
and will receive an additional increase of 0.7820 percent. The OSI, SCI, and locality pay adj
will all be effective January 11, 2004, and will first appear in employees' paychecks issued c
February 3, 2004.

**ARA Core Plan employees with different SCI process.** Core Plan employees represente
AFSCME in the Research and Acquisition organization (ARA) are covered by a different SC
for this year. Eligible employees will receive the OSI and locality pay increases as describec
for Core employees, and employees who have been designated to receive an SCI will recei
additional increase ranging from 0.569 percent to 0.678 percent. Both adjustments will be e
January 11, 2004, and will first appear in employees' paychecks issued on February 3, 200₄

**NATCA/Air Traffic Pay Plan.** Employees in the Air Traffic pay plan will receive an OSI of 2
percent. The first 1.5 percent portion of the OSI is effective January 11, 2004, and will first a
employees' paychecks issued on February 3, 2004. The second 0.8 percent portion of the C
effective in June 2004. With the 0.5 percent average locality pay increase added, the total a
increase for Air Traffic pay plan employees (not including SCI's) will be 2.8 percent. Air Traf
plan employees may also receive an SCI in June 2004 based on the SCI process recently r
with NATCA that measures performance against four specific measures.

**NATCA/Airway Facilities Engineers bargaining unit employees.** Eligible employees in tl
NATCA/Airway Facilities Engineers bargaining unit will receive an OSI of 2.5 percent and al
0.6 percent, both of which will be effective January 11, 2004, and will first appear in employe
paychecks issued on February 3, 2004.

**Executive Pay Plan.** Eligible employees in the executive pay plan will receive a merit incre[...] percent, and will also receive the average locality pay increase of 0.5 percent. Both adjustm[...] be effective on January 11, 2004, and will first appear in paychecks on February 3, 2004. D[...] regarding payment of Short Term Incentives and SCIs for executives will be announced at [...] date.

**Employees in FG and FM pay plans.** Employees in the FG and FM pay plans will receive [...] 1.5 percent pay increase as is being provided to Federal General Schedule (GS) employee[...] average 0.5 percent locality pay increase. The increases will be effective January 11, 2004[...] first appear in employees' paychecks issued on February 3, 2004.

**Locality Pay.** As described above, FAA continues to follow the Federal locality pay progra[...] will result in an average locality pay increase of 0.5 percent for all FAA employees currently [...] locality pay. The specific locality pay percentages, effective January 11, 2004, are available [...] AHR Web site at www.faa.gov/ahr/comp/locality.cfm. Locality pay does not apply to employ[...] Alaska, Hawaii, U.S. territories, and foreign locations; employees in these locations receive [...] cost-of-living differential or a post differential.

**Core Pay Bands.** Analysis of the latest market data is continuing, and a decision regarding [...] changes to the Core pay bands will be announced once that analysis has been completed.

**Pay Caps.** The statutory maximum pay rate applicable to FAA employees will increase to $[...] including locality pay, effective January 11, 2004. The biweekly maximum earnings limitatio[...] employees in the FG and FM pay plans, including premium pay, will also increase effective [...] 11, 2004, and will range from $4,880.00 to $5,213.60, depending on the locality pay area.

**Impact of Potential Legislation for Larger Increase for Federal Employees.** If Congress [...] ultimately passes and the President signs the proposed legislation increasing the average p[...] increase for GS employees to 4.1 percent, the OSI computation will be adjusted retroactive[...] reflect the larger amount. The 4.1 percent increase for GS employees would result in a 2.7 [...] GS general increase and an average 1.4 percent increase in locality pay.

If this does occur, the total OSI pool will be 3.7 percent (2.7 percent general increase plus 1[...] and the OSI will be 85 percent of the pool amount, or 3.15 percent. With the 1.4 percent ave[...] locality pay increase added, the total average increase for Core employees (not including S[...] would be 4.55 percent.

For employees in the NATCA/AT Pay Plan, the adjusted OSI would be 3.5 percent (2.7 per[...] general increase plus 0.8 percent), with 2.7 percent of the increase effective in January and [...] percent of the increase effective in June 2004. With the 1.4 percent average locality pay inc[...] added, the total average increase for Air Traffic pay plan employees (not including SCI's) w[...] 4.9 percent.

For employees in the NATCA/AF bargaining unit, the adjusted OSI would be 3.7 percent (2.[...] GS general increase plus 1 percent). With the 1.4 percent average locality pay increase ad[...] total average increase for NATCA/AF employees (not including SCI's) would be 5.1 percent[...]

**Additional Information.** Questions about the pay adjustments may be referred to your ser[...] human resource management division, or to the AHR Policy Management Division, AHP-3[...] (202) 267-3780.

---

Questions about this page?          Privacy Poli[...]

Federal Aviation Administration
Assistant Administrator for Human Resource Management (AHR)
800 Independence Avenue, S.W.



Washington, DC 20591
General Information and Employee Locator: 202-366-4000
Hearing Impaired TTY (Hours 9:00am-5:30pm): 202-755-7687

*Last Updated on 06/17/2004 10:55:57 AM*

## Update on 2004 Pay Adjustments

For most FAA employees, paychecks issued on April 27, 2004 will reflect a retroactive pay adjustment, and retroactive pay that would have been included in paychecks distributed since February.

The retroactive pay adjustment is the result of the Omnibus appropriations bill enacted in late January. The President issued an Executive Order on March 3, 2004, to implement the higher increases. Since that date, the staff that manages the Department of Transportation (DOT) automated personnel system was engaged in the massive task of developing the automated procedures and programs necessary to process the adjustments. With the correction of over 250,000 pay actions retroactive to January 11, 2004, this effort is now complete.

The corrections and computations will be processed manually for a small number of employees. Therefore, their pay adjustments and retroactive pay may not be reflected until the paychecks issued on May 11, 2004. The Office of the Assistant Administrator for Human Resource Management (AHR) will continue to work with DOT to complete any remaining actions as quickly as possible.

Any questions about the retroactive pay adjustments may be referred to your servicing human resource management division, or to the AHR Policy Management Division, AHP-300, at (202) 385-8004. To read more about the 2004 pay adjustments, please link to http://www.faa.gov/ahr/comp.

AHR Home    Site Map    Life Links    Customer Feedback

# Update on 2004 Pay Adjustments, March 5, 2004
### Assistant Administrator for Human Resource Management, AHR-1

| HR Horizons Newsletters | HR Policy and Guidance | HR S |

**Information for:**
Compensation
Employee Services
Forms
Jobs
Labor Relations
Performance Mgmt.
System (PMS)
Personnel Reform
Supervisor/Manager

**General Information:**
Accountability Board
Aviation Education
➤ Employee
Safety & Emergency
Preparedness ➤
HR Business Plan
HR Horizons
Newsletters
HR Regional Offices
HR Strategic Plan
HR Top 10 Priority
Initiatives
Policy& Guidance

**Final details of 2004 pay adjustments for FAA employees:**

On January 26, 2004, legislation was passed which raised the average pay increase for Ge
Schedule (GS) employees from the 2.0% previously processed to a 4.1% average increase
retroactive to the first pay period in January 2004. On March 3, the President issued the Exe
Order identifying how much of the 4.1% pay increase would be allocated to the GS general
and how much would be allocated for locality pay increases. The issuance of this Executive
allows Federal agencies to proceed with processing the higher pay adjustments, retroactive
first pay period in January, which for FAA employees is January 11, 2004. The Executive O
allocated 2.7% toward the GS general increase, and an average of 1.4% to locality pay incr

For FAA employees, the higher GS increase affects the OSI amounts for employees in the
in negotiated versions of the Core Plan, and in the Air Traffic Pay Plan, and also applies to
employees in the FG pay plan. It also affects locality pay rates for all FAA employees who r
locality pay. The details below describe how pay will be re-computed for all employees.

Please note that while the amounts of the increases have now been established, processing
increases retroactive to January 11 will take some time to accomplish. DOT's automated pe
and payroll systems must be reprogrammed, the pay adjustments already processed on Jan
must be corrected to reflect the larger increases, and each employee's pay for each pay per
January 11 must be re-computed, including any premium pays. In addition, we will need to r
all other personnel actions affecting employees' pay that have been processed subsequent
January 11, such as promotions, within-grade increases for FG employees, and other base
adjustments, in order to incorporate the larger increases. At this time, we expect that the ret
increases will be processed beginning in early April. Additional information will be provided
web site as it becomes available.

**Core Plan employees.** Eligible Core Plan employees (i.e., those meeting the minimum ser
performance, and conduct requirements) will receive a revised Organizational Success Incr
(OSI) of 3.15 %. Employees who currently receive locality pay will also see an average incr
their locality pay of 1.4%. Employees who previously received an SCI will have the SCI acti
reprocessed to reflect the higher pay rate resulting from the revised OSI and the addition of
However, the dollar amount of the SCI will not change since it is computed on the pay rate i
prior to the OSI.

> How the OSI amount is computed: The OSI funding pool consists of the amount of th
> increase for GS employees in other Federal agencies plus an additional 1%, which re
> portion of the funds previously spent on within-grade increases. With the revised GS
> increase, the total OSI pool is 3.7% (2.7 % GS general increase plus 1%). As previou
> announced, the Administrator approved an OSI this year of 85 % of the total pool, wh
> results in a revised OSI of 3.15 %. With the 1.4 % average locality pay increase adde
> total average increase for Core employees (not including SCI's) will be 4.55 %.

**PASS/Airway Facilities bargaining unit employees.** Eligible employees in the PASS/Airw
Facilities bargaining unit will receive a revised OSI of 3.15 %. In addition, PASS/AF bargain
employees who were designated to receive an SCI will have the SCI recomputed to reflect t
computed based on the new pay rate in effect after the revised OSI is processed. PASS/AF

employees will also receive the average 1.4% locality pay increase.

**NATCA/Airway Facilities Engineers bargaining unit employees.** Eligible employees in tl NATCA/Airway Facilities Engineers bargaining unit will receive a revised OSI of 3.7 % and ₂ 0.6 %, plus the average 1.4% locality pay increase.

**Other bargaining unit employees in negotiated versions of the Core Plan with an SCI in place.** Bargaining unit employees under a negotiated version of the Core Plan which incl separate SCI process will receive a revised OSI of 3.15 %. (This includes FV employees in following bargaining units: AFGE/AAC Consolidated, AFGE/Logistics Center, AFSCME/AR₂ NAGE/AVN, and NATCA/Staff Specialists.) Employees who previously received an SCI will SCI action reprocessed to reflect the higher pay rate resulting from the revised OSI and the of the SCI. However, the dollar amount of the SCI will not change since it is computed on th in effect prior to the OSI. Employees will also receive the average 1.4% locality pay increase

**Other bargaining unit employees in negotiated versions of the Core Plan without an S process in place.** Bargaining unit employees under a negotiated version of the Core Plan k separate SCI process in place will receive a revised OSI of 3.75%. (This includes FV emplo the following bargaining units: NATCA/Regional Logistics Division, AFSCME/AVR-ARP-ACI AFGE/AEA Flight Standards Division, NATCA/AFS-610, NAGE/AMQ, and NFFE/ATB). The amount is computed taking the Core OSI of 3.15%, and adding an additional 0.6% in lieu of Employees will also receive the average 1.4% locality pay increase.

**NATCA/Air Traffic Pay Plan.** Employees in the Air Traffic pay plan will receive a revised O %, plus the average 1.4% locality pay increase. The first 2.7 % portion of the OSI is effectivͼ 11, 2004, and the second 0.8 % portion of the OSI will be effective in June 2004. Air Traffic employees may also receive an SCI in June 2004 based on the SCI process recently negot NATCA that measures performance against four specific measures.

**Executive Pay Plan.** Executive pay plan employees who receive locality pay will receive th 1.4% locality pay increase.

**Employees in FG and FM pay plans.** Employees in the FG and FM pay plans will receive 2.7 % pay increase as Federal General Schedule (GS) employees, plus the average 1.4 % pay increase. This includes all FG or FM employees represented by the following labor unic AFGE, AFSCME, NAATS, NAGE, NATCA, NFFE, PAACE, and PASS.

**Locality Pay.** As described above, FAA continues to follow the Federal locality pay program will result in an average locality pay increase of 1.4 % for all FAA employees currently receĭ locality pay. The adjusted locality pay percentages are available on the AHR Web site at www.faa.gov/ahr/comp/locality.cfm. The adjustment to the locality pay percentages will be r to January 11, 2004. Locality pay does not apply to employees in Alaska, Hawaii, U.S. territ foreign locations; employees in these locations receive either a cost-of-living differential or ₂ differential.

**Core Pay Bands.** A decision regarding potential changes to the Core pay bands will be anr once the final decision has been made by the Administrator.

**Pay Caps.** The statutory maximum pay rate applicable to FAA employees will increase to $ including locality pay, retroactive to January 11, 2004. The biweekly maximum earnings limi employees in the FG and FM pay plans, including premium pay, will also increase retroactiʋ 11, 2004, to the biweekly pay rate for a GS-15 step 10, which will vary depending on the loc area. Any adjustments to employees' pay based on the revised pay cap will be effective retr January 11, 2004.

**Additional Information.** Questions about the pay adjustments may be referred to your sen human resource management division, or to the AHR Policy Management Division, AHP-3C

(202) 267-3780.



| Questions about this page? | Accessibility | Privacy |
|---|---|---|

Federal Aviation Administration
Assistant Administrator for Human Resource Management (AHR)
800 Independence Avenue, S.W.
Washington, DC 20591
General Information and Employee Locator: 202-366-4000
Hearing Impaired TTY (Hours 9:00am-5:30pm): 202-755-7687

*Last Updated on 06/17/2004 09:33:14 AM*

BROADCAST MESSAGE ON 2005 PAY ADJUSTMENTS

Dear Fellow Employees:

Since 1996, when FAA was given the authority to set its own pay policies, the Administrator decides pay increases for the coming year.

Over the past year, we have had many great accomplishments that we can be very proud of, and I continue to be reminded of the tremendous service that you all provide for so many people, with such high quality, pride, and dedication. As we previously announced, based on these accomplishments, I have approved an Organizational Success Increase (OSI) of 90 percent, or a 3.15 percent increase for eligible employees covered by the Core Plan. In comparison, other Federal government employees in the GS pay system will receive a 2.5 percent general increase. The higher amount of the OSI represents a portion of the funds FAA previously spent on within-grade increases and quality step increases. In addition to the OSI, some employees will receive a Superior Contribution Increase (SCI), the amount of which will vary depending on the specific SCI process that applies. Also, locality pay rates will increase at the same rate as for other Federal government employees, by an average of one percent.

Pay adjustments for employees covered by negotiated pay agreements will be determined in accordance with the provisions of those agreements. Employees who remain in the FG and FM, pending completion of negotiations over pay, will receive the same 2.5 percent increase as Federal General Schedule (GS) employees. I have also approved an annual pay adjustment of 2.5 percent for employees in the executive compensation plan.

These adjustments became effective on January 9, 2005. The Office of Human Resource Management (AHR) has prepared detailed information about the pay increases, available on the FAA employee website at http://employees.faa.gov/jobs_pay/pay/. Questions about the pay adjustments may be referred to your servicing human resources management office, or to the AHR Policy Management Division, AHP-300, on (202) 385-8004.

I know that many employees are also interested in learning of our decision regarding potential changes to the Core Plan pay band ranges. I can assure you we have given this issue a great deal of thought and analysis. To ensure that our pay rates remain competitive, we conducted a market survey this past year, just as we have done every year since 1998 when we first implemented the Core Compensation Plan. The market survey assesses how FAA's salaries compare with similar positions in the private sector. We not only focus on aviation and aerospace industries, but we also incorporate market data from thousands of other companies to get a comprehensive picture of the private sector salary situation. A summary of this year's market survey data is available on the FAA employee website at the address provided above.

As I stated in our Town Hall meeting in November, the latest market data does not make a case for increasing the bands. The primary focus of a market-based pay system is the

salary levels. The annual pay band adjustments are used to keep the salaries aligned with the prevailing salaries in the labor market. The latest results show that FAA employees are, on average, paid very well in comparison to the market – currently approximately 11.4 percent above the market average, which now rises to 14.2 percent above the market after the January 9th OSI and SCI payouts. I have therefore decided not to make any adjustments to the Core bands at this time.

I recognize that for many employees, the issue is not how much they are paid, but rather the different rules that apply to other employees. I share that concern because I believe our compensation policies should be as consistent as possible. However, we operate in an environment where by law we are required to negotiate pay with our labor unions. As a result of previous agreements, we ended up with negotiated provisions where employees in two of our bargaining units are subject to a different policy on pay band maximums.

Most employees in the Core Compensation Plan or a negotiated version of the Plan are subject to the normal Plan policy that provides for lump sum payments if an employee's pay reaches the top of the pay band. The only employees not covered by that policy are the small number who were "grandfathered" because they ended up above the band maximum solely as a result of conversion to the new system, or those covered by the two aforementioned negotiated agreements. The number of employees currently affected by these exceptions to the normal policy account for less than 20 percent of the Core population. In addition, most air traffic controllers are in a separate pay plan – developed solely for the terminal and enroute controllers, managers, supervisors, and staff specialists – that is subject to different pay policies.

Some employees have suggested that we address this difference by changing the Core Compensation Plan policy to align with the two labor agreements. That, however, would not be consistent with a market-based compensation system. Moreover, according to compensation experts, it is a widespread practice in the private sector to cap salary increases at the top of a pay band. Our goal is to ensure that employee wages remain competitive with the private sector, and at the same time to be accountable to the American taxpayer. It is my intent – as we negotiate new contracts – to make the pay policies as consistent as possible with the Core Compensation Plan.

We will continue to analyze our pay policies and work to make our system as consistent, fair, and competitive as possible. Since many other Federal agencies, such as the Department of Defense, Department of Homeland Security, and the Government Accountability Office, are moving toward a pay for performance system, we will be comparing our policies with those proposed by these other agencies. We also expect to contract with an outside consultant over the next few months to evaluate our implementation of the Core Compensation Plan to date.

Once again, I very much appreciate your continued dedication and commitment, and the important work you do. I am very honored to be part of this organization and look forward to continuing to work with you during the new year.

Marion C. Blakey
Administrator

**Details of 2005 pay adjustments for FAA employees:**

**Core Plan employees.** Eligible Core Plan employees (i.e., those meeting the minimum service, performance, and conduct requirements), including employees in most bargaining units under the Core Plan, will receive an Organizational Success Increase (OSI) of 3.15 percent. Employees who currently receive locality pay will also see an *average* increase in their locality pay percentage of 1 percent. In addition, approximately 65 percent of Core Plan employees who have been designated to receive a Superior Contribution Increase (SCI) will receive an additional increase of 0.6 percent for SCI-2, or 1.8 percent for SCI-1. The OSI and SCI adjustments and new locality pay percentages will all be effective January 9, 2005, and will first appear in employees' paychecks issued on February 1, 2005.

> **How the OSI amount is computed:** The OSI funding pool consists of the amount of the general increase for General Schedule (GS) employees in other Federal agencies plus an additional 1 percent, which reflects a portion of the funds previously spent on within-grade increases. For this year, GS employees will receive an *average* increase of 3.5 percent – 2.5 percent for the GS general increase plus an *average* 1 percent increase in locality pay. This results in a total OSI pool of 3.5 percent (2.5 percent general increase plus 1 percent). The OSI for this year will be 90 percent of the total pool, which results in 3.15 percent.

**PASS/Airway Facilities bargaining unit employees.** Eligible employees in the PASS/Airway Facilities bargaining unit (those meeting minimum service and performance requirements) will receive an OSI of 3.15 percent, plus an *average* locality pay increase of 1.0 percent. In addition, about 70 percent of PASS/Airway Facilities bargaining unit employees have been designated to receive an SCI and will receive an additional increase of 0.8317 percent. The OSI, SCI, and locality pay adjustments will all be effective January 9, 2005, and will first appear in employees' paychecks issued on February 1, 2005.

**NATCA/Air Traffic Pay Plan.** Employees in the Air Traffic pay plan will receive an OSI of 3.3 percent. The first 2.5 percent portion of the OSI is effective January 9, 2005, and will first appear in employees' paychecks issued on February 1, 2005. The second 0.8 percent portion of the OSI will be effective in June 2005. Employees in the Air Traffic pay plan will also receive an *average* locality pay increase of 1.0 percent, effective January 9, 2005. Air Traffic pay plan employees may also receive an SCI in June 2005 based on the SCI process negotiated with NATCA that measures performance against four specific measures.

**NAATS bargaining unit employees.** Eligible employees in the NAATS bargaining unit (those meeting minimum service and performance requirements) will receive an OSI of 3.15% plus an additional 0.6% in lieu of the SCI, and an *average* locality pay increase of 1.0 percent. The OSI and locality pay adjustments will be effective January 9, 2005, and will first appear in employees' paychecks issued on February 1, 2005.

**NATCA/Airway Facilities Engineers bargaining unit employees.** Eligible employees in the NATCA/Airway Facilities Engineers bargaining unit will receive an OSI of 3.5 percent and an SCI of 0.6 percent, both of which will be effective January 9, 2005, and will first appear in employees' paychecks issued on February 1, 2005.

**Executive Pay Plan.** Eligible employees in the executive pay plan will receive a merit increase of 2.5 percent, and will also receive the *average* locality pay increase of 1 percent. Both adjustments will be effective on January 9, 2005, and will first appear in paychecks on February 1, 2005. Decisions regarding payment of Short Term Incentives and SCIs for executives will be announced at a later date.

**Employees in FG and FM pay plans.** Employees in the FG and FM pay plans will receive the same 2.5 percent pay increase as is being provided to Federal General Schedule (GS) employees, plus the *average* 1.0 percent locality pay increase. The increases will be effective January 9, 2005, and will first appear in employees' paychecks issued on February 1, 2005.

**Locality Pay.** As described above, FAA continues to follow the Federal locality pay program, which will result in an *average* locality pay increase of 1 percent for all FAA employees currently receiving locality pay. The specific locality pay percentages, effective January 9, 2005, are available on the FAA employee website at http://employees.faa.gov/jobs_pay/pay/. Locality pay does not apply to employees in Alaska, Hawaii, U.S. territories, and foreign locations; employees in these locations receive either a cost-of-living allowance or a post differential.

**Pay Bands.** There will be no change in the Core or Executive pay bands at this time.

**Additional Information.** Questions about the pay adjustments may be referred to your servicing human resource management division, or to the AHR Policy Management Division, AHP-300, at (202) 385-8004.