# EXHIBIT 13



# The New FAA Compensation System

*Prepared for*
*The Administrator, Federal Aviation Administration*

*by FAA Compensation Committee*

*September 30, 1997*

*Step 4: Allocate the Superior Contribution Increase*
This step involves two separate activities: identifying the employees to receive the SCI and determining the amount of the SCI.

*Identifying Superior Contributors*
Each Line of Business and Staff Office is encouraged to adopt a structured process for identifying superior contributors. A decision tool to assist in that process will be provided to managers. A LOB/Staff Office may choose to employ more structured "Prioritization" processes (that includes multiple assessors) such as paired comparison or alternate ranking methods.

*Allocating Superior Contribution Increases*
Superior Contribution Increases are effective on the same date as the Organizational Success Increase. A LOB/Staff Office may, at its discretion, delegate flexibility to managers to determine the size of each eligible employee's SCI within the constraints of SCI budget. Increases must be within +/- 2% of the average SCI (budget) figure. The sum of the recommended SCI increases must not exceed the budget.

## Special Circumstances

*Employees Paid at the Pay Band Maximum*
Employees who are paid at or above the maximum of their Pay Band, regardless of the reason for being paid over the maximum, are eligible to receive a lump sum payment for both the OSI and the SCI (if awarded). Lump sum payments will be calculated using the employee's basic rate of pay (even if over the Pay Band maximum) versus the Pay Band maximum.

*Within Grade Increase Buyout*
Within Grade Increases are no longer provided under the Core Compensation Plan. As a line of business or staff office is converted from the FG pay plan to the FV pay plan, employees' future Within Grade Increases will be "bought out" on a pro-rated basis to reflect the length of time served toward the next WIG. A description of the methodology for calculating WIG buyouts is provided in Appendix H.

FAA Home    Site Map    DOT    Ask FAA

Search
Home Page

December 22, 1999

Plans, Policies, and Pay Bands

The Compensation Committee has recommended and I have approved several changes to the core compensation system that will go into effect on April 23. These changes address some of the concerns you have expressed as well as some of the issues we felt needed to be resolved before implementation. Many of the major changes go to the issue of fairness.

Decision Tools

Articles, Brochures, Memos

**First SCI Payout is 2 Years Away.** I know that many of you are concerned about the Superior Contribution Increase (SCI), especially about whether it will be handled fairly and objectively. Fairness and objectivity are critical factors in making sure this system works the way it is intended to work, and we must make sure it does. So, based on ARA's experience in "shadowing" -- practicing but not paying -- the SCI during the first year of the pilot, we decided it makes sense for us to do the same. We need more time to do the training and practice necessary before moving forward with agency-wide implementation of the SCI. We will shadow the SCI first, and then we'll implement it beginning in FY2001. The first SCI payouts will not occur until December 2001 or January 2002. The funds that would have been spent on the SCI will instead go towards the pool of funds available for the Organizational Success Increase (OSI). The OSI is the annual increase to base pay that all eligible employees earn when the FAA meets its performance goals.

Questions and Answers (Q&A)

Links

Feedback

What's New? (Pay Flexibilities and SCI)

**20% of Eligible Workforce will Receive the SCI.** We also have decided to increase the percentage of SCI recipients to 20 percent from the originally planned 15 percent, As you may know, under the current system less than one percent of employees receive quality step increases or their

equivalent. We think it is appropriate to provide 20 percent of eligible employees with this pay increase for making superior contributions.

**Promotions Initially Fixed at an 8% Pay Increase.** For promotions to a higher pay band, we have decided for now to set a fixed pay increase of 8 percent (versus the current average of 6.7 percent under the current system), at least for the first year. Under the agency pilot, ARA has the authority to offer a range of 6 to 15 percent for promotion increases. Over the next year, we will continue to evaluate the ARA experience with a view toward possibly moving the rest of the agency toward more flexible promotion increases too.

**"Grandfathering" the OSI and SCI.** Another change we have made concerns the effect of the new compensation system on base pay and retirement. As a direct result of conversion to the new system, some employees' pay will exceed their new pay band maximum. In these instances, under the core plan, as originally conceived, future pay increases for these employees would have come in the form of lump sum payments, rather than base pay increases. As many of you realize, this would have impacted retirement income. We have decided to "grandfather" employees whose pay rate, as a direct result of conversion, exceeds their new pay band maximum. This means they will receive OSIs and SCIs as base pay increases instead of lump sum payments.

**New Pay Bands for CY 2000.** An important new piece of information was recently added to the core compensation website (www.faa.gov/corecomp/): the new pay bands. These pay bands reflect a 4.2 percent average increase in the pay bands, bringing our pay ranges for this year to levels that are comparable with the external job market.

**"Compensation Estimator" Coming Soon.** Now that we have the new pay bands, we will soon be making available a Compensation Estimator.

This automated tool (a spreadsheet) will allow you to estimate your pay under the current system versus the core compensation system, annually and for five years into the future. The tool enables you to calculate the potential outcomes of different scenarios and assumptions, including whether you receive an SCI. We hope you take advantage of this tool because we think it may improve the accuracy of estimates and eliminate some of the mystery and uncertainty about the core system.

**Conversion Sheets for Each Employee.** Before implementation, a conversion sheet will be printed for each employee who will be covered by the core compensation plan. Employees will receive the conversion sheets through their managers. Conversion sheets will identify the employee's job category, pay band, WIG buyout amount, any appropriate locality pay, and the total new annual salary which will become effective on April 23.

I realize these changes and information alone will not lay to rest all your concerns, but I wanted to let you know we are learning from the ARA pilot experience and we have listened to and considered your feedback. We also will continue to listen and learn even after implementation. We hope employees are taking advantage of the training as well as the information that is increasingly available on the website and elsewhere.

I think it is important to remind ourselves that this new compensation system is ours. We developed it, we own it, and we can make adjustments to it -- as we have just demonstrated. Core compensation is not an end unto itself. It is only a tool to help make us more successful.

A recent evaluation of the core compensation system by the National Association of Public Administration found that the design of the FAA's core compensation system is excellent, but as the association pointed out the critical factor is not just in the design but in the implementation. I urge

you all to pull together to help make this effort successful.

Sincerely,

Jane F. Garvey
Administrator

Questions about this page?    Accessibility    Privacy Policy

**For further information, please contact:**

Federal Aviation Administration
800 Independence Avenue,
S.W. Washington, DC 20591

Page Last Updated: January 29, 2004

### *Adjustments will be Made to Base Pay if Outside Pay Band*

Less than the minimum. If an employee's base pay after the WIG buyout is less than the pay band minimum, his/her base pay *will be increased* to the pay band minimum.

More than the maximum. If an employee's base pay after WIG buyout is higher than the pay band maximum, he/she will *retain that salary* (pay retention), regardless of the pay band maximum. These employees will receive future pay increases in lump sum payments, as long as the pay band maximum continues to be less than their retained pay amount.

Base pay will not be reduced. Converting to the core plan will not cause any employee's base pay to be reduced.

### *Locality Pay will be Added Where Applicable*

Locality pay will continue to be added to employees' pay, at Governmentwide rates.

---

*Question: How can I be sure what will happen to my pay at conversion?*

*Answer:*

*Before you are converted to the core plan, you will receive a conversion sheet through your manager.*

*Your conversion sheet will identify your job category, pay band, within-grade buyout amount, any appropriate locality pay, and the total new salary. These factors are based on your grade, series, step, and geographic location at the time of conversion.*

---

Excerpt from "Understanding the Core Comp Plan" brochure, distributed agency-wide in October 1999.

**7Q. I am due for a within grade increase two months after implementation, what will happen?**

A. Under the new pay plan, there will be no more within grade increases. As organizations convert from the FG to the FV pay plan; employees will receive a prorated "buyout" of their next within grade increase. The formula to prorate within grade increases takes into consideration the number of days since your last within grade, the number of days scheduled between your within grades, and the planned within grade increase amount on the date of conversion.

**8Q. When people are converted to the new pay band system, is it possible for some people to be outside the pay band? If so, what happens to those people?**

A. The pay bands are broader than the current GS/FG pay scales. It is possible for a few people to be outside the ranges upon conversion, but only for a small percentage of FAA's employees — about 1 percent. Those people above the range will stay at their pay level until the pay band shifts upward as a result of pay band adjustments. Those people below the pay range will have their base salary increased so that they reach the minimum of the new pay range. No one will lose money when converted to the pay band system. When annual OSI/SCI's are awarded, those employees above the maximum for their pay band will receive the OSI/SCI as a lump sum payment rather than an increase to base pay.

**Pay Issues**

**9Q. How were the pay band minimums and maximums set and how do we ensure our salaries will remain competitive?**

Excerpt from "31 Important Questions and Answers" document, prepared and distributed in October 1999

Core Compensation Plan is implemented?

A4. Employees who are eligible for a within-grade increase (i.e., those at step 9 or below) will receive a within-grade "buyout" that is equal to a pro-rated within-grade increase. An employee whose pay is below the new pay band minimum (after applying the within-grade buyout) will receive an increase to bring his or her base pay up to the pay band minimum. Employees with base salaries above the maximum rate for their pay band will be on pay retention.

Q5. Will employees at the top of the pay band be negatively impacted?

A5. No. The new pay bands are in most cases higher than the current General Schedule pay ranges. Additionally, employees paid at or above the pay band maximum are still eligible to receive the annual OSI and SCI, in the form of a lump sum payment.

Q6. What market data was considered to develop the pay bands?

A6. When developing the pay bands, the Agency considered pay levels among firms and/or industries with which the FAA competes for employees with similar knowledge, skills, abilities, and other characteristics. Each job series was compared to the FAA's primary and secondary labor markets. The primary labor market for the FAA has been defined as the aerospace and airline industries. These industries represent key clients / customers of the FAA. These industries also employ many similar types of skills as the FAA. This labor market is used for all job series. Secondary labor markets are used for many job series to incorporate data from a broader set of industries. Secondary labor markets include, but are not limited to, cross-industry (i.e., all private and public sector industries combined), high technology, health care, bio-technology, and other Federal agencies.

Q7. What happens if a pay band is increased and

Excerpt from "10 More Questions and Answers (September 3, 1999)

3/21/2005



Federal Aviation Administration



# FAA Compensation Plan:

# Manager's Guide

Your How-To Guide for Making Pay Decisions

April 2000

## Special Circumstances

**Pay at or Near Maximum**

Employees who are paid at or above the maximum of their pay band, will receive a lump sum payment for both the OSI and the SCI (if awarded), for that portion of base pay over the maximum unless they were above the pay band maximum at conversion. Lump sum payments will be calculated using the employee's basic rate of pay. If an employee is above the pay band maximum at conversion and has remained above the pay band maximum since conversion, OSI and SCI payments will continue to be added to the employee's base pay.

> Reminder: Locality pay is not included in the base pay bands. Locality pay will be provided even if base pay exceeds the maximum of the pay band. Locality pay will not impact any lump sum payments.



# THE CORE COMPENSATION PLAN

*Management Training*

*January 2000*

## Allocate OSI: Special Circumstances

- **What if Pay is Near or Over Maximum?**
  - *Provide OSI Increase Up to Band Maximum; Provide Remainder as Lump Sum Payment*
- **What if Performance Improves?**
  - *If Employee Did Not Receive OSI Due to Performance or Conduct, No OSI Is Provided Until Following Year*
- **What if an Employee is on LWOP?**
  - *The OSI Will Be Provided Upon Return from LWOP, OSI Will Not Be Retroactive*

66

There are a few special circumstances that affect the OSI allocation.

• **Pay is near or over the maximum:** The employee is paid an OSI that brings the employees pay to the band maximum and with any remaining (if there is any remaining) paid in the form of a lump sum.

• **Performance Improves to Acceptable Level:** If an employee did not receive an OSI at the time it was due because of poor performance, and even if their performance improves during the course of the year, an OSI is still NOT granted. The employee will not receive an OSI until the following year, provided their performance is acceptable at that time.

• **Employee on LWOP:** If an employee is on Leave Without Pay (LWOP), they will not receive their OSI until they return. The OSI is effective on the return to work date, not the original OSI date.

📁 *Trainer note: The trainer should emphasize that pay bands are changed based on market data, not because pay increases arbitrarily forces their extension. Some employees may see the limitations to their base pay due to the grant of a lump sum as unfair.*

Page 66



# Federal Aviation Administration Core Compensation Plan



**PERSONNEL REFORM**

## IVT BRIEFING
## APRIL 25, 2000



1



# Employees Above the Maximum at Conversion

- ♦ "Grandfather" employees in any category whose pay rate exceeds their new pay band maximum solely as a result of the conversion to Core Compensation
- ♦ Provide future OSIs and SCIs as base pay increases instead of lump sum payments until employees' pay rate fall within their pay bands

10



# Employees Above the Maximum at Conversion

- Only applies to employees who are not on grade or pay retention at conversion, but who end up above the band maximum
- WIG buyout and ATRA roll-in will be computed in full and resulting pay rate is what determines whether employee is eligible for grandfather provision
- All other employees, including those already on grade or pay retention or who change positions and end up above their pay band maximum after conversion, will receive future OSIs and SCIs as lump sum payments

11

Question
Case 1:05-cv-01476-PLF    Document 4-14    Filed 11/10/2005    Page 18 of 18

# SCI Questions and Answers, FY 2002 (Non-Bargaining Unit Employees)

Prepared and distributed in August 2002

| Question | Answer |
|---|---|
| Who is eligible for the 2002 OSI/SCI? | There are three requirements:<br><br>(1) An employee must have been employed by the FAA for at least 90 days of the performance year that ends September 30. The requirement for 90 days' service means 90 days' service as an FAA employee, not 90 days in a position covered by the Core Compensation Plan.<br><br>(2) An employee's performance must be satisfactory. He or she must not be on an Opportunity to Demonstrate Performance (ODP) on September 30.<br><br>(3) An employee must not have received any of the following disciplinary actions during the performance year: suspension of any duration, demotion for conduct or performance, or a removal decision letter. *(Note: Heads of lines of business or staff offices may approve exceptions for suspensions. No exceptions are permitted for demotions or removals.)* |
| Can my salary with the OSI/ SCI exceed the maximum of my pay band? If not, what happens? | Unless an employee has been "grandfathered," base pay that results from the OSI/SCI cannot exceed the pay band maximum. Employees who have not been grandfathered will receive lump sum payments for any amounts above the pay band maximum. |