# EXHIBIT 14

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| COGHLAN, MALACHY T. | 3817 | 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 | 07 21 1950 | 01 11 2004 |

## FIRST ACTION | SECOND ACTION

| 5-A. Code | 5-B. Nature of | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| F01 | ORGANIZATION SUCCESS INCREASE | | |

7. FROM: Position Title and Number

PD NO =           BU NO =
ORG =             CST CNTR =

15. TO: Position Title and Number
EMPLOYEE INVOLVEMENT COORDINATOR
PD NO = WP-52469    BU NO = WP41200001
ORG = WP412         CST CNTR = 8013

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FV | 0301 | J | 00 | $115,989 | PA | FV | 0301 | J | 00 | $119,325 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $98,538 | $17,451 | $115,989 | $0 | | | $100,637 | $18,688 | $119,325 | $0 | | |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
WESTERN-PACIFIC REGION
15000 AVIATION BLVD., LA, CA 90261
AIRWAY FACILITIES DIVISION
EXECUTIVE STAFF
LMR/E.I. UNIT

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1-None  3-10-Point/Disability  5-10-Point/Other  2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  X NO |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| B0 | WAIVED LIFE INSURANCE | 9  NOT APPLICABLE | | 0 |
| 30. Retirement Plan | | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| 1 | CSRS | 12 14 1980 | F | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |
| 38. Duty Station Code | | 39. Duty Station (City - County - State or Overseas Location) | | |
| 061550037 | | HAWTHORNE, LOS ANGELES, CA | | |
| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 2 |

45. Remarks
APPROP = 401.0 /000/270 /8013./1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 17.71%. PAY RATE IN BLOCK 20A REFLECTS PAYMENT OF AN ORGANIZATIONAL SUCCESS INCREASE (OSI). SALARY IN BLOCK 20A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 18.57%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL MANAGEMENT SPECIALIST |
| TD-03 | 1660 | 01 11 2004 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part  50-156

OPF Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

/

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| COGHLAN, MALACHY T | 5526 | 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 | 07 21 1950 | 01 11 2004 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of |
|---|---|
| 894 | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| F02 | SUPERIOR CONTRIBUTION INCREASE |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

PD NO =          BU NO =
ORG =            CST CNTR =

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FV | 0301 | J | 00 | $119,325 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $100,637 | $18,688 | $119,325 | $0 |

14. Name and Location of Position's Organization

15. TO: Position Title and Number
EMPLOYEE INVOLVEMENT COORDINATOR
PD NO = WP-52469    BU NO = WP41200001
ORG = WP412        CST CNTR = 8013

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| FV | 0301 | J | 00 | $121,297 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $102,300 | $18,997 | $121,297 | $0 |

22. Name and Location of Position's Organization
WESTERN-PACIFIC REGION
15000 AVIATION BLVD., LA, CA 90261
AIRWAY FACILITIES DIVISION
EXECUTIVE STAFF
LMR/E.I. UNIT

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 1 | | YES [X] NO |

1 - None        3 - 10-Point/Disability    5 - 10-Point/Other
2 - 5-Point     4 - 10-Point/Compensable   6 - 10-Point/Compensable/30%

0 - None    2 - Conditional
1 - Permanent    3 - Indefinite

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 WAIVED LIFE INSURANCE | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 CSRS | 12 14 1980 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | E | SEE REMARKS BELOW | 8888 |

1 - Competitive Service    3 - SES General        E - Exempt
2 - Excepted Service       4 - SES Career Reserved    N - Nonexempt

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 061550037 | HAWTHORNE, LOS ANGELES, CA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 2 |

45. Remarks
APPROP = 401.0 /000/270 /8013 /1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 18.57%. PAY RATE IN BLOCK 20A REFLECTS PAYMENT OF A SUPERIOR CONTRIBUTION INCREASE (SCI). SALARY IN BLOCK 20A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 18.57%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | PERSONNEL MANAGEMENT SPECIALIST |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD-03 | 1660 | 01 11 2004 |

TURN OVER FOR IMPORTANT INFORMATION     OPF Copy     Editions Prior to 7/91 Are Not Usable After 6/30/93
5-Part    50-156                                                    NSN 7540-01-333-6236

2

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| COGHLAN, MALACHY T | 5527 | 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 | 07 21 1950 | 01 11 2004 |

**FIRST ACTION** / **SECOND ACTION**

| 5-A. Code | 5-B. Nature of | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 841 | GROUP CASH AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

7. ... Position Title and Number ... / 15. ... Position Title and Number ...
EMPLOYEE INVOLVEMENT COORDINATOR

PD NO =                BU NO =                 PD NO = WP-52469     BU NO = WP41200001
ORG =                  CST CNTR =              ORG = WP412          CST CNTR = 8013

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | WESTERN-PACIFIC REGION |
| | 15000 AVIATION BLVD., LA, CA 90261 |
| | AIRWAY FACILITIES DIVISION |
| | EXECUTIVE STAFF |
| | LMR/E.I. UNIT |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | 0 - None  2 - Conditional | | YES [X] NO |
| 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 - Permanent  3 - Indefinite | | |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED LIFE INSURANCE | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly |
|---|---|---|---|
| 1  CSRS | 12 14 1980 | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General | E - Exempt | | 8888 |
| 2 - Excepted Service  4 - SES Career Reserved | N - Nonexempt | | |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 061550037 | HAWTHORNE, LOS ANGELES, CA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 2 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| | PERSONNEL MANAGEMENT SPECIALIST |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD-03 | 1660 | 01 11 2004 |

TURN OVER FOR IMPORTANT INFORMATION      OPF Copy      Editions Prior to 7/91 Are Not Usable After 6/30/93
5-Part     50-156                                                  NSN 7540-01-333-6236

3

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| COGHLAN, MALACHY T | 19028 | 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 | 07 21 1950 | 01 11 2004 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of |
|---|---|
| 002 | CORRECTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| F01 | ORGANIZATION SUCCESS INCREASE |

**7. FROM: Position Title and Number**

PD NO =         BU NO =
ORG =           CST CNTR =

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FV | 0301 | J | 00 | $115,989 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $98,538 | $17,451 | $115,989 | $0 |

**14. Name and Location of Position's Organization**

**15. TO: Position Title and Number**
EMPLOYEE INVOLVEMENT COORDINATOR
PD NO = WP-52469     BU NO = WP41200001
ORG = WP412         CST CNTR = 8013

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| FV | 0301 | J | 00 | $122,021 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $101,642 | $20,379 | $122,021 | $0 |

**22. Name and Location of Position's Organization**
WESTERN-PACIFIC REGION
15000 AVIATION BLVD., LA, CA 90261
AIRWAY FACILITIES DIVISION
EXECUTIVE STAFF
LMR/E.I. UNIT

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | YES / X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0 WAIVED LIFE INSURANCE | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 CSRS | 12 14 1980 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 061550037 | HAWTHORNE, LOS ANGELES, CA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

**45. Remarks**
APPROP = 401.0 /000/270 /8013 /1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 17.71%. SALARY IN BLOCK 20A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 20.05%.
CORRECTS ITEMS 20A FROM $100,637, 20B FROM $18,688, 20/20C FROM $119,325

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | PERSONNEL MANAGEMENT SPECIALIST |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD-03 | 1660 | 05 24 2004 |

TURN OVER FOR IMPORTANT INFORMATION          OPF Copy          Editions Prior to 7/91 Are Not Usable After 6/30/93
5-Part   50-156                                                                 NSN 7540-01-333-6236

4

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| COGHLAN, MALACHY T | 19030 | 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 | 07 21 1950 | 01 11 2004 |

## FIRST ACTION | SECOND ACTION

| 5-A. Code | 5-B. Nature of | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 002 | CORRECTION | 894 | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
|---|---|---|---|
| | | ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
|---|---|---|---|
| | | F02 | SUPERIOR CONTRIBUTION INCREASE |

7. FROM: Position Title and Number

PD NO =            BU NO =
ORG =              CST CNTR =

15. TO: Position Title and Number
EMPLOYEE INVOLVEMENT COORDINATOR
PD NO = WP-52469    BU NO = WP41200001
ORG = WP412         CST CNTR = 8013

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FV | 0301 | J | 00 | $122,021 | PA | FV | 0301 | J | 00 | $122,811 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $101,642 | $20,379 | $122,021 | $0 | $102,300 | $20,511 | $122,811 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
WESTERN-PACIFIC REGION
15000 AVIATION BLVD., LA, CA 90261
AIRWAY FACILITIES DIVISION
EXECUTIVE STAFF
LMR/E.I. UNIT

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | YES [ ]  NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED LIFE INSURANCE | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 12 14 1980 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 061550037 | HAWTHORNE, LOS ANGELES, CA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 401.0 /000/270 /8013 /1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 17.71%. SALARY IN BLOCK 20A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 20.05%.
CORRECTS ITEMS 12A FROM $100,637, 12B FROM $18,688, 12/12C FROM $119,325

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | PERSONNEL MANAGEMENT SPECIALIST |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD-03 | 1660 | 05 24 2004 |

TURN OVER FOR IMPORTANT INFORMATION
5-Part   50-156

OPF Copy

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

5

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| COGHLAN, MALACHY T   19032 | 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 | 07 21 1950 | 01 11 2004 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of |
|---|---|
| 002 | CORRECTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 841 | GROUP CASH AWARD |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
PD NO =       BU NO =
ORG =         CST CNTR =

15. TO: Position Title and Number
EMPLOYEE INVOLVEMENT COORDINATOR
PD NO = WP-52469    BU NO = WP41200001
ORG = WP412        CST CNTR = 8013

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 1,116 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
WESTERN-PACIFIC REGION
15000 AVIATION BLVD., LA, CA 90261
AIRWAY FACILITIES DIVISION
EXECUTIVE STAFF
LMR/E.I. UNIT

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for |
|---|---|---|---|
| 1 (1-None 2-5-Point 3-10-Point/Disability 4-10-Point/Compensable 5-10-Point/Other 6-10-Point/Compensable/30%) | 1 (0-None 1-Permanent 2-Conditional 3-Indefinite) | | YES [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B0  WAIVED LIFE INSURANCE | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 12 14 1980 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service 2-Excepted Service 3-SES General 4-SES Career Reserved) | E (E-Exempt N-Nonexempt) | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 061550037 | HAWTHORNE, LOS ANGELES, CA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
CORRECTS ITEM 20 FROM $111

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | PERSONNEL MANAGEMENT SPECIALIST |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TD-03 | 1660 | 05 24 2004 |

TURN OVER FOR IMPORTANT INFORMATION    OPF Copy    Editions Prior to 7/91 Are Not Usable After 6/30/93
5-Part  50-156                                          NSN 7540-01-333-6236

6