UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,

    Plaintiffs,

v.                                                                                    C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

**LOCAL RULE 16.3.d. REPORT**

    Pursuant to the Court's October 17, 2005 order, the parties submit this report pursuant to Local Civil Rule 16.3.d.  The parties have conferred as to the following matters.

    1. Defendant intends to file today a motion to dismiss or, in the alternative, for summary judgment.  Defendant requests that discovery and all further proceedings in the matter be stayed until the Court has decided that motion.  Plaintiffs do not oppose this request, except to note that in plaintiffs' view, the case could be settled and is an appropriate case for alternative dispute resolution.

    2. Plaintiffs intend to file a motion for leave to file an amended complaint on or before November 14, 2005.  The purpose of the amendment is to incorporate the allegations of an EEOC class complaint, EEOC No. 100-2005-00610X, involving the same class of employees as in this case, and the same pay practice.  In that case, Defendant requested dismissal because of the pendency of this case.  The class representatives, Timothy O'Hara and Malachy Coghlan, agreed to dismissal in the interests of judicial economy.  The allegations are the same in the EEOC case and this case, except that in this case, relief sought is lost retirement benefit accruals and pay retroactive to January 2004. In the EEOC class complaint, the class agents, one of

whom, Malachy Coghlan, is a named class representative in this case, sought the same relief retroactive to January 2005.[1]

3. Defendant takes no position at this time on plaintiffs' motion for leave to amend or on the amended complaint, and reserves the right to respond accordingly. The parties agree that in the event the Court permits the amended complaint to be filed, Defendant will have 30 days from the filing of the amended complaint to revise its motion to dismiss or, in the alternative, for summary judgment.

4. Plaintiffs request 45 days to respond to Defendant's motion. Defendant will reply within 30 days.

5. The parties request that, in the event the Court denies in whole or part Defendant's motion to dismiss or for summary judgment, they be permitted to file a revised joint report incorporating the matters set forth in Local Civil Rule 16.3.c.

Respectfully submitted,

---

Barbara Kraft   D. C. Bar No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW
Suite 600
Washington, DC  20004
(202) 783-1391
bkraft@kea-law.com
Counsel for Plaintiffs


---

W. Mark Nebeker  D. C. Bar No. 396739
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
mark.nebeker@usdoj.gov
Counsel for Defendant

---

[1] See Complaint, paragraphs 11, 12, 13 and 22.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,

    Plaintiff,

v.        C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

ORDER

Upon consideration of the parties' joint report pursuant to Local Civil Rule 16.3.d, it is this ___ day of _____ hereby ORDERED:

That Plaintiff may respond to Defendant's motion to dismiss or, in the alternative, for summary judgment, within 45 days of the filing of said motion;

That Defendant may reply within 30 days thereafter;

That Plaintiff will file a motion for leave to amend the original complaint on or before November 14, 2005;

That in the event Plaintiff's amended complaint is accepted for filing, Defendant may have 30 days to revise and re-file its motion to dismiss; and

That in the event Defendant's motion is denied in whole or part, the parties will within 10 days of the Court's decision on the motion submit a revised report under Local Rule 16.3.d incorporating the matters addressed in Local Rule 16.3.c.

_____
UNITED STATES DISTRICT JUDGE