EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

TIMOTHY O'HARA, et al.,

    Class Agents,

v.                                                 EEOC No. 100-2005-00610X
                                                    Agency Nos. 2005-19079-FAA-02,
                                                             2005-19080-FAA-02

NORMAN Y. MINETA, Secretary,

    U. S. Department of Transportation,

    Agency.
_____/

CLASS AGENTS' RESPONSE
TO
AGENCY'S MOTION TO TERMINATE CLASS ACTION

       Upon consideration of the Agency's motion to terminate this administrative class action and in the interest of conserving the resources of the Commission and the parties, the Class Agents hereby withdraw their request for a hearing in this case, having determined to pursue their claims in the pending civil action filed by one of them on behalf of a similarly situated group of employees, *Coghlan, et al v. Mineta*, C. A. No. 05-1476 (PLF), in the U. S. District Court for the District of Columbia.

       Furthermore, pursuant to Section 1614.109(b) of the Commission's federal sector EEO regulations, the Class Agents request that the Administrative Judge dismiss the class complaint without prejudice to the individual administrative complaints that have been properly filed by approximately 200 or more members of the putative class, and that these individual complaints be held in abeyance. The Class Agents seek dismissal without prejudice so that these individual complaints may continue to be processed as individual complaints or as one or more administrative class complaints in the event the

1

U. S. District Court declines to certify the class, or in the event the court's class certification permits individual employees to opt out of the class.

The Class Agents request that the Administrative Judge enter an order to this effect.

Respectfully submitted,

_____
Barbara Kraft
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW
Suite 600
Washington, DC  20004
(202) 783-1391
Counsel for the Class Agents

CERTIFICATE OF SERVICE

This is to certify that I served a copy of the foregoing Class Agents' response upon Agency Counsel at the following address this 12th day of October, 2005, by fax and first class mail:

Julia Rhodes, Esq.
Personnel & Labor Law Staff
Office of the Chief Counsel
Federal Aviation Administration
600 Independence Ave., SW
FOB10B, 1st Floor
Washington, DC  20591

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

TIMOTHY O'HARA, et al.,

    Class Agents,

v.                                         EEOC No. 100-2005-00610X
                                              Agency Nos. 2005-19079-FAA-2,
NORMAN Y. MINETA, Secretary,                2005-19080-FAA-2
U. S. Department of Transportation,

    Agency.
_____/

ORDER

Upon consideration of the Agency's *Motion to Terminate the Class Action and to Hold the Individual Complaints in Abeyance*, and of the Class Agents' *Response* thereto, it is, pursuant to 29 CFR Sections 1614.107 and 109(b), hereby ORDERED, that the class complaint in this case is dismissed.

Said dismissal is without prejudice to the individual administrative complaints that have been filed alleging substantially the same allegations of discrimination as in this case and in *Coghlan v. Mineta*, C. A. No. 1:05-cv-01476 (PLF), which individual complaints the Class Agents originally sought to include in this class complaint. Said individual complaints will be held in abeyance pending a decision by the district court concerning class certification. Should the court decide not to certify the class or to permit the individual complainants to opt out of a class that has been certified, the individual complaints may continue to be processed pursuant to the Commission's rules and regulations, including processing as one or more class complaints if appropriate under 29 CFR Section 1614.204.

_____
Richard Furcolo, Administrative Judge

Copies:

Barbara Kraft, Esq.
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW   Suite 600
Washington, DC  20001

Julia A. Rhodes, Esq.
Office of the Chief Counsel
Federal Aviation Administration
600 Independence Ave., SW
Room 1E100
Wahsington, DC  20591

4