UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al,

    Plaintiffs,

v.                                                            C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

ORDER

Upon consideration of the plaintiff Malachy Coghlan's motion for leave to amend his complaint, it is this ___ day of _____, 2005 hereby ORDERED:

That the motion is granted. The amended complaint will be accepted for filing.

Defendant may respond to the amended complaint by filing a renewed and/or revised motion to dismiss or, in the alternative, for summary judgment, or a responsive pleading within 30 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE