```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,                  )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Civil Action No. 05-1476 PLF
                                  )
NORMAN Y. MINETA,                 )
U.S. Department of Transportation,)
                                  )
          Defendant.              )
_____)
```

RESPONSE TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendant hereby advises the Court and Plaintiff that he does not oppose Plaintiff's Motion For Leave To File Amended Complaint, but does ask that, given that the proposed[1] Amended Complaint would add significantly to the claims previously raised, defendant should be allowed 45 days within which to respond to the Amended Complaint.[2]  Counsel for Plaintiff, Barbara Kraft, Esq., has indicated this date that she has no

---

[1] Plaintiff has relied largely on Fed. R. Civ. P. 15 in seeking amendment.  Defendant believes that when adding a party, the more specifically applicable rule, Fed. R. Civ. P. 21, applies.  See Rule 21 ("Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just.") (emphasis added); see also Age of Majority Educational Corp. v. Preller, 512 F.2d 1241 (4th Cir. 1975) (plaintiff was required to seek leave of court before filing an amended complaint that added and dropped parties); Commodity Futures Trading Commission v. American Metal Exchange Corp., 693 F. Supp. 168, 189 (D.N.J. 1988) (a proposed amended complaint that adds parties can be amended only with leave of court); Madery v. International Sound Technicians, 79 F.R.D. 154 (1978) (plaintiff was required to secure leave of court to add parties).  Because the parties are in agreement, the Court need not address the issue.

[2] This additional time will allow the agency to gather information necessary properly to respond to the allegations in the Amended Complaint, and will also avoid interference with vacation plans that Defendant's counsel currently has over the Holiday season.

objection to allowing this additional time, and has proposed a schedule to respond to Defendant's anticipated dispositive motion with which all parties agree.  The schedule includes a response to Defendant's anticipated dispositive motion by February 27, 2006, and any reply by March 17, 2006.  The parties have also reached agreement with respect to Plaintiff's motion to extend the time to file a motion for class certification, which the parties submit should await resolution of the anticipated dispositive motion.  Thus, the proposed schedule allows three weeks from resolution of the anticipated motion within which plaintiff must seek class certification.[3]

      For these reasons, Defendant does not oppose Plaintiff's

---

[3] The Court has also requested that the parties indicate recommended dates for oral argument should argument be deemed advisable.  Counsel for both parties are interested in participating in oral argument if the Court feels in any way that such argument might be useful in resolving the issues.  Plaintiff's counsel believes oral argument would be helpful.  Accordingly, if the matter is not sooner resolved without argument, counsel recommend a date for argument sometime between March 27, 2006 and April 13, 2006, or after April 2006.  A hearing in those time frames would also avoid a conflict with a trial and travel schedule of defendant's attorneys.

Motion To Amend, but asks that the Court also enter a briefing schedule consistent with the accompanying proposed order.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Response To Motion For Leave To File Amended Complaint and proposed order has been made through the Court's electronic transmission facilities on this 5th day of December, 2005.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230