UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, )
)
        Plaintiff, )
)
v. ) Civil Action No. 05-1476 PLF
)
NORMAN Y. MINETA, )
U.S. Department of Transportation,)
)
        Defendant. )
_____)

### ORDER

UPON CONSIDERATION of Plaintiff's Motion For Leave To File Amended Complaint, and the response thereto, it is by the Court this _____ day of _____, 2005, hereby

ORDERED that Plaintiff's For Leave To File Amended Complaint be and is hereby granted; and it is

FURTHER ORDERED that Defendant shall respond to the Amended Complaint on or before January 18, 2006; and that any response to Defendant's anticipated dispositive motion shall be filed by Plaintiffs on or before February 27, 2006; and that any reply shall be filed on or before March 17, 2006; and it is

FURTHER ORDERED that plaintiff may have until three weeks after resolution of the anticipated motion within which to file a motion for class certification.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | BARBARA KRAFT, ESQ. |
| Assistant U.S. Attorney | KRAFT EISENMANN ALDEN, PLLC |
| Civil Division | 1001 Pennsylvania Avenue, NW |
| 555 4th Street, N.W. | Suite 600 |
| Washington, DC  20530 | Washington, DC 20004 |