```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,        )
                                )
            Plaintiffs          )
                                )
    v.                          ) Civil Action No. 05-1476 PLF
                                )
NORMAN Y. MINETA,               )
U.S. Department of Transportation,)
                                )
            Defendant.          )
                                )
```

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, for an extension of time of three business days in which to respond to the amended complaint in this action until January 23, 2006. Counsel for plaintiff, Barbara Kraft, Esq., could not be reached to determine Plaintiffs' position on this motion.[1]

Counsel for defendant is in the process of completing a renewed motion to dismiss or, in the alternative, for summary judgment in this action, but has not yet had sufficient time to complete the filing. This is because he could not confer, as required, with a United States Department of Justice attorney assisting in the action, as that attorney has been out of the office since yesterday due to an unexpected medical issue. Moreover, counsel has been assigned responsibility to assist in

---

[1] A message was left for Ms. Kraft, but she had not yet had sufficient time to respond as of the drafting of this motion.

an emergency matter with the Office of Bar Counsel this week, and has been called upon in the past three business days to complete an appellate brief and a pleading in unrelated cases.  In addition, counsel must draft a reply in yet another case this week.

    For these reasons, counsel seeks additional time to respond to the Amended Complaint.  A proposed order consistent with the foregoing is attached hereto.

                  Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been through the Court's electronic transmission facilities on this 18th day of January, 2006.

```
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230
```