UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALACHY COGHLAN, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 05-1476 PLF |
| ) | |
| NORMAN Y. MINETA, ) | |
| U.S. Department of Transportation,) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

UPON CONSIDERATION of Defendant's Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time by which defendant may respond to the Amended Complaint in this action be and is hereby enlarged up to and including January 23, 2006.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

BARBARA KRAFT, ESQ.
KRAFT EISENMANN ALDEN, PLLC
1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004