

**Marion Blakey/AWA/FAA**
01/05/2006 03:43 PM
Please respond to
9-AWA-AOA1-Broadcast-Replies

To
cc
bcc
Subject  <p> PAY RAISE

History:  📩 This message has been forwarded.

Dear Colleagues:

    As 2006 gets underway, I am very pleased to start the New Year with "good-news" announcements that affect employee pay and compensation. It's always satisfying to begin on a positive note.

    First, I have approved a 3.1 percent Organizational Success Increase, effective January 8, for eligible employees under the Core Compensation Plan. This represents the full 100 percent OSI increase that I announced in November at the Town Hall meeting. The real credit for this goes to you who delivered an outstanding performance under the Flight Plan for FY 05. As in past years, employees will receive locality pay, which averages one percent across the country, the same rate as for other Federal government employees.

    Employees in the FG and FM pay systems, pending completion of negotiations over pay, will receive the same 2.1 percent increase as other Federal GS employees, plus locality play, as will employees in the executive compensation plan.

    Secondly, based on the latest market survey, we've decided to raise the pay bands under Core Comp by 2.1 percent. This is the first time in three years we've raised the pay bands. While the survey showed the current base salaries of FAA employees are more than competitive, the pay bands lag behind the market in some pay categories. This was particularly true for some of our lower pay bands, and I am very concerned that we be fair to all our employees. We've also raised the pay bands under the executive compensation plan by the same percentage.

    Human Resources has prepared detailed information on the pay increases. This is available on the FAA employee website at http://employees.faa.gov/jobs_pay/pay. Questions about the pay adjustments may be referred to your servicing human resource management office, or to the AHR Policy Management Division, AHP-300, at (292) 385-8004.

    Third, as promised, we've initiated an independent evaluation of our pay-for-performance system to ensure that it's meeting the needs of our employees and the FAA. Your comments in the Employee Attitude Survey and other forms of feedback have helped to shape the evaluation by identifying issues that may need refinement or adjustment. We've received a draft report, which the Compensation Committee will review and discuss later this month



The year 2005 was an extremely challenging year for the agency, but it also was a very successful year. Your performance in the face of Hurricanes Katrina and Rita was inspirational, and a model of public service. The commercial airline fatal accident rate was also at a record low throughout FY05. There are so many more accomplishments I could cite. You did a great job.

This coming year is going to spur us to set the bar even higher. We face a number of challenges that quite frankly will stretch us more so than ever before. We continue to face a critical need for the next generation air transportation system. Annual passenger numbers continue to break records year after year, and we need to put a transportation system in place that can handle the demands of the next generation.

Needing the system is only half the battle. We've got to be able to pay for it. We must continue our efforts to place greater emphasis on financial management. The only way the United States can afford a new air transportation system will be by the FAA operating more like a bottom-line business. Signing labor contracts that are both fair and equitable is an important step.

Quite possibly our most significant challenge, though, will be the future financing of the agency. As many of you know, the taxes that fuel our Trust Fund will expire in 2007. Right now, our ability to pay our bills is literally tied to the price of an airline ticket. That needs to change. We need a stable, reliable funding stream that's based on the actual cost of the services we provide. The FAA must demonstrate to the taxpayer, the aviation community, and to Congress that we place top priority on fiscal accountability.

With all of that said, I have enormous confidence in the ability of FAA employees to stand and deliver. We run the safest, most efficient, and reliable system in the world. The challenges that we face will further enhance our ability to come through when the going gets tough.

I look forward to working with you to make that happen. I'm certain that we will succeed.

Marion