Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| O'HARA, TIMOTHY C | 3235 | | -51 | 01-09-05 |

| FIRST ACTION | | | SECOND ACTION | | |
|---|---|---|---|---|---|
| 5-A. Code | 5-B Nature of Action | | 6A. Code | 6-B. Nature of Action | |
| 841 | GROUP CASH AWARD | | | | |
| 5-C. Code | 5-D Legal Authority | | 6-C. Code | 6-D. Legal Authority | |
| ZVB | P.L. 104-50 | | | | |
| 5-E. Code | 5-D Legal Authority | | 6-E. Code | 6-F. Legal Authority | |
| F20 | OSI LUMP SUM | | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT & PROGRAM ANALYST |
| | PD NO=WA-M336    BU NO=WATOP0167 |
| | ORG=TOP001    CST CNTR=G560 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 3,222 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | AIR TRAFFIC ORGANIZATION |
| | OPERATIONS PLANNING SERVICE UNIT |
| | WASHINGTON, DC 20591 |

### EMPLOYEE DATA

| 23. Veteran's Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|
| 1 | 1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | | 1 | 0 – None    2 - Conditional<br>1 - Permanent    3 - Indefinite | | YES    X NO |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| 90 | BASIC+OPT B(3X) | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part - Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 | CSRS    04-21-75 | F | |

### POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1 - Competitive Service  3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved | E    E - Exempt<br>N - Nonexempt | | 0054 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature / Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| TD-03 | 1675 | 01-09-05 | AUTHORIZING OFFICIAL, HR SERVICES |

2 – OPF Copy – Long Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-632

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| O'HARA, TIMOTHY C                    1552 | | -51 | 01-11-04 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code  5-B. Nature of Action | | 6-A. Code  6-B. Nature of Action | |
| 841  GROUP CASH AWARD | | | |
| 5-C. Code  5-D. Legal Authority | | 6-C. Code  6-D. Legal Authority | |
| F73  LUMP SUM ADJUSTMENT | | | |
| 5-E. Code  5-F. Legal Authority | | 6-E. Code  6-F. Legal Authority | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT & PROGRAM ANALYST |
| | PD NO=WA-M336          BU NO=WATOP0167 |
| | ORG=TOP001             CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 1,043 | |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | AIR TRAFFIC ORGANIZATION |
| | OPERATIONS PLANNING SERVICE UNIT |
| | WASHINGTON, DC 20591 |

| EMPLOYEE DATA | | | | |
|---|---|---|---|---|
| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Pref. for RIF |
| 1  1 - None          3 - 10-Point/Disability      5 - 10-Point/Other<br>2 - 5-Point      4 - 10-Point/Compensable      6 - 10-Point/Compensable/30% | | 1  0 - None      2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES  ☒ NO |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| 90  BASIC+OPT B(3X) | | 9  NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
| 1  CSRS | 04-21-75 | F | | |

| POSITION DATA | | | | |
|---|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | | 37. Bargaining Unit Status |
| 2  1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career | E  E - Exempt<br>N - Nonexempt | | | 0054 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | | |
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA | | | |
| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Danetta F. Morrison* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TD-03 | 1675 | 08-15-04 | APPROVING OFFICIAL |

| 5-Part | 2 - OPF Copy - Long-Term Record -- DO NOT DESTROY | Editions Prior to 7/91 Are Not Usable After 6/30/93<br>NSN 7540-01-333-8236 |
|---|---|---|

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| O'HARA, TIMOTHY C        5167 | ▓▓▓▓▓▓▓ | -51 | 01-11-04 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 841 | GROUP CASH AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT AND PROGRAM ANALYST<br>PD NO=WA-M336        BU NO=WASD1118<br>ORG=SD110        CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 632 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASSOC ADM FOR RESEARCH & ACQUISITIONS<br>OFF OF SYS ARCHITECTURE & INVEST ANAL<br>ARCHITECTURE & SYS ENGINEERING DIV<br>NAS ARCHITECTURE BRANCH<br>WASHINGTON, DC 20591 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 — 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 — 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | YES ☐  NO ☒ |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  BASIC+OPT B(3X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 04-21-75 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 — 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career | E — E - Exempt<br>N - Nonexempt | | 0054 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code  TD-03 | 48. Personnel Office ID  1675 | 49. Approval Date  01-11-04 | APPROVING OFFICIAL |

5-Part

2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| O'HARA, TIMOTHY C          3289 | | 51 | 01-11-04 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 841 | GROUP CASH AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT AND PROGRAM ANALYST |
| | PD NO=WA-M336    BU NO=WASD1118 |
| | ORG=SD110    CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 2,179 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASSOC ADM FOR RESEARCH & ACQUISITIONS |
| | OFF OF SYS ARCHITECTURE & INVEST ANAL |
| | ARCHITECTURE & SYS ENGINEERING DIV |
| | NAS ARCHITECTURE BRANCH |
| | WASHINGTON, DC 20591 |

| EMPLOYEE DATA | | | |
|---|---|---|---|
| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
| 1 - 1 - None  2 - 5-Point  3 - 10-Point/Disability  4 - 10-Point/Compensable  5 - 10-Point/Other  6 - 10-Point/Compensable/30% | 1 - 0 - None  1 - Permanent  2 - Conditional  3 - Indefinite | | YES [ ]  NO [X] |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| 90 - BASIC+OPT B(3X) | 9 - NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| 1 - CSRS | 04-21-75 | F | |

| POSITION DATA | | | |
|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
| 2 - 1 - Competitive Service  2 - Excepted Service  3 - SES General  4 - SES Career | E - E - Exempt  N - Nonexempt | | 0054 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 01-11-04 | |

5-Part

2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| O'HARA, TIMOTHY C | 99327 | | 51 | 01-12-03 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 841 | GROUP CASH AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT AND PROGRAM ANALYST |
| | PD NO=WA-M336    BU NO=WASD1118 |
| | ORG=SD110    CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 4,194 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASSOC ADM FOR RESEARCH & ACQUISITIONS |
| | OFF OF SYS ARCHITECTURE & INVEST ANAL |
| | ARCHITECTURE & SYS ENGINEERING DIV |
| | NAS ARCHITECTURE BRANCH |
| | WASHINGTON, DC 20591 |

| EMPLOYEE DATA | | | |
|---|---|---|---|
| 23. Veterans Preference<br>1 - None    2 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30%<br>**1** | 24. Tenure<br>0 - None    2 - Conditional<br>1 - Permanent    3 - Indefinite<br>**1** | 25. Agency Use | 26. Veterans Pref for RIF<br>YES  ☒ NO |
| 27. FEGLI<br>**90**  BASIC+OPT B(3X) | 28. Annuitant Indicator<br>**9**  NOT APPLICABLE | | 29. Pay Rate Determinant<br>**0** |
| 30. Retirement Plan<br>**1**  CSRS | 31. Service Comp. Date (Leave)<br>04-21-75 | 32. Work Schedule<br>**F** | 33. Part-Time Hours Per Biweekly Pay Period |

| POSITION DATA | | | |
|---|---|---|---|
| 34. Position Occupied<br>1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career<br>**2** | 35. FLSA Category<br>E - Exempt<br>N - Nonexempt<br>**E** | 36. Appropriation Code | 37. Bargaining Unit Status<br>**0054** |
| 38. Duty Station Code<br>11-0010-001 | 39. Duty Station (City - County - State or Overseas Location)<br>WASHINGTON, DISTRICT OF COLUMBIA | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code / 48. Personnel Office ID / 49. Approval Date | |
| TD-03    1675    01-12-03 | APPROVING OFFICIAL |

5-Part        2 - OPF Copy - Long-Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| O'HARA, TIMOTHY C          1158 | | 51 | 01-12-03 |

**FIRST ACTION** | **SECOND ACTION**

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 841 | GROUP CASH AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT AND PROGRAM ANALYST |
| | PD NO=WA-M336        BU NO=WASD1118 |
| | ORG=SD110            CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 670 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASSOC ADM FOR RESEARCH & ACQUISITIONS |
| | OFF OF SYS ARCHITECTURE & INVEST ANAL |
| | ARCHITECTURE & SYS ENGINEERING DIV |
| | NAS ARCHITECTURE BRANCH |
| | WASHINGTON, DC 20591 |

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1    1 - None    3 - 10-Point/Disability    5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 1    0 - None    2 - Conditional<br>1 - Permanent    3 - Indefinite | | YES    X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90    BASIC+OPT B(3X) | 9    NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1    CSRS | 04-21-75 | F | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2    1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career | E    E - Exempt<br>N - Nonexempt | | 0054 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
|---|---|---|---|
| TD-03 | 1675 | 01-12-03 | |

5-Part        **2 - OPF Copy - Long-Term Record -- DO NOT DESTROY**

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| O'HARA, TIMOTHY C | 81447 | | 61 | 01-13-02 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 895 | LOCALITY PAYMENT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT AND PROGRAM ANALYST |
| | PD NO=WA-M336        BU NO=WASD1118 |
| | ORG=SD110           CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FV | 0343 | J | 00 | $112,765 | PA | FV | 0343 | J | 00 | $114,044 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $102,300 | $10,465 | $112,765 | $0 | $102,300 | $11,744 | $114,044 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASSOC ADM FOR RESEARCH & ACQUISITIONS |
| | OFF OF SYS ARCHITECTURE & INVEST ANAL |
| | ARCHITECTURE & SYS ENGINEERING DIV |
| | NAS ARCHITECTURE BRANCH |
| | WASHINGTON, DC 20591 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other | 0 - None   2 - Conditional | | |
| 2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1 - Permanent   3 - Indefinite | | YES  [X] NO |
| 1 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90  BASIC+OPT B(3X) | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 04-21-75 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General | E - Exempt | | |
| 2 - Excepted Service   4 - SES Career | N - Nonexempt | | |
| 2 | E | SEE REMARKS BELOW | 0054 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

```
APPROP = 282W.0  /000/810   /G561  /1111
```
SALARY IN BLOCK 12A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL
5. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 10.23%. SALARY IN
BLOCK 20A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL 5. SALARY
IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| TD-03 | 1675 | 01-13-02 | APPROVING OFFICIAL |

5-Part

2 - OPF Copy - Long-Term Record -- DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6236

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| O'HARA, TIMOTHY C | 76909 | | 51 | 12-30-01 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| F01 | ORGANIZATION SUCCESS INCREASE | | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
MANAGEMENT AND PROGRAM ANALYST
PD NO=WA-M336          BU NO=WASD1118
ORG=SD110             CST CNTR=G561

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FV | 0343 | J | 00 | $108,577 | PA | FV | 0343 | J | 00 | $112,765 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $98,500 | $10,077 | $108,577 | $0 | $102,300 | $10,465 | $112,765 | $0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
ASSOC ADM FOR RESEARCH & ACQUISITIONS
OFF OF SYS ARCHITECTURE & INVEST ANAL
ARCHITECTURE & SYS ENGINEERING DIV
NAS ARCHITECTURE BRANCH
WASHINGTON, DC 20591

| EMPLOYEE DATA | | | | | | |
|---|---|---|---|---|---|---|
| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Pref for RIF | |
| 1 | 1 - None        3 - 10-Point/Disability       5 - 10-Point/Other<br>2 - 5-Point    4 - 10-Point/Compensable    6 - 10-Point/Compensable/30% | 1 | 0 - None      1 - Conditional<br>1 - Permanent  3 - Indefinite | | YES | X NO |
| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | | |
| 90 | BASIC+OPT B(3X) | 9 | NOT APPLICABLE | 0 | | |
| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period | | |
| 1 | CSRS | 04-21-75 | F | | | |

| POSITION DATA | | | | |
|---|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status | |
| 2 | 1 - Competitive Service   3 - SES General<br>2 - Excepted Service    4 - SES Career | E  E - Exempt<br>N - Nonexempt | SEE REMARKS BELOW | 0054 |
| 38. Duty Station Code | | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | | WASHINGTON, DISTRICT OF COLUMBIA | | |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

**45. Remarks**
APPROP = 282W.0  /000/810  /G561  /1111
SALARY IN BLOCK 12A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL
5. SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 10.23%. PAY RATE
IN BLOCK 20A REFLECTS PAYMENT OF AN ORGANIZATIONAL SUCCESS INCREASE (OSI)..
SALARY IN BLOCK 20A IS BASED ON PAY BAND J, PROFESSIONAL JOB CATEGORY, LEVEL
5. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 10.23%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | Carolyn A. Smith |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
|---|---|---|---|
| TD-03 | 1675 | 01-06-02 | |

5-Part                    2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After
6/30/93
NSN 7540-01-333-6238

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| O'HARA, TIMOTHY C | 76910 | | 51 | 12-30-01 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 841 | GROUP CASH AWARD | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| | | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MANAGEMENT AND PROGRAM ANALYST |
| | PD NO=WA-M336          BU NO=WASD1118 |
| | ORG=SD110              CST CNTR=G561 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 1,322 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASSOC ADM FOR RESEARCH & ACQUISITIONS |
| | OFF OF SYS ARCHITECTURE & INVEST ANAL |
| | ARCHITECTURE & SYS ENGINEERING DIV |
| | NAS ARCHITECTURE BRANCH |
| | WASHINGTON, DC 20591 |

| EMPLOYEE DATA | | | | |
|---|---|---|---|---|
| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF | |
| 1 | 1 - None     3 - 10-Point/Disability     5 - 10-Point/Other | 1 | 0 - None     2 - Conditional | | YES  ☒ NO |
| | 2 - 5-Point     4 - 10-Point/Compensable     6 - 10-Point/Compensable/30% | | 1 - Permanent     3 - Indefinite | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| 90   BASIC+OPT B(3X) | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 04-21-75 | F | |

| POSITION DATA | | | |
|---|---|---|---|
| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
| 2 | 1 - Competitive Service     3 - SES General<br>2 - Excepted Service     4 - SES Career | E | E - Exempt<br>N - Nonexempt | | 0054 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=8 | POS TYPE=1 | | POSITION SENSITIVITY = 1 |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL Smith |
|---|---|---|---|
| TD-03 | 1675 | 01-06-02 | |

5-Part          2 - OPF Copy - Long-Term Record — DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236