U.S. Department
of Transportation

# Memorandum

Federal Aviation
Administration

Subject : **INFORMATION:** EEO COUNSELOR'S REPORT                    Date:   3/11/05

From: EEO Counselor

To: Office of Civil Rights

Reply
to
Attn.
Of:

## I. REQUIRED ELEMENTS

InformalCaseNumber :
AWA-FY2005-0044

### A. AGGRIEVED PERSON
Name:    Mr. Tim O'Hara (Class Agent)

Job Title/Series Grade:
Place of Employment (Office or Facility Name):   Headquarters

Work Telephone No:   (202) 385-7146        Home Telephone No:   (301) 572-9569

Mailing Address:    2712 Hunters Gate Terrace
                    Silver Spring, MD 20904

Aggrieved 's Representation (If Applicable):

Name:    Sarah Starret

Address:    1717 Massachusetts Avenue,

            Washington            DC            20036-2001

Telephone No:    (202) 328-7222

## Region

*In which FAA region did the alleged discrimination take place?*

HeadQuarters (AWA)

## Line Of Business

*In which FAA Line of Business or Staff Office did the alleged discrimination take place?*

AHR/Asst Administrator for Human Resource Management: ATS(AHR)



CR-9

Page:   1

## B. CHRONOLOGY OF EEO COUNSELING

| | |
|---|---|
| 02-23-2005 | Date of Initial Contact |
| 02-23-2005 | Date of Initial Interview |
| 01-14-2005 | Date of Alleged Discriminatory Event |
| 02-28-2005 | 45 th Day After Discriminatory Event |

**Reason for delayed contact beyond 45 days ( if applicable):**

Date of Notice of Final Interview & Right to File
Date Counseling Report Requested
Date Counseling Report Submitted by Counselor

## C. BASIS (ES) FOR ALLEGED DISCRIMINATION

| BASIS | SPECIFICS |
|---|---|
| Age |  951 |
| Gender(Sex) | Male |

### *Complainant's Description of Alleged Discrimination :*

On or about January 14, 2005 the FAA Administrator denied the aggrieved a raise/ a within-grade increase/ste increase/annual COLA locality pay increase. This is a continuing pattern and practice of pay discrimination and a violation of equal pay and merit principles. Other similarly situated employees have received increases to their base compensation in excess of the pay band maximum which has been arbitrarily imposed on me and on similarly situated class members. There are currently approximately 38,000 FAA employees under the Core Compensation System involving pay bands, and approximately 20, 678 (54%) were granted annual raises, etc., since January 1, 2005. I have calculated the likely financial loss stemming from these decisions, assuming a normal retirement date of 58 and my remaining life expectancy, as $242,502 - $650,408. It has also adversely impacted my ability to maintain my existing standard of living. I haven been given excellent performance reviews, only to be denied the compensation increases that I was promised and that I earned. These denials have therefore, resulted in a significant loss of moral for myself and all of my co-workers in this class. Although these decisions are supposed to be fair to all FAA employees, they are not. The Administrator's decision has a discriminatory impact on me and on many other FAA employees over the age of 40. As of January 2004, there were 829 FAA employees who were denied any increase in their base pay at that time. Of this total, 785 (94.6%) were over the age of 40. I believe that the number in January 2005 were even greater. I believe that her denials therefore have a disparate and discriminatory effect on older employees.

## D. CLAIM

### PRECISE DESCRIPTION OF THE CLAIM(S) COUNSELED

| CLAIM | SPECIFICS |
|---|---|
| Pay Including Overtime | Pay Band Issues. |

***Note to EEO Counselors:***

If Harassment - Non - Sexual or Harassment - Sexual is alleged . you must call (202) 493-4103 to report the allegation(s) to the FAA Accountability Board. Call within two workdays of the initial contact with aggrieved individual. If the aggrieved individual wishes to remain anonymous, you must report the facts in a way to conceal the identity of the aggrieved person.

Date contacted Accountability Board:

CR-9

Accountability Board perso: ntacted:

**E. REMEDIES REQUESTED**    (Describe the requested remedies. If possible, relate remedies to specific claims).

The specific remedy he is seeking on behalf of himself and all similarly situated person, is make-whole relief, that his the annual raise(s) that he (and they) were denied, along with all other appropriate remedies allowed by law, including but not limited to back pay with interest, attorney fees, and increased benefits, including retroactive adjustments to their retirement annuity calculation, i.e. increases in their "high three" for retirement credit, to the fullest extent allowed by law.  We believed that the law allows for retroactive back pay for up to three years prior to the complaint, depending on the circumstances of course.

### F. EEO COUNSELOR'S CHECKLIST
Did the Counselor advise the Aggrieved in writing of the Rights and Responsibilities Contained in the EEO Counselor's Checklist?.

Yes                    No

### SUMMARY OF INFORMAL RESOLUTION ATTEMPTS

### A. IF THE COUNSELOR ATTEMPTED RESOLUTION
(NOTE: Unless the Aggrieved person selected mediation , the EEO counselor must complete this section.)

3/9/2005 – Conveyed Management's response to the Aggrieved Person's Representative, Sarah Starret.

Management indicated that the minimum and maximum pay band salary ranges are based on market data complied from salary comparisons.  The decision not to adjust pay band salary ranges is based on this data, rather than on the age of any employee who may be impacted by reaching the pay band maximums.

The Aggrieved Person's Representative requested their Notice of Final Interview.

### B. SUMMARY OF INFORMATION GIVEN TO THE
### AGGRIEVED PERSON AND TO THE AGENCY OFFICIAL
(Include information about the Mediation process).

**ATTACHMENTS**    (Add other attachments as necessary).

1. EEO Counselor's Checklist
2. Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process
3. Notice of Final Interview and Right to File a Complaint of Discrimination.

Name of EEO Counselor                            Telephone Number

Signature of EEO Counselor                       Office Address

CR-9