# Beins, Axelrod, Kraft, Gleason & Gibson, P.C.

1717 Massachusetts Avenue, N.W., Suite 704
Washington, D.C. 20036-2001 · www.BAKGG.COM
ph: 202.328.7222 · fax: 202.328.7030

Hugh J. Beins
Jonathan G. Axelrod
Barbara Kraft*
Edward M. Gleason*
Richard W. Gibson**
Sarah J. Starrett**
H. David Kelly, Jr.††
Regina Markey
E. Lindsey Maxwell, II
Anh-Viet Ly**

Beth Slavet
Of Counsel

\* also admitted in MD
\*\* also admitted in VA
\* also admitted in PA
¹ also admitted in FL
†† also admitted in MA, MI

March 23, 2005

**BY HAND**
Regional Director
Office of Civil Rights
Dept. of Transportation
Washington DC Regional Office (S-342)
NASSIF Building, Rm 0104
or Room 2104
400 Seventh St. SW
Washington, D.C. 20590

   Re: *O'Hara and Coghlan et al., Class Agents, v. Dept. of Transportation, Federal Aviation Administration*, EEOC Nos. _____ ; Agency Nos. OCR--05-____

Dear Sir or Madam:

  Enclosed for filing in the above-referenced case is a COMPLAINT being filed today, with attachments.

  A copy of this Complaint is being provided to the Agency Office of Civil Rights.

  Feel free to contact me at the number above if you have any questions regarding this matter. I look forward to hearing from you soon regarding further processing.

           Sincerely yours,

           *[signature]*
           Sarah J. Starrett

encl.
cc: Phyllis Seaward

**Beins, Axelrod, Kraft, Gleason & Gibson, P.C.**

Sarah J. Starrett
ATTORNEY

1717 Massachusetts Avenue, N.W., Suite 704
Washington, D.C. 20036 · www.BAKGG.COM
ph. 202.328.7222 · fax. 202.328.7030

| DEPARTMENT OF TRANSPORTATION | COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT (Privacy Act Statement attached) | (FOR AGENCY USE) |
|---|---|---|

BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, REPRISAL OR SEXUAL ORIENTATION
(Please Type or Print)

| 1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME  Timothy C. O'Hara, Class Agent, on behalf of himself and all those similarly situated | 2. WHAT IS YOUR TELEPHONE NO.? |
|---|---|
| YOUR STREET ADDRESS (or RD Number of Post Office Box Number)  2712 Hunters Gate Terrace | HOME PHONE  301-572-9569 |

| YOUR CITY | STATE | ZIP CODE | WORK PHONE |
|---|---|---|---|
| Silver Spring, | MD | 20904 | 202-385-7146 |

| 3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? (Prepare a separate complaint form for each office which you believe discriminated against you)  Federal Aviation Administration | 4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?   X  YES (Answer A, B, and C)   ___ NO (Continue with 5) |
|---|---|
| a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU  Federal Aviation Administration | a. NAME OF AGENCY WHERE YOU WORK  Federal Aviation Administration |
| b. STREET ADDRESS OF OFFICE  800 Independence Ave., S.W. | b. STREET ADDRESS OF OFFICE WHERE YOU WORK  800 Independence Ave., S.W. |

| c. CITY | STATE | ZIP CODE | c. CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Washington | D.C. | 20591 | Washington | D.C. | 20591 |

| | WHAT IS THE TITLE, SERIES AND GRADE OF YOUR JOB?  Management Analyst, FAA Payband J |
|---|---|

| 5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE  MONTH    DAY    YEAR  1 / 14/ 2005 and continuing | 6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST  ___ RACE, IF SO, STATE YOUR RACE _____  ___ COLOR, IF SO STATE YOUR COLOR _____  ___ RELIGION, IF SO, STATE YOUR RELIGION _____  ___ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN _____  ___ SEX, IF SO, STATE YOUR SEX _____  _X_ AGE, IF SO, STATE YOUR AGE & DATE OF BIRTH 53; ███1951  ___ DISABILITY, IF SO, STATE YOUR DISABILITY _____  ___ REPRISAL, IF SO, STATE EARLIER PROTECTED ACTIVITY (PROVIDE DATES)  ___ SEXUAL ORIENTATION _____ |
|---|---|

7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, SEXUAL ORIENTATION OR REPRISAL. *(For each allegation, please state to the best of your knowledge, information and belief, what incident occurred and <u>when</u> the incident occurred. Continue on reverse of form or add additional sheets.)*

I am filing this Complaint on behalf of myself and all current and/or former employees of the FAA Nationwide in the C-K Pay bands who have been denied raises (also known as "Organizational Success Increases" and/or "Superior Contribution" Increases) at any time since January 14, 2005, and continuing thereafter, and/or whose retirement annuity has or will be been adversely affected by such refusals. This class is estimated to consist of approximately 1000 current employees and an unknown number of retired employees.

Description of Discrimination:

On or about January 14, 2005, the FAA Administrator denied me, and all those similarly situated to myself, any "Organizational Success Increase" ("OSI") and/or any "Superior Contribution Increase" (SCI"). See Attachment 1. These raises are equivalent to the annual raises, step increases, annual Cost of Living Adjustments, locality pay increases and Within Grade Increases which are awarded to employees paid under the General Schedule. Instead, FAA has adopted a "core compensation pay policy" which replaces these annual raises with variable annual raises which are supposed to be linked to agency performance and to individual performance, rather than to longevity or steps.

I have been given excellent performance reviews in recent years, and expected to receive an annual increase. Because of my age and experience with the agency, I have reached the top of my pay band.

On or about January 14, 2005, the Administrator refused to adjust my pay band, which in turn deprived me and all those similarly situated to me of any annual raise. However, other similarly situated employees have received increases to their base compensation in excess of the pay band maximum which has been arbitrarily imposed on me and on similarly situated class members.

There are currently approximately 38,000 FAA employees under the Core Compensation System involving pay bands, and approximately 20,678 (54%) of those were granted annual raises, in either January 2004 and/or January 2005, based on the Administrator's exercise of her discretion. This is a continuing pattern and practice of pay discrimination and a violation of equal pay and merit principles. The agency has designed a pay policy and made decisions which both intentionally discriminate against older employees and have a disparate impact upon us.

I have calculated the likely financial loss to me personally as a result of these decisions, assuming a normal retirement date of 58 and my remaining life expectancy, as between $242,502- $650,408. These losses are compounded annually and have adversely impacted my ability to maintain my existing standard of living. I believe that the financial losses for each class member are comparable to mine.

2
Formal
11/03

| 7. | CTD |
|---|---|

In addition, I and all other similarly situated employees have suffered a loss of morale, emotional harm, pain and suffering, and other intangible harm as a result of these adverse pay decisions. We have worked hard for many years and given excellent service ot the agency asn to the federal government. It is insulting and humiliating to be told that we do not deserve a raise and that our future retirement security may be at risk, through no fault of our own.

Although these decisions are supposed to be fair to <u>all</u> FAA employees, they are not. The Administrator's decision has a discriminatory impact on me and on many other FAA employees over the age of 40. As of January 2004, there were 829 FAA employees who were denied any increase in their base pay at that time, according to agency records. See Attachment 2. Of this total, 785 (94.6%) were over the age of 40. We believe that the numbers in January 2005 were even greater, and have requested the exact totals from the agency. I believe that these denials therefore have a disparate and discriminatory effect on older employees.

| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR<br>___ YES ___ NO | a. NAME OF COUNSELOR |
|---|---|
| 9. WHAT CORRECTIVE ACTION ARE YOU SEEKING? | |
| 10. DATE OF THIS COMPLAINT (Month, Day, Year) | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE |

| | |
|---|---|
| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR<br>__x__ YES ____ NO | a. NAME OF COUNSELOR |

9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?

I seek the end of discriminatory treatment for myself and my co-workers based on our age. On behalf of myself and all similarly situated persons, I seek make-whole relief, that is the annual raise(s) that we were denied, along with all other appropriate remedies allowed by law, including but not limited to back pay with interest, and increased benefits, including retroactive adjustments to their retirement annuity calculations, i.e. increases in their "high three" for retirement credit, to the fullest extent allowed by law. We seek retroactive back pay for up to three years prior to the filing of this complaint, as well as actual and compensatory damages, liquidated damages, injunctive relief and attorneys fees.

| 10. DATE OF THIS COMPLAINT *(Month, Day, Year)*<br><br>3/23/05 | SIGN YOUR (COMPLAINANT'S) NAME HERE<br><br>*Timothy C. O'Hara*<br>Timothy C. O'Hara, on behalf of himself and all others similarly situated, by counsel,<br><br>*Sarah J. Starrett*<br>Sarah J. Starrett<br>Barbara Kraft<br>Beins, Axelrod, Kraft, Gleason & Gibson, P.C.<br>1717 Massachusetts Ave., NW Suite 704<br>Washington, DC 20036<br>(202) 328-7222<br>Fax (202) 328-7030<br>sstarrett@bakgg.com |
|---|---|



**U.S. Department
of Transportation
Federal Aviation
Administration**

# Memorandum

Subject: **INFORMATION:** Designation of Representative

Date: 2/25/2005

From: Aggrieved *Timothy C. O'Hern*

Reply to Attn. Of:

To: Office of Civil Rights

The person or firm listed below has been designated as my representative regarding my EEO complaint of discrimination:

NAME: SARAH STARRETT

ADDRESS: BEINS, AXELROD, KRAFT, GLEASON + GIBSON
1717 MASSACHUSETTS AVE., N.W. #704
WASHINGTON, D.C. 20036

TELEPHONE NUMBER: (202) 328-7222

FAX NUMBER: (202) 328-7030

CR-5
Revised 07/00

(ATTACHMENT TO "COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT" FORM)

## PRIVACY ACT STATEMENT (6 USC 552a)

Authority: Public Law 92-261

Principle Purpose: Formal filing of allegation of discrimination because of race, color, religion, sex, disability, age, national origin, or reprisal.

Routine Uses: This form and the information on this form may be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to requests for information under the Freedom of Information Act, (b) to respond to requests from legitimate outside individuals or agencies (e.g. Members of Congress), the White House, and the Equal Employment Opportunity Commission (EEOC) regarding the status of the complaint or appeal, and (c) to adjudicate complaint or appeal.

Disclosure: Voluntary, however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

saved as F:\shared\DATA\CLASS ACTIONS\FAA Class action\Coghlan EEOC Complaint sjs.doc

3/23/2005 2:16 PM

| DEPARTMENT OF TRANSPORTATION | COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT *(Privacy Act Statement attached)* | (FOR AGENCY USE) |
|---|---|---|

BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, REPRISAL OR SEXUAL ORIENTATION
*(Please Type or Print)*

| 1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME Malachy T. Coghlan, Class Agent, on behalf of himself and all those similarly situated | 2. WHAT IS YOUR TELEPHONE NO.? *(Include Area Code)* |
|---|---|
| YOUR STREET ADDRESS *(or RD Number of Post Office Box Number)* 28600 Evening Breeze Dr | HOME PHONE 714 692 6681 |
| YOUR CITY   STATE   ZIP CODE Yorba Linda,   CA   92887 | WORK PHONE 310 725 3404 |

| 3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? *(Prepare a separate complaint form for each office which you believe discriminated against you)* Federal Aviation Administration | 4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT? __X__ YES (Answer A, B, and C) _____ NO (Continue with 5) |
|---|---|
| a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU Federal Aviation Administration | a. NAME OF AGENCY WHERE YOU WORK Federal Aviation Administration |
| b. STREET ADDRESS OF OFFICE 800 Independence Ave., S.W. | 1. STREET ADDRESS OF OFFICE WHERE YOU WORK 15000 Aviation blvd. |
| c. CITY   STATE   ZIP CODE Washington   D.C.   20591 | c. CITY   STATE   ZIP CODE Hawthorne,   CA   90250 |
|  | WHAT IS THE TITLE, SERIES AND GRADE OF YOUR JOB? Coordinator Executive Staff, Payband J |

| 5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE  MONTH  DAY  YEAR  1 / 14 / 2005 and continuing | 6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST ____ RACE, IF SO, STATE YOUR RACE _____ ____ COLOR, IF SO STATE YOUR COLOR _____ ____ RELIGION, IF SO, STATE YOUR RELIGION _____ ____ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN _____ ____ SEX, IF SO, STATE YOUR SEX _____ __X__ AGE, IF SO, STATE YOUR AGE & DATE OF BIRTH: 54; ▮▮/▮▮/50 ____ DISABILITY, IF SO, STATE YOUR DISABILITY _____ ____ REPRISAL, IF SO, STATE EARLIER PROTECTED ACTIVITY (PROVIDE DATES) _____ ____ SEXUAL ORIENTATION _____ |
|---|---|

1
Formal

**7. EXPLAIN HOW YOU BELIEVE YOU WERE DISCRIMINATED AGAINST (TREATED DIFFERENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, DISABILITY, SEXUAL ORIENTATION OR REPRISAL.** *(For each allegation, please state to the best of your knowledge, information and belief, what incident occurred and <u>when</u> the incident occurred. Continue on reverse of form or add additional sheets.)*

I am filing this Complaint on behalf of myself and all current and/or former employees of the FAA Nationwide in the C-K Pay bands who have been denied raises (also known as "Organizational Success Increases" and/or "Superior Contribution" Increases) at any time since January 14, 2005, and continuing thereafter, and/or whose retirement annuity has or will be been adversely affected by such refusals. This class is estimated to consist of approximately 1000 current employees and an unknown number of retired employees.

Description of Discrimination:

On or about January 14, 2005, the FAA Administrator denied me, and all those similarly situated to myself, any "Organizational Success Increase" ("OSI") and/or any "Superior Contribution Increase" (SCI"). See Attachment 1. These raises are equivalent to the annual raises, step increases, annual Cost of Living Adjustments, locality pay increases and Within Grade Increases which are awarded to employees paid under the General Schedule. Instead, FAA has adopted a "core compensation pay policy" which replaces these annual raises with variable annual raises which are supposed to be linked to agency performance and to individual performance, rather than to longevity or steps.

I have been given excellent performance reviews in recent years, and expected to receive an annual increase. Because of my age and experience with the agency, I have reached the top of my pay band.

On or about January 14, 2005, the Administrator refused to adjust my pay band, which in turn deprived me and all those similarly situated to me of any annual raise. However, other similarly situated employees have received increases to their base compensation in excess of the pay band maximum which has been arbitrarily imposed on me and on similarly situated class members.

There are currently approximately 38,000 FAA employees under the Core Compensation System involving pay bands, and approximately 20,678 (54%) of those were granted annual raises, in either January 2004 and/or January 2005, based on the Administrator's exercise of her discretion. This is a continuing pattern and practice of pay discrimination and a violation of equal pay and merit principles. The agency has designed a pay policy and made decisions which both intentionally discriminate against older employees and have a disparate impact upon us.

I have calculated the likely financial loss to me personally as a result of these decisions, assuming a normal retirement date of 60 and my remaining life expectancy, as up to $616,633. My losses are compounded annually and have adversely impacted my ability to maintain my existing standard of living. I believe that the financial losses for each class member are comparable to mine.

Formal

7. CTD

This impact has really hit home this year. My paycheck actually went down because my healthcare costs went up, my flexible spending account was established and my over-50 TSP catch-up contribution increased. The lump sum payment I received was so insignificant that it has already vanished into my beginning-of-year expenses. Pay banding limits cause an additional hardship because I live in Los Angeles, an extremely high cost area.

In addition, I and all other similarly situated employees have suffered a loss of morale, emotional harm, pain and suffering, and other intangible harm as a result of these adverse pay decisions. We have worked hard for many years and given excellent service to the agency and to the federal government. It is insulting and humiliating to be told that we do not deserve a raise and that our future retirement security may be at risk, through no fault of our own.

What "sticks in my craw" so to speak, is that I see a lot of my co-workers doing the same or in some cases less work than me, and being paid a lot more than me because of the disparity in the pay system. I have dedicated 24 years of my life to the FAA and now they are telling me through this new pay system that they really don't appreciate me anymore. It is demoralizing.

I am in the Army Reserve and serve my country loyally and with pride. I give a 100% effort in everything I do for the FAA yet the FAA is treating me like a second class citizen. It is getting so that the worst day in the Army Reserve is better than my best day at the FAA. It is frustrating. The FAA does not listen or care about me anymore. Our Agency discounts my contribution when it disrespects me on pay issues. It is actually hard to think about coming to work anymore, whereas, in the past I loved my job with the FAA. I am just asking for fair and equal treatment. I think the Administrator is single handedly running our Agency into the ground for her own selfish interests.

Although these decisions are supposed to be fair to **all** FAA employees, they are not. The Administrator's decision has a discriminatory impact on me and on many other FAA employees over the age of 40. As of January 2004, there were 829 FAA employees who were denied any increase in their base pay at that time, according to agency records. See Attachment 2. Of this total, 785 (94.6%) were over the age of 40. We believe that the numbers in January 2005 were even greater, and have requested the exact totals from the agency. I believe that these denials therefore have a disparate and discriminatory effect on older employees.

Formal

| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR<br>__X__ YES (through Tim O'Hara, class agent) ____ NO | a. NAME OF COUNSELOR<br><br>Phyllis Seaward |
|---|---|

9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?

I seek the end of discriminatory treatment for myself and my co-workers based on our age. On behalf of myself and all similarly situated persons, I seek make-whole relief, that is the annual raise(s) that we were denied, along with all other appropriate remedies allowed by law, including but not limited to back pay with interest, and increased benefits, including retroactive adjustments to their retirement annuity calculations, i.e. increases in their "high three" for retirement credit, to the fullest extent allowed by law. We seek retroactive back pay for up to three years prior to the filing of this complaint, as well as actual and compensatory damages, liquidated damages, injunctive relief and attorneys fees.

5
Formal

| 10. DATE OF THIS COMPLAINT *(Month, Day, Year)* | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE |
|---|---|
| 3/23/05 | *[signature: Sarah J. Starrett]* <br> Malachy Coghlan & Timothy C. O'Hara, on behalf of themselves and all others similarly situated, by counsel, <br><br> Sarah J. Starrett <br> Barbara Kraft <br> Beins, Axelrod, Kraft, Gleason & Gibson, P.C. <br> 1717 Massachusetts Ave., NW Suite 704 <br> Washington, DC 20036 <br> (202) 328-7222 <br> Fax (202) 328-7030 <br> sstarrett@bakgg.com |

6
Formal

| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR<br>___ YES ___ NO | a. NAME OF COUNSELOR |
|---|---|

9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?

I seek the end of the discriminatory pay practices.

| 10. DATE OF THIS COMPLAINT (Month, Day, Year) | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE<br>*[signature]* |
|---|---|

3
Formal
11/03

Received Fax : Case 1:05-cv-01476-PLF Mar 22 2005 Document 10-6 Fax Station : Filed 01/23/2006 BEINS#AXELROD#KRAFT#G #GIBSON Page 16 of 17 p. 5

Mar 22 05 08:05p FAA 3107256863 p.5

# DEPARTMENT OF TRANSPORTATION
## FEDERAL AVIATION ADMINISTRATION
### DESIGNATION OF REPRESENTATIVE

The person(s) or firm listed below has been designated as my representative regarding my EEO complaint of discrimination:

Sarah J. Starrett
Barbara Kraft
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Ave., NW Suite 704
Washington, DC 20036
(202) 328-7222
Fax (202) 328-7030

_____     _____, 2005
(Complainant's Signature)                    (Date)

_____     3/23/05, 2005
(Representative's Signature)                 (Date)

F:\shared\DATA\CLASS ACTIONS\FAA Class action\Des Rep Form.wpd

(ATTACHMENT TO "COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT" FORM)

## PRIVACY ACT STATEMENT (6 USC 552a)

Authority: Public Law 92-261

Principle Purpose: Formal filing of allegation of discrimination because of race, color, religion, sex, disability, age, national origin, or reprisal.

Routine Uses: This form and the information on this form may be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts and may also be used to respond to requests for information under the Freedom of Information Act, (b) to respond to requests from legitimate outside individuals or agencies (e.g. Members of Congress), the White House, and the Equal Employment Opportunity Commission (EEOC) regarding the status of the complaint or appeal, and (c) to adjudicate complaint or appeal.

Disclosure: Voluntary, however, failure to complete all appropriate portions of this form may lead to rejection of complaint on the basis of inadequate data on which to determine if complaint is acceptable.

saved as F:\shared\DATA\CLASS ACTIONS\FAA Class action\Coghlan EEOC Complaint sjs.doc
3/23/2005 2:47 PM