

"Mark Lash"
<marklash@cox.net>

06/27/2004 04:16 PM

To: "Mark Lash" <marklash@cox.net>
cc:
Subject: Pay Band Limits

My name is Mark Lash and I am the division manager for the FAA's Civil Aviation Registry in Oklahoma City. I am emailing this message to the over 800 people in the FAA who are in the same situation as I find myself this year. We have all reached the top of our pay band and no longer receive our OSI or SCI as a permanent adjustment to our salaries.

If you are wondering how I got your name, I submitted a Freedom of Information Act (FOIA) request to the agency and received a list of people who have reached the top of their pay band. I've tried my best to construct from that list the FAA email address for each of you and apologize if I've sent this message to anyone in error.

Please let me know if I've sent this to you in error so I can remove you from the mailing list. Also, if you prefer that I send future messages on this subject to a different email address please provide me with that email address.

I wanted to let each of you know of the steps I am taking to try and fix what I find to be a serious inequity in the agency's core compensation system. The bottom line is that each of us contributes to the success of the agency and should all receive our "pay for performance" (OSI/SCI) in the same way.

