

**Mark Lash**
<marklash@cox.net>
01/11/2005 09:00 PM

To "Mark Lash" <marklash@cox.net>
cc
Subject Pay Band Update #17

When I came back to the office after the New Years weekend I had a letter inviting me to meet on our issue with the Deputy Administrator (Bobby Sturgell) and Ventris Gibson who is the head of Personnel.

I went up to DC and spent two hours with them last Friday. I came away with the clear understanding that they plan to hold firm to the current policies and practices in place that are associated with our issue. I am not going to go into all the details or rationale that they provided to me, as I suggested to them that they do that with the workforce themselves.

The bottom line is that they are unwavering about the need for a pay cap in the system and also



feel strongly in having our pay band limits tied to market surveys. They understand there are disparities between how employees are treated and feel that when you have an organization with bargaining units that these types of disparities happen. Their solution to leveling the playing field is to make changes in the bargaining unit contracts when they are up for renegotiation this year.

We had a frank and open discussion and the bottom line is that while I better understand their position, we just don't agree on how this situation should be addressed. I expect that the Administrator will come forward in a week or so with her decision on how to process the pay raise this year. I expect that the pay bands will not be adjusted and that there will not be any relief for us from the pay cap policy.

This is disappointing news and I had been hopeful up until Friday's meeting that there could be a different outcome.

Friday's meeting caused me to reflect this weekend about the time and effort that I am putting into this activity. I am certain now that the Agency will stay with their decision and that the only way it could be challenged is through a lawsuit tied to a civil rights complaint. I had resisted getting an attorney and going forward with that until all other possibilities had been exhausted.

After a lot of thought, I have decided that I do not want to put in the time and effort necessary to go that route to continue to fight this issue. Even if it was guaranteed that we would prevail in the end, and as I have said before there is no guarantee of that, I have considered the time and emotion it will take from me and my family until it is resolved and decided that I would rather spend that time and emotion doing other things.

Tim O'Hara is a member of our group who has worked closely with me over all these months and has put a lot of time and energy into this project. I spoke with him today about my decision and I asked him if he would be willing to take the lead on this project. He said that he would and I believe that he will do a great job. He is leaving for vacation this week and will be back in about two weeks. He'll be getting in touch with all of you when he gets back to talk about the next steps he has in mind.

I've gotten to know a number of you through emails, and I hope I haven't let you down, but in the end we all have to do what is best for ourselves and our families and this is what is best for me.

I wish the best of luck to each of you.