```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,                    )
                                    )
           Plaintiff,               )
                                    )
     v.                             ) Civil Action No. 05-1476 PLF
                                    )
NORMAN Y. MINETA,                   )
U.S. Department of Transportation,  )
                                    )
           Defendant.               )
_____)
```

## ORDER

UPON CONSIDERATION of Defendant's Renewed Motion To Dismiss Or, In The Alternative, For Summary Judgment, and the grounds stated therefor; and based upon the entire record herein, it is on this _____ day of _____, 200__, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that judgment be and is hereby entered in favor of defendant and the action is dismissed.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

BARBARA KRAFT, ESQ.
KRAFT EISENMANN ALDEN, PLLC
1001 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC  20004