UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,

    Plaintiffs,

v.                                                                               C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO
RENEWD MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT

      Plaintiffs Malachy Coghlan and Timothy O'Hara, through counsel, request an extension of time, to March 27, 2006, to respond to the pending motion to dismiss or, in the alternative, for summary judgment, filed by defendant Norman Y. Mineta, Secretary, U. S. Department of Transportation, in this matter. Plaintiffs' response is presently due February 27, 2006.

      Plaintiffs' counsel requests this extension on account of unanticipated obligations in other litigation during the month of February and in early March 2006, combined with counsel's having been ill in early February. As a result, counsel will be unable to file plaintiffs' response by February 27, 2006.

      Counsel for the defendant advises that he does not oppose this motion for extension of time.

      For the foregoing reasons, plaintiffs request that the Court extend the time for them to file their response to defendant's motion to March 27, 2006.

STATEMENT OF POINTS AND AUTHORITIES

      1. Local Civil Rule 7(m).

1

2. The record herein.

Respectfully submitted,

_____
Barbara Kraft  D. C. Bar No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW
Suite 600
Washington, DC  20001
(202) 783-1391
bkraft@kea-law.com
Attorney for Plaintiffs

2