UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al,

    Plaintiffs,

v.                                                                                      C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

ORDER

Upon consideration of the plaintiffs' consent motion for extension of time, to March 27, 2006, to respond to the pending motion to dismiss or, in the alternative, for summary judgment, filed by defendant Norman Y. Mineta, Secretary of Transportation, it is this \_\_\_ day of _____, 2006 hereby ORDERED:   That the motion is granted.

_____
UNITED STATES DISTRICT JUDGE