UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,

    Plaintiffs,

v.                                        C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

PLAINTIFFS' CONSENT MOTION TO EXTEND TIME TO RESPOND TO
RENEWED MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT

    Plaintiffs Malachy Coghlan and Timothy O'Hara, through counsel, request an extension of time, to April 10, 2006, to respond to the pending motion to dismiss or, in the alternative, for summary judgment, filed by defendant Norman Y. Mineta, Secretary, U. S. Department of Transportation, in this matter. Plaintiffs' response is presently due March 27, 2006.

    The reason for this request is the recurrent illness of plaintiffs' counsel over the past several weeks and the consequent reorganization and rescheduling of obligations in other matters.

    Counsel for the defendant has stated he does not oppose the relief requested in this motion for extension of time.

    For the foregoing reason, plaintiffs request that the Court extend the time for them to file their response to defendant's motion to April 10, 2006.

STATEMENT OF POINTS AND AUTHORITIES

    1. Local Civil Rule 7(m).

    2. The record herein.

2

Respectfully submitted,

_____
Barbara Kraft  D. C. Bar No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW
Suite 600
Washington, DC  20001
(202) 783-1391
bkraft@kea-law.com
Attorney for Plaintiffs

March 21, 2006