UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al,

    Plaintiffs,

v.                                                                         C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

ORDER

Upon consideration of the plaintiffs' consent motion for extension of time, to **April 10, 2006**, to respond to the pending motion to dismiss or, in the alternative, for summary judgment, filed by defendant Norman Y. Mineta, Secretary of Transportation, it is this \_\_\_ day of _____, 2006 hereby ORDERED:   That the motion is granted.

_____
UNITED STATES DISTRICT JUDGE