UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALACHY COGHLAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1476 (PLF) |
| NORMAN Y. MINETA,<br>Secretary, U.S. Department of Transportation | ) ) ) | |
| Defendant. | ) ) ) | |

<u>ORDER</u>

The Court has before it defendant's motion to dismiss the complaint. This motion was filed on November 10, 2005. On December 16, 2005, the Court granted plaintiff's motion for leave to file an amended complaint. The defendant filed a motion to dismiss the amended complaint on January 23, 2006. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss the [original] complaint [4] is DENIED as moot without prejudice.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 4, 2006