UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,
TIMOTHY O'HARA, et al.,

      Plaintiffs,

v.                                                                                      C. A. No. 05-

1376 (PLF)

NORMAN Y. MINETA, SECRETARY,
U. S. DEPARTMENT OF TRANSPORTATION,

      Defendant.

_____/

## DECLARATION OF TIMOTHY O'HARA

I, TIMOTHY O'HARA, declare as follows:

1. I am an employee of the Federal Aviation Administration (FAA), and have worked for the FAA for 23 years.

2. I have worked under and studied the General Schedule (GS) pay system applicable to federal employees working for executive branch agencies, and compared compensation under the GS system to compensation under the FAA's Core Compensation Pay System. I presently work under the Core Compensation System. My compensation places me in pay band J. To the best of my knowledge, with the exception of pay bands J and K under the FAA's Core Compensation Pay System, the maximum compensation includable in base pay is higher for comparable employees under the GS system than under the Core Compensation System.

3. To the best of my knowledge, FAA employees under the Core Compensation Pay System who were at the top of their pay bands received no increases to their base pay

1

during 2003, 2004 and 2005. This group includes myself and Malachy Coghlan, also a plaintiff in this case.

4. To the best of my knowledge, the FAA employees under Core Compensation whom the FAA has not converted from the GS pay system, or who were converted to Core Compensation and have received annual increases that were included in their base pay, are as a group younger than employees such as myself who were converted and who receive annual increases as lump sum payments not includable in our base pay.

5. To the best of my knowledge, annual pay increases are entirely within the discretion of the FAA Administrator, regardless of an employee's performance.

6. As a result of the practice of discretionary annual increases that are not included in base pay, older employees who at the top of their pay bands are working without accruing retirement and other benefits at a rate that reflects a higher base pay. In contrast, employees not at the top of their bands, whom I believe are, as a group, younger, receive annual increases in their base pay, and are accruing benefits at a higher rate. Also, employees not yet converted to Core Compensation, also as a group younger, receive annual increases in their base pay, and are accruing benefits at a higher rate. In addition, the FAA has, to the best of my knowledge, granted "exemptions" to certain groups of employees who are converted to Core Compensation, who are at the top of their bands, and whose annual increases are nevertheless included in their base pay. As a result, these groups of employees are accruing benefits at a higher rate than I and similarly situated older employees are accruing them.

7. The FAA's response to a FOIA request I made last year shows that more than 90% of employees negatively affected by the practice of not including increases in base

pay for employees at the top of their pay bands are over 40. Most are substantially over 40, to the best of my knowledge. See exhibit to this declaration, "Band and Age Distribution of Employees in Core Compensation Plan."

8. I have spoken with hundreds of FAA employees about the Core Compensation Pay System. Neither I nor anyone else, to my knowledge, understood when the System was first announced and implemented that it would have such a damaging impact on older employees.

The foregoing facts are true to the best of my personal knowledge and belief.

_Timothy C. O'Hara_
TIMOTHY O'HARA
2712 Hunters Gate Terrace
Silver Spring, MD 20904

Dated: ___4/10/2006___

3

## Band and Age Distribution of Employees in Core Compensation Plan

| Pay Band | All Core Employees | | | Core Employees Currently at Band Maximum | | |
|---|---|---|---|---|---|---|
| | Total | At or above age 40 | Below age 40 | Total | At or above age 40 | Below age 40 |
| A | 0 | 0 | 0 | 0 | 0 | 0 |
| B | 10 | 0 | 10 | 0 | 0 | 0 |
| C | 72 | 15 | 57 | 0 | 0 | 0 |
| D | 475 | 328 | 147 | 124 | 114 | 10 |
| E | 788 | 564 | 224 | 149 | 135 | 14 |
| F | 610 | 405 | 205 | 90 | 81 | 9 |
| G | 1,206 | 940 | 266 | 100 | 92 | 8 |
| H | 6,981 | 5,808 | 1,173 | 700 | 668 | 32 |
| I | 3,775 | 3,121 | 654 | 261 | 259 | 2 |
| J | 3,242 | 2,924 | 318 | 359 | 357 | 2 |
| K | 1,639 | 1,565 | 74 | 253 | 253 | 0 |
| L | 193 | 192 | 1 | 12 | 12 | 0 |
| M | 34 | 34 | 0 | 9 | 9 | 0 |
| Total | 19,025 | 15,896 | 3,129 | 2,057 | 1,980 | 77 |

Data as of March 1, 2005, from Consolidated Personnel Management Information System (CPMIS)
Prepared by Policy Management Division (AHP-300), Office of Human Resource Management