UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY O'HARA, MALACHY COGHLAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORMAN Y. MINETA, SECRETARY, U. S. DEPT. OF TRANSPORTATION, <br><br> Defendant. | C. A. No. 05-1476 (PLF) |

# DECLARATION OF LOUIS R. LANIER, PH. D.
# CONCERNING DATA REQUIREMENTS FOR UNDERSTANDING
# THE CORE COMPENSATION SYSTEM

1. My name is Louis R. Lanier, and I am a Managing Economist at Nathan Associates Inc., an economic consulting firm in Arlington, Virginia. My work at Nathan Associates involves litigation consulting and policy analysis. I have worked on several class action cases involving claims of employment discrimination, and my policy analysis work is primarily in the area of labor economics. My resume is attached to this declaration as Appendix A.

2. Plaintiffs' counsel has asked me to provide an opinion concerning the nature of the data required to perform statistical and other empirical analyses of the issues related to this litigation. In order to do so, I have examined the Amended Class Action Complaint to determine what questions of fact could be addressed in the framework of an empirical analysis. For the purposes of this declaration, my focus is not on the assessment of any potential economic damages incurred by the plaintiffs as a result of the alleged

conduct of the defendant, but, instead, my focus is on issues regarding liability for age discrimination and class certification.

3.  Along these lines, there are several important questions that, in my opinion, need to be addressed, and could best be addressed, in the context of an empirical analysis. In the interest of brevity, I have distilled the various areas of inquiry into one over-arching question:

- Does the design of the Core Compensation System, whether intended or not, ultimately result in discrimination against older FAA employees?

4.  The primary implication of this question is that, in my view, in order to assess the merits of the proposed class' allegations, not only does the administration of the Core Compensation System need to be understood, but, more importantly, data concerning the functioning and operation of the Core Compensation System must be obtained, analyzed, and understood. It is not enough to simply know the rules governing the system, and it is not enough to have specific data pertaining only to the named plaintiffs. By definition, the only way to determine if age discrimination is occurring is by a comparison of proposed class members to other similarly-situated individuals within the FAA, both under and over the age of 40.

5.  The likelihood that an employee over the age of 40 will be adversely affected by a pay practice, as alleged, relative to that of an employee under the age of 40, can be reliably assessed using statistical methods, or other types of empirical analyses, if the appropriate data exist and are made available. Therefore, it is my opinion that detailed personnel and payroll data covering the time period since the implementation of the Core

Compensation System (or as much of that time period as possible) are needed in order to assess the ultimate effects of the system on FAA employees.

6.      Such personnel data would need to include employee age or birth date, job position, pay band, dates of moves within and across jobs and pay bands, and exempt or grandfathered status. Payroll data showing earnings and, in particular, the history of pay increases, such as the OSI and SCI awards, are needed to determine the frequency of such increases and their likelihood for employees of different age groups, pay bands, etc. It should also be noted that payroll data are often a much more reliable source of information concerning the timing of personnel moves, because pay changes associated with those moves can easily be tracked in the payroll data. Furthermore, as an economist, I am most concerned with the actual date of a change in economic costs and benefits, and payroll data are usually the most accurate in that regard.

7.      Other types of personnel information, including, but not limited to, date of hire by the FAA, total tenure with the Federal Government, college degree status, any relevant licenses or certifications, and/or performance assessments may be useful for isolating the effect of age from other employee characteristics that influence pay.

8.      A fundamental concept in economics is that the letter of the rules defining the implementation of a policy and the actual effects of that policy are two different issues that must be addressed separately. Ideally, analysis of a number of variables, including those mentioned above, is needed if one is to gain a thorough understanding of the impact of certain elements of the Core Compensation System on FAA employees. In my opinion, the variables discussed above represent the minimum needed to properly address the issues relevant to this litigation.

_____    __04/10/06_____
Louis R. Lanier             Date