UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,

    Plaintiffs,

v.                                                             C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

ORDER

Upon consideration of the Defendant's motion to dismiss or, in the alternative, for summary judgment, and of plaintiffs' opposition thereto, it is this __ day of _____, 2006 hereby ORDERED:   That defendant's motion is granted.   The parties are directed jointly to submit a proposed scheduling order to the Court by May 15, 2006, to include plaintiffs' motion for class certification, discovery and other pretrial events.

_____
UNITED STATES DISTRICT JUDGE