```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,          )
                                  )
            Plaintiffs            )
                                  )
    v.                            )  Civil Action No. 05-1476 PLF
                                  )
NORMAN Y. MINETA,                 )
U.S. Department of Transportation,)
                                  )
            Defendant.            )
_____)
```

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, for an extension of time in which to file a reply to plaintiff's opposition to defendant's dispositive motion in this action until May 18, 2006. Counsel for plaintiff, Barbara Kraft, Esq., has indicated that Plaintiff does not oppose this motion.

Counsel for defendant is in the process of completing the needed reply to the lengthy opposition which was filed only last week, but has not yet had sufficient time to complete the filing. Part of the reason for the delay is that an exhibit that Plaintiff's counsel has indicated she wishes to include with the opposition has not yet been filed or served; but counsel also learned that the agency attorney assisting in the defense of this action was delayed in receiving plaintiff's opposition due to an administrative error. In addition, counsel has been called upon in the past week to complete a dispositive motion in an unrelated

class action, to participate in three settlement meetings that took longer than anticipated, and to address several emergency matters, one for a colleagues who was ill.  These and other responsibilities have not allowed completion of the needed reply by this date.

    For these reasons, counsel seeks additional time to file a reply.  A proposed order consistent with the foregoing is attached hereto.

                               Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been through the Court's electronic transmission facilities on this 20th day of April, 2006.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230