```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,        )
                                )
          Plaintiffs            )
                                )
     v.                         )  Civil Action No. 05-1476 PLF
                                )
NORMAN Y. MINETA,               )
U.S. Department of Transportation,)
                                )
          Defendant.            )
                                )
```

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, for an extension of time in which to file a reply to plaintiff's opposition to defendant's dispositive motion in this action until June 19, 2006. Counsel for plaintiff, Barbara Kraft, Esq., has indicated to agency counsel that Plaintiff does not oppose this motion.

Counsel for defendant is in the process of completing the needed reply to the lengthy opposition filed in this action, but has not yet had sufficient time to complete the filing. Part of the reason for the delay is that counsel learned that the agency attorney assisting in the defense of this action has been delayed in working on a draft reply in the case. Moreover, undersigned counsel is preparing for a jury trial due to begin in early June, and these and other responsibilities have not allowed completion of the needed reply by this week.

For these reasons, counsel seeks additional time to file a reply. A proposed order consistent with the foregoing is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been through the Court's electronic transmission facilities on this 17th day of May, 2006.

_____
W. MARK NEBEKER
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, DC  20530
(202) 514-7230