UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,          )
                                  )
                Plaintiffs        )
                                  )
     v.                           )  Civil Action No. 05-1476 PLF
                                  )
NORMAN Y. MINETA,                 )
U.S. Department of Transportation,)
                                  )
                Defendant.        )
_____ )

ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For

Enlargement Of Time, And Memorandum In Support Thereof, the

grounds stated therefor and the entire record in this matter, it

is by the Court this _____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and

it is

FURTHER ORDERED that the time by which defendant may file a

reply in this action be and is hereby enlarged up to and

including June 19, 2006.


                              _____
                              UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

BARBARA KRAFT, ESQ.
KRAFT EISENMANN ALDEN, PLLC
1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004