UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN, et al.,

    Plaintiffs,

v.   C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

**NOTICE OF FILING CORRECTED EXHIBIT AND PROPOSED ORDER**

Plaintiffs request that the Clerk of the Court accept for filing the attached *Corrected Proposed Order* and *Corrected Exhibit B* to Plaintiffs' opposition to Defendant's pending motion to dismiss or, in the alternative, for summary judgment. There was a typographic error in Plaintiffs' original proposed order. In addition, Plaintiffs inadvertently omitted to include in Exhibit B to Plaintiffs' opposition the resume of Louis Lanier, Ph.D., whose declaration is Exhibit B. The attached *Corrected Exhibit B* includes his resume.

Respectfully submitted,

_____
Barbara Kraft   D. C. Bar 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW  Suite 600
Washington, DC  20004
(202) 783-1391
Fax (202) 78301392

Counsel for Plaintiffs

June 19, 2006