UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,
TIMOTHY O'HARA, et al.,

    Plaintiffs,

v.                                                                      C. A. No. 05-1476 (PLF)

NORMAN Y. MINETA, Secretary,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Malachy Coghlan and Timothy O'Hara wish to bring to the Court's attention the attached recent decision of Judge Richard W. Roberts in *Breen, et al. v. Peters*, C. A. No. 05-654 (RWR) (D.D.C., January 8, 2007). Plaintiffs believe the decision is relevant to issues presented in the motion of the Federal Aviation Administration to dismiss or, in the alternative, for summary judgment, which is pending before this Court.

Respectfully submitted,

_____
Barbara Kraft   D. C. Bar No. 358563
Kraft Eisenmann Alden, PLLC
1001 Pennsylvania Ave., NW
Suite 600
Washington, DC  20004
(202) 783-1391
bkraft@kea-law.com
Counsel for Plaintiffs