UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALACHY COGHLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARY E. PETERS, ) <br> Secretary, U.S. Department of Transportation, ) <br> ) <br> Defendant.[1] ) <br> ) | Civil Action No. 05-1476 (PLF) |

ORDER

This matter is before the Court on defendant's motion to dismiss the amended complaint or, in the alternative, for summary judgment. Upon consideration of the motion, the opposition, the reply, and the entire record in this case, it is hereby

ORDERED that defendant's motion to dismiss the amended complaint or, in the alternative, for summary judgment [10] is DENIED.

An Opinion explaining the reasoning underlying this Order will follow.

SO ORDERED.

                                                                  /s/
                                             PAUL L. FRIEDMAN
                                             United States District Judge

DATE: March 29, 2007

---

[1] The amended complaint names Norman Y. Mineta, former Secretary of Transportation, as the party defendant. The Court substitutes his successor, Mary E. Peters, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.