UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALACHY COGHLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1476 (PLF) |
| ) | |
| MARY E. PETERS, ) | |
| Secretary, U.S. Department of Transportation, ) | |
| ) | |
| Defendant. ) | |

ORDER

On March 29, 2007, the Court denied defendant's motion to dismiss the amended complaint or, in the alternative, for summary judgment in an order, with opinion to follow. On May 29, 2007, the Supreme Court issued its decision in Ledbetter v. The Good-Year Tire & Rubber Co, ---S.Ct.---, 2007 WL 1528298 (May 29, 2007). Upon consideration of that decision, the defendant's motion, the opposition, the reply, the entire record in this case, it is hereby

ORDERED that the Court's March 29, 2007 Order is VACATED; and it is

FURTHER ORDERED that on or before June 11, 2007, the parties shall file a joint proposed briefing schedule on the issue of whether, in view of the Supreme Court's decision in Ledbetter, plaintiffs' ADEA pay discrimination claim is untimely.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 30, 2007