UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN and          )
TIMOTHY O'HARA, et al.,      )
                             )
            Plaintiffs       )
                             )
      v.                     )   Civil Action No. 05-1476 PLF
                             )
MARY E. PETERS, Secretary,   )
Department of Transportation,)
                             )
            Defendant.       )
                             )
_____)

### JOINT STATUS REPORT OF THE PARTIES

In accordance with the Court's May 30, 2007 Order, and in light of the Supreme Court's recent decision in Ledbetter v. The Good-Year Tire & Rubber Co., ___U.S.___, 2007 WL 1528298 (May 29, 2007), the parties make the following joint status report and propose the following dates to govern resolution of this matter:

On or before July 6, 2007, Plaintiff should file a supplemental memorandum regarding the dispositive motion filed by Defendant; on or before July 27, 2007, Defendant should file any

response to Plaintiff's filing; and on or before August 3, 2007, Plaintiff may reply to Defendant's filing.

*[signature: Barbara Kraft]*

BARBARA KRAFT, ESQ.
KRAFT EISENMANN ALDEN, PLLC
1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004

For Plaintiffs

6/6/07

Respectfully Submitted,

*[signature: Jeffrey A. Taylor]*

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*[signature: Rudolph Contreras]*

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*[signature: W. Mark Nebeker]*

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 Fourth Street, N. W.
Washington, DC  20530
(202) 514-7230

-2-