UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MALACHY COGHLAN,
TIMOTHY O'HARA, et al.,

    Plaintiffs,

v.                                                                                              C. A. No. 05-1476 (PLF)

MARY E. PETERS, Secretary,

    Defendant.
_____/

### DECLARATION OF TIMOTHY O'HARA

I, TIMOTHY O'HARA, declare as follows:

1. I am an employee of the Federal Aviation Administration (FAA) and have worked for the FAA for 24 years.

2. To the best of my knowledge, more than 200 employees filed complaints of age discrimination with the Department of Transportation Office of Civil Rights (OCR) as a result of the January 2004 pay increase. I was aware of employees filing these complaints because I and other older employees encouraged employees to file if their 2004 pay raise was not included in their base pay. Many employees told me they had filed with OCR. At some point in 2005, I started telling employees that I thought it was a waste of time to file in OCR and that Malachy Coghlan and I were filing a class complaint that would consolidate everyone's claims. To the best of my knowledge, OCR dismissed all the complaints.

3. Many employees, including myself, did not know how the January 2004 pay increase was going to affect them until they got it in January 2004. To the best of my knowledge, the employees did not understand the effect of the FAA's pay practice on older workers until employees began actually receiving the increases. The increases were

in the form of lump sums that were not included in base pay. In most cases, people did not get their lump sums until later in the year, in the spring and summer of 2004.

4. I was present at the November 2004 town hall meeting at which the Administrator discussed pay increases, pay bands and related matters. There were about 300 employees present. In addition, I estimate that about 1000 employees called in by phone. The FAA workforce numbers about 48,000. The town hall meeting lasted about an hour and a half. The Administrator did not address the pending EEO claims about the January 2004 increase. I am not aware of any notice or explanation provided by the FAA in November 2004 that lump sum payments would be made in January 2005 because the pay bands would not be increased. An e-mail to all employees in January 2005 informed us that the pay bands would not be increased.

The foregoing statements are true to the best of my personal knowledge and belief.

*Timothy C. O'Hara*
TIMOTHY O'HARA

Dated: *August 3*, 2007