# Memorandum

**U.S. Department of Transportation**
**Office of the Secretary of Transportation**

PERSONNEL & LABOR LAW STAFF AGC-30
2005 AUG 19 P 2:20

Subject: <u>Coughlan v. Mineta</u> (D.D.C. No. 1:05CV01476)      Date: AUG 17 2005

From: Paul M. Geier
Assistant General Counsel for Litigation

Reply to Attn. of: M. Withum X69287

To: FAA: Assistant Chief Counsel, Personnel and Labor Staff, AGC-30

Attached is copy of a summons and complaint filed in the United States District Court for the District of Columbia. This is a class action filed pursuant to the Age Discrimination in Employment Act of 1967.

The Plaintiff is a 55 year old FAA employee who alleges that he and other members of the alleged class (approximately 100 FAA employees) are compensated by pay bands under the Core Compensation System rather than the General Service (GS) schedule. Plaintiff alleges that he and the class plaintiffs are <u>being compensated at the maximum within the particular pay band that applies to them</u>. Plaintiff further alleges that he and the class members who were compensated at the <u>top of their pay band in 2004, received no annual increases in 2004</u> except for discretionary cash awards that were not included in their base salary or in calculating their retirement benefit accruals. Plaintiff also alleges that employees working under other pay systems at FAA are overwhelmingly younger and receive annual increases that are included in base salary. Plaintiff thus claims that he and similarly situated employees accrued less in retirement and other benefits in 2004 and subsequent years than younger workers under other pay systems who received annual increases to their base salary.

Plaintiff claims that he and other class members contacted an EEO counselor in 2004 to claim age discrimination with respect to 2004 paychecks. Plaintiff filed an informal complaint of age discrimination on August 10, 2004. DOT and EEOC ultimately denied the complaint, and Plaintiff's request for reconsideration, on the grounds of timeliness because Plaintiff should have suspected discrimination when he received his first cash award in his January 10, 2004 paycheck, and that he had not made out a continuing violation with each paycheck thereafter.

Agency's Attachment A

Plaintiff seeks the following relief: a declaration that the Secretary and FAA have violated the ADEA by the alleged conduct; for each class member, back pay and benefits if paid annual base salary increases like younger workers; an injunction against the alleged discriminatory pay practices between older and younger employees; and attorneys fees and costs.

Please take appropriate action to represent the Department and the FAA in this case. Should the need arise, do not hesitate to consult as necessary with this office concerning this matter. Also, please advise this office when a final disposition of this case is entered, and forward copies of any court decisions.

Attachments